UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:18-CR-97 |
| v. | (MARIANI, J.) |
| ROSS ROGGIO, | (MEHALCHICK, M.J.) |
| Defendant | |

## PLEA

**NOW,** this **23rd** day of **March 2018,** the within named Defendant Ross Roggio, having been arraigned in open Court, hereby pleads **NOT GUILTY** to within Indictment.

_____
DEFENDANT