# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 3:18-CR-97 |
| v. | (MARIANI, J.) |
| ROSS ROGGIO, | (MEHALCHICK, M.J.) |
| Defendant | |

## ORDER

**AND NOW,** this 23rd day of March, 2018, **IT IS HEREBY ORDERED** that for reasons set forth on the record, Defendant is detained pending an inspection of the home location and consideration of the viability of electronic monitoring by pretrial services. If released upon further consideration of that inspection, a second order will issue and Defendant shall be subject to the conditions as set forth on the record at today's hearing.

**Dated: March 23, 2018**                     *s/ Karoline Mehalchick*
                                              **KAROLINE MEHALCHICK**
                                              **United States Magistrate Judge**