UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Docket No. 3:CR-18-0097 |
| v. | : | |
| | : | |
| ROSS ROGGIO | : | (Mariani, J.) |
| Defendant. | : | |

## STATUS REPORT

AND NOW COMES, the United States of America, by and through counsel, UNITED STATES ATTORNEY DAVID J. FREED, and Todd K. Hinkley, Assistant United States Attorney, and states:

1. On March 20, 2018, a federal grand jury sitting in Scranton, Pennsylvania returned an indictment charging the defendant with: (1) Conspiracy to Commit an Offense Against the United States, in violation of Title 18, U.S.C. Section 371; (2) Arms Export Control Act in violation of Title 22, U.S.C. Sections 2778(b) and 2778(c), and Title 22, Code of Federal Regulations, Section 121.1, 123.1, and 127.1; (3) International Emergency Powers Act in violation of Title 50, United States Code, Sections 1702 and 1705(c); Title 15, Code of Federal Regulations, Section 764.2; Title 18, United States Code, Sections 2 and 3551, *et seq.*; (4)  Arms Export Control Act in violation of Title 50,

United States Code, Sections 1702 and 1705(c), Title 15, Code of Federal Regulations, Section 764.2, Title 18, United States Code, Sections 2 and 3551, *et seq.*; (5) Smuggling Goods From the United States in violation of Title 18, United States Code, Sections 554 and 2; (6) Wire Fraud in violation of Title 18, United States Code, Section 1343; and (7) Money Laundering in violation of Title 18, United States Code, Sections 1956(a)(2)(A) and 2.

2. Thereafter, on March 23, 2018, the defendant Ross Roggio appeared before the Honorable Karoline Mehalchick, United States Magistrate Judge, and entered a not guilty plea to the aforementioned felony criminal indictment.

3. This Honorable Court issued a Pretrial Order on March 26, 2018, which directed the parties to meet in order to discuss pretrial issues and to comply with discovery obligations of the Government. The Order further directs the parties report the results of such meeting to the Court by April 16, 2018.

4. As a result the Government reports that the parties met at the Scranton, Pennsylvania Office of the United States Attorney on March 29, 2018, to discuss pretrial matters and to review discovery. The

government is in the process of providing discovery pursuant to the Federal Rules of Criminal Procedure, Rule 16, to the defense.   The Government requests reciprocal discovery in accord with the Federal Rules of Criminal Procedure.   There are no other pretrial matters or issues to report to the Court at this time.

        Respectfully submitted,

        DAVID J. FREED
        UNITED STATES ATTORNEY

        S/ Todd K. Hinkley
        Todd K. Hinkley
        Assistant United States Attorney
        Suite 311, William J. Nealon Federal Bldg.
        235 North Washington Ave.
        Scranton, PA 18503
        Telephone: 570-348-2800
        PA ID No. 68881