## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Docket No. 3:CR-18-0097 |
| v. | : | |
| | : | |
| ROSS ROGGIO | : | (MARIANI, J.) |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of April 4, 2018, 2017, I caused the foregoing Status Report to be filed and that Melinda C. Ghilardi, Assistant Federal Public Defender is a filing user under the ECF system.   Upon the electronic filing of a pleading or other document, the ECF system will automatically generate and send a Notice of Electronic Filing to all filing users associated with this case. Electronic service by the Court of the Notice of Electronic Filing constitutes service of the filed document and no additional service upon the filing user is required.

s/ Todd K. Hinkley
TODD K. HINKLEY
Assistant United States Attorney
Suite 311, William J. Nealon Federal Bldg.
235 North Washington Ave.
Scranton, PA 18503
Telephone: 570-348-2800
PA ID No. 68881