AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

MIDDLE District of PENNSYLVANIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ROSS ROGGIO | ) | Case No.   3:18-CR-097 |
| | ) | |
| Defendant | ) | |

RECEIVED USMS MIDDLE/PA
2018 MAR 21 AM 8:07

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     ROSS ROGGIO                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO COMMIT AN OFFENSE AGAINST THE UNITED STATES; DID EXPORT AND ATTEMPT TO EXPORT FROM THE UNITED STATES TO IRAQ ITEMS THAT ARE CONTROLLED UNDER THE ARMS EXPORT CONTROL ACT; DID EXPORT AND ATTEMPT TO EXPORT TO IRAQ RIFLING COMBO BUTTONS; SMUGGLING GOODS FROM USA;   WIRE FRAUD; MONEY LAUNDERING;

Date:   Mar 20, 2018

*Christine Lavelle, Deputy Clerk*
*Issuing officer's signature*

City and state:   SCRANTON, PA

CHRISTINE LAVELLE , DEPUTY CLERK
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/20/2018, and the person was arrested on *(date)* 3/23/2018
at *(city and state)* Stroudsburg, PA.

Date: 3/23/2018

FILED
SCRANTON
APR 02 2018

*Thomas J. O'Donnell*
*Arresting officer's signature*

Thomas J. O'Donnell, Special Agent
*Printed name and title*

PER _____ / DEPUTY CLERK