IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : 3:18-CR-097 |
| | : |
| v. | : (Judge Mariani) |
| | : |
| **ROSS ROGGIO** | : (Electronically Filed) |

### ORDER

The Defendant, Ross Roggio, moves for additional time to file pretrial motions and briefs and recites as the basis that defense counsel is awaiting discovery. The Court, for the reasons advanced by the Defendant, finds that the ends of justice will be served by affording the parties a further extension of time. The Court further finds that such an extension outweighs the best interests of the public and the Defendant in a speedy trial, and that the appropriate time should be excluded under the Speedy Trial Act.

THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion for Enlargement of Time to File Pretrial Motions is GRANTED;

2. All pretrial motions shall be filed on or before the 25th day of June, 2018;

3.   The Court, for the reasons advanced by the Defendant, finds that the ends of justice will be served by affording the defendant additional time to file pretrial motions, and failure to grant the extension would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A).

BY THE COURT

Date: 4/25/18

Robert D. Mariani
**United States District Judge**