# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : 3:18-CR-097 |
| | : |
| v. | : **(Judge Mariani)** |
| | : |
| **ROSS ROGGIO** | : **(Electronically Filed)** |

## ORDER

AND Now, this ___ day of _____, 2018, after consideration of Ross Roggio's Motion to Modify Conditions of Pretrial Release, IT IS HERE ORDERED AND DECREED that the motion is granted.  Mr. Roggio is no longer subject to home detention with electronic monitoring.

BY THE COURT

_____
**Robert D. Mariani**
**United States District Judge**