# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **: 3:18-CR-097** |
| | : |
| v. | : (Judge Mariani) |
| | : |
| **ROSS ROGGIO** | : (Electronically Filed) |

## CERTIFICATE OF CONCURRENCE

I, Melinda C. Ghilardi, Assistant Federal Public Defender, certify that on this date I contacted Todd K. Hinkley, Assistant United States Attorney, and counsel advised that he concurs in the within **Motion for Enlargement of Time to File Pretrial Motions**.


Date: June 25, 2018              *s/Melinda C. Ghilardi*
                                 **Melinda C. Ghilardi**
                                 **Assistant Federal Public Defender**