# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : 3:18-CR-097 |
| | : |
| v. | : **(Judge Mariani)** |
| | : |
| **ROSS ROGGIO** | : **(Electronically Filed)** |

## ORDER

AND NOW this ___, day of _____, 2018, after consideration of Ross Roggio's Motion for Hearing to Modify Conditions of Pretrial Release, IT IS HEREBY ORDERED AND DECREED that a hearing will be held on the _____ day of _____, 2018 at _____o'clock ____.M.

BY THE COURT

_____
**Robert D. Mariani**
**United States District Judge**