IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : 3:18-CR-097 |
| | : |
| v. | : (Judge Mariani) |
| | : |
| ROSS ROGGIO | : (Electronically Filed) |

### ORDER

AND NOW this 30th day of July, 2018, after consideration of Ross Roggio's Motion for Hearing to Modify Conditions of Pretrial Release, IT IS HEREBY ORDERED AND DECREED that a hearing will be held on the 7th day of August, 2018 at 11 o'clock A.M.

BY THE COURT

Robert D. Mariani
United States District Judge