# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **: 3:18-CR-097** |
| | : |
| v. | : (Judge Mariani) |
| | : |
| **ROSS ROGGIO** | : (Electronically Filed) |

## CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE

I, Melinda C. Ghilardi, Assistant Federal Public Defender, certify that on this date I attempted to contacted Todd K. Hinkley, Assistant United States Attorney, and counsel was unavailable. I will file a supplemental certificate of concurrence/non-concurrence after I speak with him.

Date: July 27, 2018                    *s/Melinda C. Ghilardi*
                                       **Melinda C. Ghilardi**
                                       **Assistant Federal Public Defender**