IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:18-CR-97 |
| | : (JUDGE MARIANI) |
| ROSS ROGGIO, | : |
| Defendant. | : |

### ORDER

AND NOW, THIS 29th DAY OF AUGUST, 2018, upon consideration of Defendant's "Motion for Enlargement of Time to File Pretrial Motions" (Doc. 33), and the Government's concurrence therein, the Court finds that the ends of justice will be served by affording such an extension. The Court further finds that an extension of time outweighs the best interests of the public and the Defendant in a speedy trial, and that any delay occasioned by this extension shall be excluded from speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7).

**ACCORDINGLY, IT IS HEREBY ORDERED THAT** Defendant's "Motion for Enlargement of Time to File Pretrial Motions" (Doc. 33) is **GRANTED**. Defendant shall file all pretrial motions no later than **October 29, 2018**. **No further motions for an extension of time to file pretrial motions will be granted.**

Robert D. Mariani
United States District Judge