# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : 3:18-CR-00097 |
| | : |
| v. | : (Judge Mariani) |
| | : |
| **ROSS ROGGIO** | : (Electronically Filed) |

## CERTIFICATE OF CONCURRENCE

I, Melinda C. Ghilardi, Assistant Federal Public Defender, certify that Assistant United States Attorney Todd K. Hinkley concurs in the **Motion to Designate as Complex Case**.

Date: September 21, 2018        *s/Melinda C. Ghilardi*
                                **Melinda C. Ghilardi**
                                **Assistant Federal Public Defender**