# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : 3:18-CR-00097 |
| | : |
| v. | : (Judge Mariani) |
| | : |
| **ROSS ROGGIO** | : (Electronically Filed) |

## MOTION TO EXTEND THE TIME
## TO FILE PRETRIAL MOTIONS

AND NOW comes the Defendant, Ross Roggio, by his attorney, Melinda C. Ghilardi, Assistant Federal Public Defender, and respectfully moves this Honorable Court to extend the time for filing pretrial motions and briefs. In support thereof, it is averred as follows:

1. On March 20, 2018, Ross Roggio was charged in an indictment with conspiracy to commit an offense against the United States, in violation of 18 U.S.C. § 371; violations of the Arms Export Control Act, 22 U.S.C. § 2778(b) and (c); and the International Emergency Powers Act, 50 U.S.C. §§ 1702 and 1705(c); smuggling goods from the United States, in violation of 18 U.S.C. §§ 554 and 2; wire fraud, in violation of 18 U.S.C. § 1343; and money laundering, in violation of 18 U.S.C. §§ 1956(a)(2)(A) and 2.

2. On March 23, 2018, Mr. Roggio appeared before Magistrate Judge Karoline Mehalchick for an initial appearance and arraignment, and entered a plea

of not guilty to the charges.  The Federal Public Defender was appointed to represent Mr. Roggio.

3. Upon motion of Mr. Roggio, this Honorable Court extended the deadline to file pretrial motions until October 29, 2018, and indicated that no further requests for extension will be granted.

4. Taking into consideration the complexity of this case, the amount of discovery to be reviewed, and the amount of investigation that will be required, the length of time to prepare pretrial motions in this case will be considerable.

5. The defense has received two disclosures of voluminous discovery from the government.  The first disclosure received in June 2018 included 10,000 emails in addition to thousands of pages of other data.

6. The Federal Public Defender's Office staff has had difficulty with processing the data received in the first disclosure.  As a result, Mr. Roggio has not yet been provided with a copy of that portion of the discovery material.

7. Additionally, the most recent discovery disclosure which was received in August 2018, consists of several thousand additional pages on five CDs.

8. Mr. Roggio filed a Motion to Designate Complex Case contemporaneously with the filing of this Motion to Extend the Time to File Pretrial Motions.

9. Undersigned counsel will be on a pre-paid vacation beginning on September 22, 2018, and returning to the office on October 10, 2018.

10. Upon return to the office, counsel will be finalizing preparations for trial in the case of *United States v. Robles,* 3:17-CR-00373, scheduled to commence on October 15, 2018, before the Honorable Malachy E. Mannion.  Trial is expected to last a minimum of two weeks.

11. The defense avers that the ends of justice served by the granting of the continuance outweigh the best interest of the public and the defendant in a speedy trial.

12. Failure to grant a continuance in this case would deny the Defendant reasonable time necessary for effective preparation.

13. Mr. Roggio asks the Court to set the new pretrial motions deadline as December 31, 2018.

WHEREFORE, the Defendant, Ross Roggio, respectfully requests that this Honorable Court extend the pretrial motions deadline to December 31, 2018.

                                    Respectfully submitted,

Date:  September 21, 2018        *s/Melinda C. Ghilardi*
                                    **Melinda C. Ghilardi**
                                    **Assistant Federal Public Defender**
                                    **Attorney ID# PA 40396**

                                    201 Lackawanna Avenue, Suite 317
                                    Scranton, PA  18503
                                    (570)343-6285
                                    Fax: (570)343-6225
                                    E-mail: melinda_ghilardi@fd.org
                                    Attorney for Ross Roggio

## **CERTIFICATE OF SERVICE**

    I, Melinda C. Ghilardi, Assistant Federal Public Defender, do hereby certify that this document, the foregoing **Motion to Extend the Time to File Pretrial Motions**, filed electronically through the ECF system will be sent to the registered Participants as identified on the Notice of Electronic Filing, including the following:

        Todd K. Hinkley, Esquire
        Assistant United States Attorney

and by placing the same in the United States mail, first class, postage prepaid, at Scranton, Pennsylvania, addressed to the following:

        Mr. Ross Roggio


Date: September 21, 2018        *s/Melinda C. Ghilardi*
                                            **Melinda C. Ghilardi**
                                            **Assistant Federal Public Defender**