IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : 3:18-CR-00097 |
| | : |
| v. | : (Judge Mariani) |
| | : |
| ROSS ROGGIO | : (Electronically Filed) |

## ORDER

AND NOW, this 12th day of October, 2018, upon consideration of the within Motion to Designate as Complex Case, IT IS HEREBY ORDERED AND DECREED that the motion is GRANTED. The Court concludes that the circumstances present indicate that a continuance of the trial and pretrial motions is warranted and that an extension of the trial and pretrial motions outweighs the interests of the public and Defendant in a speedy trial based on the complexity of this case.

The Court specifically finds under 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting this extension and continuance outweigh the interests of the public and the Defendant to a speedy trial. The Clerk of Court shall exclude the appropriate time in the captioned action pursuant to the Speedy Trial Act and this Order.

BY THE COURT

_____
Robert D. Mariani
United States District Judge