# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : 3:18-CR-00097 |
| | : |
| v. | : (Judge Mariani) |
| | : |
| **ROSS ROGGIO** | : (Electronically Filed) |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Please enter my appearance on behalf of Defendant Ross Roggio in the above captioned case.

                                 Respectfully submitted,

Date: November 6, 2018        s/Leo A. Latella
                                     **Leo A. Latella**
                                     **Assistant Federal Public Defender**
                                     **Attorney ID# PA68942**

                                   201 Lackawanna Avenue, Suite 317
                                   Scranton, Pennsylvania  18503
                                   (570) 343-6285
                                   Fax:  (570) 343-6225
                                   Email: leo_latella@fd.org

## **CERTIFICATE OF SERVICE**

I, Leo A. Latella, Esquire, of the Federal Public Defender's Office, do hereby certify that I served a copy of the foregoing **Entry of Appearance** via Electronic Case Filing, and/or by placing a copy in the United States mail, first class in Scranton, Pennsylvania, and/or by hand delivery, addressed to the following:

>Todd K. Hinkley
>Assistant United States Attorney

>Mr. Ross Roggio

Date:  November 6, 2018                         s/Leo A. Latella
                                                **Leo A. Latella**
                                                **Assistant Federal Public Defender**