# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : 3:18-CR-00097 |
| | : |
| v. | : (Judge Mariani) |
| | : |
| **ROSS ROGGIO** | : (Electronically Filed) |

## ORDER
_____

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On March 20, 2018, Ross Roggio was charged in an indictment with conspiracy to commit an offense against the United States, in violation of 18 U.S.C. § 371; violations of the Arms Export Control Act, 22 U.S.C. § 2778(b) and (c); and the International Emergency Powers Act, 50 U.S.C. §§ 1702 and 1705(c); smuggling goods from the United States, in violation of 18 U.S.C. §§ 554 and 2; wire fraud, in violation of 18 U.S.C. § 1343; and money laundering, in violation of 18 U.S.C. §§ 1956(a)(2)(A) and 2.

On March 23, 2018, Mr. Roggio appeared before Magistrate Judge Karoline Mehalchick for an initial appearance and arraignment, and entered a plea of not guilty to the charges. The Federal Public Defender was appointed to represent Mr. Roggio.

Upon motion of Mr. Roggio, this Honorable Court extended the deadline to file pretrial motions until December 31, 2018, and indicated that no further

requests for extension will be granted.  The case was also designated as a complex case.

Due to the upcoming retirement of Melinda C. Ghilardi, counsel has recently been assigned to this matter.

Counsel requests additional time to meet with Mr. Roggio, review discovery and prepare pretrial motions.

Taking into consideration the complexity of this case, the amount of discovery to be reviewed, and the amount of investigation that will be required, the length of time to prepare pretrial motions in this case will be considerable.  The defense has received two disclosures of voluminous discovery from the government.  The first disclosure included 10,000 emails in addition to thousands of pages of other information.  The most recent disclosure was received on August 15, 2018, and consists of several thousand additional pages on five CDs.

Failure to grant a continuance would likely result in a miscarriage of justice.

The ends of justice served by the granting of the extension outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS ORDERED THAT:

1. The deadline for filing pretrial motions is extended until _____.

2. The period of delay resulting from this continuance is excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

BY THE COURT

_____
**Robert D. Mariani**
**United States District Judge**