# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : 3:18-CR-00097 |
| | : |
| v. | : (Judge Mariani) |
| | : |
| **ROSS ROGGIO** | : (Electronically Filed) |

## MOTION TO EXTEND THE TIME
## TO FILE PRETRIAL MOTIONS

AND NOW comes the Defendant, Ross Roggio, by his attorney, Leo A. Latella, Assistant Federal Public Defender, and respectfully moves this Honorable Court to extend the time for filing pretrial motions and briefs. In support thereof, it is averred as follows:

1. This matter has been designated a complex case at the request of the defense.

2. Pretrial Motions in this matter are due on February 28, 2019.

3. Part of the Pretrial motions that the Defendant intends to file involve challenges to the legality of the searches of his residence and the taking of statements that he allegedly made to law enforcement.

4. The proper filing of these motions requires the review of the search warrants and affidavits in support used to obtain the warrants. Additionally, there are numerous FBI reports that the defense believes are critical in filing a motion to

suppress statements.  Some of these FBI reports were believed to have been generated by Agents not assigned to the instant investigation and prosecution, and were created as the result of allegations by the defendant that he was kidnapped while working in Iraq.

5. Discovery provided in this case has been exceedingly voluminous, and the Government continues to provide discovery in accord with its obligations under the Federal Rules of Criminal Procedure.  The Defense has made a specific requests for documents it needs in order to properly evaluate potential pre-trial motions.  Government counsel has agreed to provide all discoverable materials, and is in the process of locating the same.  The government will then evaluate the same, and disclose to the defense in accord with its obligations.

6. Additionally, the Government has offered a "discovery conference" involving the Defense Counsel, the Defendant, case agents and Government counsel.  While not yet scheduled, the parties anticipate that the same will occur sometime in March, noting the Government's Counsel is scheduled for both a trial and training in South Carolina during the month.

7. Motions prior to this conference would be premature.

8. For this reason, the Defendant makes this unopposed request to extend the date for filing Pretrial Motions until March 29, 2019.

WHEREFORE, the Defendant, Ross Roggio, respectfully requests that this Honorable Court extend the pretrial motions deadline to March 29, 2019.

Respectfully submitted,

Date:  February 13, 2019

*s/Leo A. Latella*
**Leo A. Latella**
**Assistant Federal Public Defender**
**Attorney ID# PA 68942**

201 Lackawanna Avenue, Suite 317
Scranton, PA  18503
(570)343-6285
Fax: (570)343-6225
E-mail: leo_latella@fd.org
Attorney for Ross Roggio

# **CERTIFICATE OF SERVICE**

I, Leo A. Latella, Assistant Federal Public Defender, do hereby certify that this document, the foregoing **Motion to Extend the Time to File Pretrial Motions**, filed electronically through the ECF system will be sent to the registered Participants as identified on the Notice of Electronic Filing, including the following:

>Todd K. Hinkley, Esquire
>Assistant United States Attorney

and by placing the same in the United States mail, first class, postage prepaid, at Scranton, Pennsylvania, addressed to the following:

>Mr. Ross Roggio

Date: February 13, 2019          *s/Leo A. Latella*
                                 **Leo A. Latella**
                                 **Assistant Federal Public Defender**