# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : 3:18-CR-00097 |
| | : |
| v. | : (Judge Mariani) |
| | : |
| **ROSS ROGGIO** | : (Electronically Filed) |

## CERTIFICATE OF CONCURRENCE

I, Leo A. Latella, Assistant Federal Public Defender, certify that counsel for the Assistant United States Attorney Todd K. Hinkley concurs in the **Motion to Extend the Time for Filing Pretrial Motions**.

Date: February 13, 2019         *s/Leo A. Latella*
                                **Leo A. Latella**
                                **Assistant Federal Public Defender**