# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : 3:18-CR-00097 |
| | : |
| v. | : (Judge Mariani) |
| | : |
| **ROSS ROGGIO** | : (Electronically Filed) |

## CERTIFICATE OF NONCONCURRENCE

I, Leo A. Latella, Assistant Federal Public Defender, certify that on this date I contacted Assistant United States Attorney Todd K. Hinkley and counsel advised that he does not concur in the within motion.

Date: March 29, 2019    s/Leo A. Latella
                        **Leo A. Latella**
                        **Assistant Federal Public Defender**