# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : 3:18-CR-00097 |
| | : |
| v. | : (Judge Mariani) |
| | : |
| **ROSS ROGGIO** | : (Electronically Filed) |

## ORDER

AND NOW this ___, day of _____, 2019, after consideration of Ross Roggio's Motion to Suppress Evidence Seized in Violation of the United States Constitution, IT IS HEREBY ORDERED AND DECREED that a suppression hearing shall be held on the _____ day of _____, 2019 at _____o'clock ____.M.

                                              BY THE COURT

                                              _____
                                              **Robert D. Mariani**
                                              **United States District Judge**