# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : 3:18-CR-00097 |
| | : |
| v. | : (Judge Mariani) |
| | : |
| **ROSS ROGGIO** | : (Electronically Filed) |

## ORDER

AND NOW this ___ day of _____, 2019, after consideration of Ross Roggio's Motion For Early Disclosure of *Jencks* Act Material, IT IS HEREBY ORDERED AND DECREED that the Motion is GRANTED.  Counsel for the Government shall provide Jencks Act materials to counsel for Mr. Roggio no later than 45 days prior to jury selection.

BY THE COURT

_____
**Robert D. Mariani**
**United States District Judge**