# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 3:18-CR-00097 |
| | : | |
| v. | : | **(Judge Mariani)** |
| | : | |
| **ROSS ROGGIO** | : | **(Electronically Filed)** |

## ORDER

AND NOW, this ____ day of April, 2019, IT IS HEREBY ORDERED AND DECREED that:

1. The Motion to Withdraw as Counsel is Granted.

2. Due to a conflict of interest, the Office of the Federal Public Defender for the Middle District of Pennsylvania and Leo A. Latella, Esquire, shall be removed from the docket as the attorney of record for Ross Roggio.

3. It is further Ordered that Gino A. Bartolai, Jr., a member of the Criminal Justice Act Panel be appointed to represent Mr. Roggio.

BY THE COURT

_____
**Robert D. Mariani**
**United States District Judge**