IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 3:18-CR-00097 |
| | : | |
| v. | : | (Judge Mariani) |
| | : | |
| **ROSS ROGGIO** | : | (Electronically Filed) |

## ORDER

AND NOW, this 3rd day of April, 2019, IT IS HEREBY ORDERED AND DECREED that:

1. The Motion to Withdraw as Counsel is Granted.

2. Due to a conflict of interest, the Office of the Federal Public Defender for the Middle District of Pennsylvania and Leo A. Latella, Esquire, shall be removed from the docket as the attorney of record for Ross Roggio.

BY THE COURT

Robert D. Mariani
**United States District Judge**