UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

      -vs-                       3: 18-CR-097
                                         (Judge Mariani)

ROSS ROGGIO,
Defendant

## MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S PRETRIAL MOTIONS *NUNC PRO TUNC*

    NOW COMES, Todd K. Hinkley, Assistant United States Attorney for the Middle District of Pennsylvania, and moves this Court for an extension of time to file a response to defendant's pretrial motions *nunc pro tunc*. In support of this motion, the following is submitted:

    1.   On March 20, 2018, and Indictment was filed, charging the defendant with violations of 18 U.S.C. § 371 and 22 U.S.C. § 2778.

    2.   On March 29, 2019, the former counsel for the defendant, Leo Latella, Esq., filed several pretrial Motions and a Brief in Support. The government's response was due on or before April 12, 2019.

    3.   On April 3, 2019, this Court granted Leo Latella's motion to withdraw from this case and Gino A. Bartolai, Esq. was appointed to

1

represent the defendant.

4. Since Mr. Bartolai was recently appointed, he indicated to government counsel that he is reviewing this case with the possibility of filing additional pretrial motions.

5. The government needs additional time to respond to the issues raised in the defendant's motions filed on March 29, 2019.

6. Based upon the above, it is respectfully submitted that the ends of justice will be served by the extension and excluding from the Speedy Trial clock a period of thirty (30) from the date of the attached Order. The parties concede that the adjournment for the stated reason outweighs the interest of the public and the defendant in a speedy trial.

7. Counsel for the defendant, Gino A. Bartolai, concurs in this motion.

                                                Respectfully submitted,
                                                DAVID J. FREED
                                                United States Attorney

Date: April 18, 2019           /s/ Todd K. Hinkley
                                                Todd K. Hinkley
                                                Assistant United States Attorney
                                                PA 41294
                                                Office of the U.S. Attorney
                                                Suite 311, 235 North Washington Ave.
                                                Scranton, PA 18501

# CERTIFICATE OF CONCURRENCE

I, Todd K. Hinkley, certify that counsel for the defendant, Gino A. Bartolai, Esq., concurs in this motion.

/s/ Todd K. Hinkley

---

Todd K. Hinkley
Assistant United States Attorney

Date: April 18, 2019

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on April 18, 2019, she served a copy of the attached:

## MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S PRETRIAL MOTIONS NUNC PRO TUNC

by ECF:

Gino A. Bartolai, Esq.

/s/Luann Manning
_____

LUANN MANNING
Supervisory Legal Assistant