UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

              -vs-                              3: 18-CR-097
                                                      (Judge Mariani)

ROSS ROGGIO,
Defendant

## ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the Motion for Extension of Time to Respond to Defendant's Pretrial Motions, *nunc pro tunc*, an extension outweighs the best interests of the public and the Defendant in a speedy trial. Accordingly it is hereby ordered as follows:

    1.    The government's response to defendant's pretrial motions is due on or before _____ 2019.

    2.    Any delay occasioned by the granting of this motion and the extension of time to file a response to defendant's pretrial motions shall be excluded from the speedy trial calculation pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7), and this Order.

                                                        ROBERT D. MARIANI
                                                        UNITED STATES DISTRICT JUDGE