Case 3:18-cr-00097-RDM   Document 53   Filed 04/18/19   Page 1 of 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

-vs-                                        3: 18-CR-097
                                           (Judge Mariani)

ROSS ROGGIO,
Defendant

## ORDER

AND NOW, this _____ day of _____, 2019, upon consideration

of the Motion for Extension of Time to Respond to Defendant's Pretrial

Motions, *nunc pro tunc,* an extension outweighs the best interests of the

public and the Defendant in a speedy trial.    Accordingly it is hereby

ordered as follows:

1.    The government's response to defendant's pretrial motions is

due on or before _____ May 20 _____ 2019.

2.    Any delay occasioned by the granting of this motion and the

extension of time to file a response to defendant's pretrial motions shall

be excluded from the speedy trial calculation pursuant to the Speedy

Trial Act, 18 U.S.C. § 3161 (h)(7), and this Order.

_____
ROBERT D. MARIANI
UNITED STATES DISTRICT JUDGE