IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:CR-18-0097 |
| | : | |
| v. | : | (Judge Mariani) |
| | : | |
| ROSS ROGGIO | : | (Electronically filed) |

**MOTION FOR ENLARGEMENT OF TIME
TO FILE REPLY BRIEF TO GOVERNMENT'S RESPONSE
TO DEFENSE MOTION TO SUPPRESS EVIDENCE**

AND NOW comes the Defendant, Ross Roggio, by his attorney, Gino Bartolai, Esquire, and files the following Motion for Enlargement of Time to File a Reply Brief to the Government's Motion to Suppress Evidence, and in support thereof avers the following:

1. On March 20, 2018, Roggio was charged in an Indictment with conspiracy to commit an offense against the United States, in violation of Title 18, United States Code, Section 371; violations of the Arms Export Control Act, Title 22, United States Code, Sections 2778(b) and ( c); and the International Emergency Powers Act, Title 50, United States Code, Sections 1702 and 1705( c); smuggling goods from the United States, in violation of Title 18 United States Code Sections 554 and 2; wire fraud, in violation of Title 18, United States Code Section 1342; and money laundering, in violation of Title 18 United

States Code, Sections 1956(a)(2)(A) and 2.

2. On March 23, 2018, Roggio appeared before Magistrate Judge Karoline Mehalchick for an initial appearance and arraignment and entered a plea of not guilty to the charges.

3. This case was designated as "complex" by Order dated October 12, 2018.

4. On March 29, 2019, Roggio's former counsel filed a Motion to Suppress Evidence Seized in Violation of the United States Constitution. (Document 46).

5. The undersigned was appointed as Counsel for Roggio on April 3, 2019.

6. On May 20, 2019, the Government filed its response to the aforesaid motion entitled Government's Response to Defense Motion to Suppress Evidence. (Document 56).

7. On May 28, 2019, this Honorable Court issued an Order setting Roggio's deadline for Roggio's reply brief at June 26, 2019.

8. The undersigned is still reviewing the discovery available to him so as to make the necessary reply to the Government's filing.

9. Counsel is requesting an additional 15 days, or until July 10, 2019, to file Roggio's reply brief.

10. Assistant United States Attorney Todd K. Hinkley has been contacted about the substance of this motion and stated that he does concur in it.

11.  The delay occasioned by this motion is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(A).

WHEREFORE, the Defendant, Ross Roggio, respectfully requests that this Honorable Court enlarge the time for filing his reply brief to Government's Response to Defense Motion to Suppress Evidence for 15 (15) days, or until July 10, 2019.

Respectfully submitted,

Date: June 21, 2019

s/Gino Bartolai
**Gino Bartolai, Esquire**
**Attorney ID# PA 56642**

238 William Street
Pittston, Pennsylvania 18640
(570) 654-3572
E-mail: Bartolai@ptd.net
Attorney for Ross Roggio

## **CERTIFICATE OF CONCURRENCE**

I, Gino Bartolai, Esquire, certify that on this date I contacted Todd K. Hinkley, Assistant United States Attorney, who advised that he does concur in the within **Motion for Enlargement of Time to File Reply Brief.**

Date: June 21, 2019                              s/Gino Bartolai
                                                            **Gino Bartolai, Esquire**

# **CERTIFICATE OF SERVICE**

I, Gino Bartolai, Esquire, do hereby certify that I electronically served, via e-mail, a copy of the foregoing **Motion for Enlargement of Time to File Reply Brief,** to the following

    Todd. K. Hinkley, Esquire
    Assistant United States Attorney

and by placing the same in the United States mail, first class, postage prepaid, at Scranton, Pennsylvania, addressed to the following:

    Ross Roggio

Date: June 21, 2019                                   s/Gino Bartolai
                                                      **Gino Bartolai, Esquire**