# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 3:CR-18-0097 |
| | : | |
| v. | : | **(Judge Mariani)** |
| | : | |
| **ROSS ROGGIO** | : | **(Electronically filed)** |

## ORDER

NOW, this _____ day of _____, 2019, upon consideration of Roggio's Motion for Leave to File a Motion to Suppress Roggio's Statement and Related Evidence, IT IS HEREBY ORDERED AND DECREED that the motion is GRANTED.

Roggio may file the aforesaid motion with supporting brief within 7 days of the date of this Order.

The Court further finds that permitting Roggio to file said motion and brief outweighs the best interests of the public and the Defendant in a speedy trial, and that the appropriate time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 and this Order.

_____
**Robert D. Mariani**
**United States District Judge**