UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS | : | 3:CR-18-0097 |
| | : | (JUDGE MARIANI) |
| ROSS ROGGIO | : | |

## ORDER

**AND NOW, THIS 8TH DAY OF JUNE 2020**, upon consideration of Defendant's Motion for Leave to File a Motion to Suppress Roggio's Statement and Related Evidence (Doc. 62), **IT IS HEREBY ORDERED THAT**:

1. The Motion for Leave to File a Motion to Suppress Roggio's Statement and Related Evidence (Doc. 62) is **GRANTED**;

2. Defendant may file the aforesaid motion with supporting brief **within seven (7) days** of the date of this Order;

3. The Court further finds that permitting Defendant to file said motion and brief outweighs the best interests of the public and the Defendant in a speedy trial, and accordingly, the time from the filing of Defendant's Motion for Leave to File a Motion to Suppress Roggio's Statement and Related Evidence (Doc. 62) through the date on which Defendant files his Motion to Suppress Roggio's Statement and Related Evidence shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 and this Order.

4. Upon the filing of the Defendant's aforesaid Motion, the Court will schedule and give notice of a hearing to be held on Defendant's Motion to Suppress Evidence (Doc. 46) and Defendant's Motion to Suppress Roggio's Statement and Related Evidence.

_____
Robert D. Mariani
United States District Judge