IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 3:CR-18-0097 |
| | : | |
| **v.** | : | **(Judge Mariani)** |
| | : | |
| **ROSS ROGGIO** | : | **(Electronically filed)** |

## ORDER

NOW, this _____ day of _____, 2020, upon consideration of Roggio's Motion to Suppress Roggio's Statement and Related Evidence, IT IS HEREBY ORDERED AND DECREED that the motion is GRANTED.

IT IS HEREBY ORDERED that his statement given to law enforcement on February 26, 2017, and all the physical evidence that resulted from the searches of the electronic devices seized from Roggio and Sidiropoulou on February 26, 2017, be suppressed.

 

 

_____
**Robert D. Mariani**
**United States District Judge**