

# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Secondary Inspection Report

02/27/2017 10:41 EST         Generated By: BURKE, JEFFREY         Page 1 of 4

## Referral Source

| Referred By | Referred Date | Referred Time | Referred From |
|---|---|---|---|
| SIU, CHRISTOPHER | 02/26/2017 | 19:36 EST | Primary Airport |

**Referral Reason**
prim match
I

## Encounter - 63300760

| Last Name | First Name | DOB |
|---|---|---|
| SIDIROPOULOU | CHRISTINA | ▉▉▉▉▉ |

| Carrier Code | Flight / Vessel Number |
|---|---|
| TK - TURKISH AIRLINES | 1 |

| Hispanic | Gender | Race | Travel Document Presented | Lost / Stolen Document |
|---|---|---|---|---|
| No | F - Female | W - WHITE | Yes | No |

| Doc Number | Doc Type | Issuing Country |
|---|---|---|
| ▉▉▉▉▉ | P - PASSPORT | GRC - GREECE |

| State/Province | Nationality | City of Birth | Country of Birth |
|---|---|---|---|
|  | GRC - GREECE | Chorlagos Attiki | GRC - GREECE |

| Father's Last Name | Father's First Name | Father's Middle Name |
|---|---|---|
|  |  |  |

| Mother's Last Name | Mother's First Name | Mother's Middle Name |
|---|---|---|
|  |  |  |

## Baggage

| Secondary Officer Name | Site Id |
|---|---|
| PEREA, SARA | A477 |

| Inspection Start Date and Time | Inspection End Date and Time |
|---|---|
| 02/26/2017 21:59 EST | 02/26/2017 22:11 EST |

| Flight / Vessel Crew | Inbound / Outbound |
|---|---|
| No | I - INBOUND |

**Departure / Destination**
IST - ATATURK

**Embarkation**
ATH - HELLINIKON, ATHENS

| No. of Passengers on Declaration | Bag Exam | Number of Bags X-Rayed |
|---|---|---|
| 1 | No |  |

| Personal Search | Positive / Negative Inspection | CCD Used | X-Ray/NII Utilized for this Inspection |
|---|---|---|---|
| No | N - Negative | No | No |

**Category**

**Violation Codes**

| Related Document Number | Create Incident Log | Incident Log Report Number |
|---|---|---|
|  | No |  |

| SAS Number | IOEM Required | IOEM Number |
|---|---|---|
|  | No |  |

| Referring Officer Code | Reason for Referral Code |
|---|---|
| TTR - TACTICAL TERRORISM RESPONSE TEAM | AUG - AUGMENTED PRIMARY REFERRAL |

| Baggage Inspection Complete | Create PLOR |
|---|---|
| Yes | No |



DEFENDANT'S EXHIBIT C

**For Official Use Only / Law Enforcement Sensitive**



# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Secondary Inspection Report

02/27/2017 10:41 EST    Generated By: BURKE, JEFFREY    Page 2 of 4

**Comments History**



For Official Use Only / Law Enforcement Sensitive



**U.S. Customs and Border Protection**
U.S. Department of Homeland Security
TECS - Secondary Inspection Report

02/27/2017 10:41 EST    Generated By: BURKE, JEFFREY    Page 3 of 4

Entered By: PEREA, SARA | Created Date/Time: 02/26/2017 22:11 EST
JFK TTRT- Subject is an exact match to P3C51007900CPH due to her relationship (girlfriend) to USC Ross William ROGGIO (12/05/1968) who is a match to P3C22703100CPH and P5F15819800C96.
JTTF FBI S/A Douglas Vetrano and HSI S/A Mundy were on site to detain electronics for both subjects.
Please see IO25 for closeout on Ross William ROGGIO done by CBPO A. Morales (JFK TTRT).

Subject is a 25 year old female born in ▬▬▬▬▬▬▬▬▬▬▬ in Chorlargos, Attiki, Greece. Subject identified herself as an unemployed photographer and actress by profession who use to live at home with her parents ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬, Greece.

Sometime in early 2016 she met Ross William ROGGIO in Greece where he often visited; on February 23, 2017 she moved to Sulaimaniyah Iraqui Kurdistan to work as ROGGIO's personal assistant. She was asked what qualifications were requested of her to become his personal assistant. Subject stated that he only requested she would be willing to travel and speak english.

