UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:18-CR-97 |
| | : | |
| v. | : | (Mariani, J.) |
| | : | |
| ROSS ROGGIO, | : | (electronically filed) |
| Defendant | : | |

ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion for Extension of Time to Respond to Defendant's Pretrial Motion, an extension outweighs the best interests of the public and the Defendant in a speedy trial. Accordingly it is hereby ordered as follows:

1. The government's response to defendant's pretrial motions is due on or before _____ 2020.

2. Any delay occasioned by the granting of this motion and the extension of time to file a response to defendant's pretrial motions shall be excluded from the speedy trial calculation pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7), and this Order.

_____
ROBERT D. MARIANI
UNITED STATES DISTRICT JUDGE