UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    3:CR-18-0097) |
|  | :    (JUDGE MARIANI) |
| ROSS ROGGIO | : |

## ORDER

AND NOW, THIS 6th DAY OF JULY 2020, upon consideration of the Unopposed Motion for Extension of Time to Respond to Defendant's Pretrial Motion (Doc. 66), the Court finds that an extension outweighs the best interests of the public and the Defendant in a speedy trial and, **ACCORDINGLY, IT IS HEREBY ORDERED THAT**:

1. The Unopposed Motion for Extension of Time to Respond to Defendant's Pretrial Motion (Doc. 66) is **GRANTED**;

2. The Government's response to Defendant's Motion to Suppress Roggio's Statement and Related Evidence (Doc. 64) is due on or before **August 6, 2020**.

3. Any delay occasioned by the granting of this motion and the extension of time to file a response to Defendant's pretrial motions shall be excluded from the speedy trial calculation pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), and this Order.

4. Upon the completion of the briefing schedule in Defendant's Motion to Suppress Roggio's Statement and Related Evidence (Doc. 64), the Court will schedule and give notice of a hearing to be held on Defendant's Motion to Suppress Evidence

(Doc. 46) and his Motion to Suppress Roggio's Statement and Related Evidence (Doc. 64).

                                                         _____
                                                         Robert D. Mariani
                                                         United States District Judge