UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:18-CR-97 |
| | : | |
| v. | : | (Mariani, J.) |
| | : | |
| ROSS ROGGIO, | : | (electronically filed) |
| Defendant | : | |

### ORDER

WHEREAS, the Government moves for an enlargement of time to file its response to defendant's pretrial motion. The Court, for the reasons advanced by the Government, finds that the ends of justice served by the granting of the continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court further finds that failure to grant the motion would likely result in a miscarriage of justice.

Accordingly, it is therefore ORDERED as follows:

1. The Government's Motion for Enlargement of Time to File Its Response is GRANTED.

2. The Government's Response shall be filed on or before __OCTOBER 8, 2020_____. No further extensions of time will be granted for the Government to file their Reponse to defendant's pretrial motion.

3. Jury Selection and Trial will be scheduled after resolution of the pretrial motions; and

4. The delay occasioned by this Motion is excludable pursuant to 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(i).

_____
ROBERT D. MARIANI
UNITED STATES DISTRICT JUDGE


DATE: SEPTEMBER 9, 2020