THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :
                                :
v.                              :   3:18-CR-0097
                                :   (JUDGE MARIANI)
ROSS ROGGIO                     :

**FILED**
**SCRANTON**

OCT 0 7 2020

PER _____
       DEPUTY CLERK

**ORDER**

AND NOW, THIS 7th DAY OF OCTOBER, 2020, upon review of Defendant Ross Roggio's "Motion to Suppress Evidence Seized in Violation of the United States Constitution" (Doc. 46), "Motion for Early Disclosure of *Jencks* Act Material" (Doc. 48), and "Motion to Suppress Roggio's Statement and Related Evidence" (Doc. 64), **IT IS HEREBY ORDERED THAT**:

1. A hearing shall be held on the "Motion to Suppress Evidence Seized in Violation of the United States Constitution" (Doc. 46), Motion for Early Disclosure of *Jencks* Act Material" (Doc. 48), and "Motion to Suppress Roggio's Statement and Related Evidence" (Doc. 64) of Defendant, Ross Roggio, on **Tuesday, February 9, 2021 at 10:30 a.m.** in the William J. Nealon Federal Building, Scranton, Pa., in a courtroom to be designated by the Clerk of Court. Counsel can obtain information on courtroom assignments by contacting the Clerk's office the Friday before the scheduled appearance.

2. At the hearing, the parties will be permitted to present evidence and argument on all issues raised in consideration of the motions.

_____
Robert D. Mariani
United States District Judge