IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:CR-18-0097 |
| | : | |
| v. | : | (Judge Mariani) |
| | : | |
| ROSS ROGGIO | : | (Electronically filed) |

**MOTION FOR ENLARGEMENT OF TIME  TO FILE
REPLY BRIEF TO GOVERNMENT'S RESPONSE
TO DEFENDANT'S SUPPLEMENTAL  MOTION TO SUPPRESS
EVIDENCE**

AND NOW comes the Defendant, Ross Roggio, by his attorney, Gino Bartolai, Esquire, and files the following Motion for Enlargement of Time to File a Reply Brief to the Government's Response to Defendant's Supplemental Motion to Suppress Evidence,  and in support thereof avers the following:

1. On March 20, 2018, Roggio was charged in an Indictment with conspiracy to commit an offense against the United States, in violation of Title 18, United States Code, Section 371; violations of the Arms Export Control Act, Title 22, United States Code, Sections 2778(b) and ( c); and the International Emergency Powers Act, Title 50, United States Code, Sections 1702 and 1705( c); smuggling goods from the United States, in violation of Title 18 United States Code Sections 554 and 2; wire fraud, in violation of Title 18, United States Code Section 1342; and money laundering, in violation of Title 18 United

States Code, Sections 1956(a)(2)(A) and 2.

2. On March 23, 2018, Roggio appeared before Magistrate Judge Karoline Mehalchick for an initial appearance and arraignment and entered a plea of not guilty to the charges.

3. On June 8, 2020, this Honorable Court granted Roggio leave to file a Supplemental Motion to Suppress Statements and Related Evidence.

4. On June 15, 2020, Roggio filed the Motion to Suppress Roggio's Statement and Related Evidece, (Doc 64), with supporting brief.

5. On October 7, 2020, the Government filed it's response to Roggio's brief, to wit, Government's Response to Defendant's Supplemental Motion to Suppress Evidence. (Doc 72).

6. Pursuant to the Court's Practice Order, (Doc 17), Roggio's reply brief to "New Matter" is due 7 days after the filing of the responsive brief which would be October 14, 2020.

7. Due to personal and professional commitments, the undersigned counsel has not had the opportunity to fully review the additional facts and case law cited by the Government in its responsive brief. Counsel is requesting an additional 7 days, or until October 21, 2020, to file his reply brief, if at all.

8. Assistant United States Attorney Todd K. Hinkley has been contacted about the substance of this motion and stated that he does concur in it.

9. The delay occasioned by this motion is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(A).

WHEREFORE, the Defendant, Ross Roggio, respectfully requests that this Honorable Court enlarge the time for filing his reply brief to Government's Response to Defendant's Supplemental Motion to Suppress Evidence for 7 (7) days, or until October 21, 2020.

Respectfully submitted,

Date: October 14, 2020

s/Gino Bartolai
**Gino Bartolai, Esquire**
**Attorney ID# PA 56642**

238 William Street
Pittston, Pennsylvania 18640
(570) 654-3572
E-mail: Bartolai@ptd.net
Attorney for Ross Roggio

# **CERTIFICATE OF CONCURRENCE**

I, Gino Bartolai, Esquire, certify that on this date I contacted Todd K. Hinkley, Assistant United States Attorney, who advised that he does concur in the within **Motion for Enlargement of Time to File Reply Brief.**

Date: October 14, 2020              s/Gino Bartolai
                                                              **Gino Bartolai, Esquire**

## **CERTIFICATE OF SERVICE**

I, Gino Bartolai, Esquire, do hereby certify that I electronically served, via e-mail, a copy of the foregoing **Motion for Enlargement of Time to File Reply Brief,** to the following

        Todd. K. Hinkley, Esquire
        Assistant United States Attorney

and by placing the same in the United States mail, first class, postage prepaid, at Scranton, Pennsylvania, addressed to the following:

        Ross Roggio

Date: October 14, 2020                          s/Gino Bartolai
                                                  **Gino Bartolai, Esquire**