# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **3:CR-18-0097** |
| | : | |
| v. | : | **(Judge Mariani)** |
| | : | |
| **ROSS ROGGIO** | : | **(Electronically filed)** |

## ORDER

NOW, this _____ day of _____, 2020, upon consideration of Roggio's Motion for Enlargement of Time to File Reply Brief, , IT IS HEREBY ORDERED AND DECREED that the motion is GRANTED.

Roggio may file a Reply Brief to the Government's Response to Defendant's Supplemental Motion to Suppress Evidence on or before October 21, 2020.

The Court further finds that such an extension outweighs the best interests of the public and the Defendant in a speedy trial, and that the appropriate time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 and this Order.

_____
**Robert D. Mariani**
**United States District Judge**