# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 3:CR-18-0097 |
| | : | |
| v. | : | **(Judge Mariani)** |
| | : | |
| **ROSS ROGGIO** | : | **(Electronically filed)** |

## ORDER

NOW, this _____ day of _____, 2021, upon consideration of Roggio's Unopposed Motion to Continue the Suppression Hearing, IT IS HEREBY ORDERED AND DECREED that the motion is GRANTED.

The Suppression Hearing will be rescheduled to _____, _____, 2021, at _____, ___.M.

The Court further finds that such an extension outweighs the best interests of the public and the Defendant in a speedy trial, and that the appropriate time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 and this Order.

 

                                                 **Robert D. Mariani**
                                                 **United States District Judge**