IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:CR-18-0097 |
| | : | |
| v. | : | (Judge Mariani) |
| | : | |
| ROSS ROGGIO | : | (Electronically filed) |

## ORDER

NOW, this _22nd_ day of _January_, 2021, upon consideration of Roggio's Unopposed Motion to Continue the Suppression Hearing, IT IS HEREBY ORDERED AND DECREED that the motion is GRANTED.

The Suppression Hearing will be rescheduled to _Thursday_, _May 27_, 2021, at _9:30_, _A_.M.

The Court further finds that such an extension outweighs the best interests of the public and the Defendant in a speedy trial, and that the appropriate time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 and this Order.

Robert D. Mariani
United States District Judge