THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 3:CR-18-0097) |
| | : | (JUDGE MARIANI) |
| ROSS ROGGIO, | : | |
| Defendant | : | |

## ORDER

AND NOW, THIS 10TH DAY OF MARCH 2021, upon consideration of the pending motions for subpoenas filed by Defendant regarding subpoenas related to the previously scheduled February 9, 2021, Suppression Hearing (Docs. 76-80), because said hearing was continued to May 27, 2021, by agreement of the parties and on motion of Defendant following a telephone status conference held on January 8, 2021, (*see* Docs. 83, 84), **IT IS HEREBY ORDERED THAT** the pending motions for subpoenas (Docs. 76, 77, 78, 79, and 80) are **DEEMED MOOT**.

_____
Robert D. Mariani
United States District Judge