# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | 3:CR-18-0097 |
|---|---|---|
| v. | : | (Judge Mariani) |
| ROSS ROGGIO | : | (Electronically filed) |

## ORDER

AND NOW, this 7th day of April, 2021, after consideration of the Ex Parte Motion for Subpoena - Homeland Security Investigations Special Agent Jeffrey Burke, IT IS HEREBY ORDERED AND DECREED that the motion is GRANTED.

It is therefore ORDERED that the defense may issue the requested Subpoena. The Subpoena shall be served by the United States Marshal upon the individual listed on the Schedule of Subpoena. Special Agent Jeffrey Burke shall appear at Roggio's Suppression Hearing on May 27, 2021, at 9:30 A.M., and shall remain until excused.

It is also ordered that the costs incurred in connection with said Subpoena shall be borne by the Government.

BY THE COURT

Robert D. Mariani
United States District Judge