IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 3:18-CR-97 |
| | : (JUDGE MARIANI) |
| ROSS ROGGIO, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 21st DAY OF MAY, 2021, upon consideration of Defendant's Motion to Continue Suppression Hearing (Doc. 98), and the Government's response thereto (Doc. 99), **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion (Doc. 98) is **DENIED**.

2. Following the Suppression Hearing, should they believe that the interests of justice so require, the parties may request that the Court delay decision on Defendant's pre-trial suppression motion pending the grant or denial of Writ of Certiorari by the Supreme Court in *Merchant, et al. v. Mayorkas, et al.*

Robert D. Mariani
United States District Judge