United States v. Ross Roggio

Case No: 3:18-CR-00097

Judge Robert D. Mariani

## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. (P/D-#) | Exhibit Description | Date Identified | Date Admitted | Witness |
|---|---|---|---|---|
| 1 | U.S. Customs and Border Protection – Secondary Inspection Report | 5-27-21 | Adm. | Morales |
| 2 | Department of Homeland Security – Detention Notice and Custody Receipt for Detained Porperty | 5-27-21 | Adm. | Mundy |
| 3 | Search Warrant Package – Rwroggio@yahoo.com | 5-27-21 | Adm | Burke |
| 4 | Search Warrant Package – Roggio@yahoo.com | 5-27-21 | Adm | Burke |
| 5 | Search Warrant Package – Electronic Devices Seized 02-27-2021 | 5-27-21 | Adm | Burke |
| 6 | Drill Masters, El Dorado Tool Inc. Documents | 5-27-21 | Adm | Burke |
| 7 | The Packaging Place Documents | 5-27-21 | Adm | Burke |
| 8 | Weapons and Ammunition Feasibility Report | 5-27-21 | Adm | Burke |
| 9 | OML Global Invoice | 5-27-21 | Adm | Burke |
| 10 | Department of Homeland Security – Report of Investigation - PH03BI17PH0001-003 | 5-27-21 | Adm | Burke |
| 11 | Department of Homeland Security – Report of Investigation - PH03BI17PH0001-004 | 5-27-21 | Adm | Burke |
| 12 | Department of Homeland Security – Report of Investigation - PH03BI17PH0001-005 | 5-27-21 | Adm | Burke |