IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 3:CR-18-0097 |
| | : | |
| v. | : | **(Judge Mariani)** |
| | : | |
| **ROSS ROGGIO** | : | **(Electronically filed)** |

**ORDER**

NOW, this _____ day of August, 2021, upon consideration of Roggio's Motion for Enlargement of Time to File his Post-Suppression Hearing Brief, , IT IS HEREBY ORDERED AND DECREED that the motion is GRANTED.

Roggio may file the aforesaid brief on or before September 3, 2021.

The Court further finds that such an extension outweighs the best interests of the public and the Defendant in a speedy trial, and that the appropriate time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 and this Order.

_____
**Robert D. Mariani**
**United States District Judge**