UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 3:18-CR-97 |
| -vs- : | |
| : | (MARIANI, J.) |
| ROSS ROGGIO, : | |
| Defendant : | |

## ORDER

AND NOW, this ___ day of October, 2021, having considered the government's nunc pro tunc motion for extension of time to file its post suppression hearing brief in opposition to suppression in this matter, it is hereby Ordered that the Motion is GRANTED.   The Government's response is due on _____.

_____
ROBERT D. MARIANI
United States District Judge