Subject stated that shortly after her arrival to Sulaimaniyah they became a couple (they have been together as a couple for 8 months). She was very forth coming and stated they have been inseparable since. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Subject stated that two of them have not been apart for more than five days since getting together except for two weeks for Thanksgiving in November 2016. According to her, he flew to the United States to spend Thanksgiving with his two children from his prior marriage.
They lived together at Parki Daik Building 12 7th floor apartment 701 Sulaimaniyah, Kurdistan Iraq. She described North Iraq as a very safe place because they even sell alcohol. She stated that at no time did she fear for her safety at that at no time did ROGGIO express to her that he feared for his life or safety. She also stated that nothing eventful happened while they lived in Kurdistan for 11 months.

Subject stated that her duties as a personal assistant to ROGGIO were to do his laundry and cleaning; at his office located at Baharan Residential Complex Building 13 floor 2, Office 10 Sulaimaniyah Kurdistan Region she would file his paperwork and delegate work to his staff on his behalf. She said their office hours were Monday through Friday from 8:00 am until 5:00 pm.

Regarding ROGGIO's business she stated he has a consulting/construction business named ROGGIO CONSULTING COMPANY at the office address listed above. According to her, he told her he was a civil engineer by profession who graduated from MIT. She really didn't seem to be too involved in his business dealings because her vocabulary was limited when she spoke of the services that his business offered. She ended up saying that he gets to do roads, hotels and makes projects happen. She could not come up with the name of one single project.
According to her in order for his business to be able to operate in Kurdistan he would have to be sub contracted by a local business. The local business that contracted ROGGIO CONSULTING COMPANY was ZARYA CONSTRUCTION whose offices are also in Sulaimaniyah Kurdistan. As a matter of fact her Iraq/Kurdistan Residence Foreigner's Residence Card # 316890 list her employer as ZARYA CONSTRUCTION.

Subject stated she stopped working for her boyfriend ROGGIO about one month ago ▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ she is currently unemployed ROGGIO will cover all her expenses while in the U.S.

Their purpose of travel to the U.S. is to see ROGGIO's 93 year old father who is hospitalized pending to be cleared from an infection in order to get surgery. She did not know which hospital his father was hospitalized in. Subject stated the plan was to leave JFK go straight to the hospital.
Subject stated that ROGGIO told her they would be staying in his old home located at 116 Turkey Hill Court Stroudsburg, PA. She also said they might stay with his parents who live close by in Stroudsburg (this address she did not know).
She said she is unsure of when they will leave the U.S. maybe a month or two depending on

For Official Use Only / Law Enforcement Sensitive



**U.S. Customs and Border Protection**
U.S. Department of Homeland Security
TECS - Secondary Inspection Report

02/27/2017 10:41 EST     Generated By: BURKE, JEFFREY     Page 4 of 4

how his father is doing. When they do go back she thinks they will either go back to Greece or Sulaimaniyah.

Subject said that she departed Sulaimaniyah bound for Greece to see her parents on the 23rd of February, 2017. She said that he stayed in Sulaimaniyah to make sure all his projects were completed. They then met up in Istanbul today to catch their flight TK 001 to JFK.

Subject stated that she does not recall her Kurdish mobile number. Her Greek mobile number is +30 698 4812121. ROGGIO's Kurdish mobile number was +964 772 6159495. Her email is ch.sidiropoulou@gmail.com.

Aside from her link to ROGGIO, no derogatory information was found on Christina SIDIROPOULOU at this time. Subject was found admissible, no grounds for inadmissibility at this time. Bag exam was conducted. Admitted B2.

JFK TTRT SCBPO Frewin was relayed all pertinent information.

Under HSI's border search authority, a total of three electronic devices (two mobile phones and an I-POD) belonging to subject were detained by JFK HSI S/A Mundy.

**Referral Reason History**

Referred By: SIU, CHRISTOPHER | Referred Date/Time: 02/26/2017 19:36 EST | Referred From: Primary Airport prim match
I

For Official Use Only / Law Enforcement Sensitive