THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
v. : 3:CR-18-0097
: (JUDGE MARIANI)
ROSS ROGGIO :

## ORDER

AND NOW, THIS 6th DAY OF OCTOBER 2021, upon consideration of the Government's Nunc Pro Tunc Motion for an Extension of Time to File Post Suppression Hearing Brief in Opposition to Suppression (Doc. 109) with which Defendant's counsel concurs, the Court finds that an extension outweighs the best interests of the public and the Defendant in a speedy trial and, **ACCORDINGLY, IT IS HEREBY ORDERED THAT**:

1. The Nunc Pro Tunc Motion for an Extension of Time to File Post Suppression Hearing Brief in Opposition to Suppression (Doc. 109) is **GRANTED AS MODIFIED**;

2. The Government shall file its brief within **seven (7) days** of the date of this Order;

3. Any delay occasioned by the granting of this motion shall be excluded from the speedy trial calculation pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), and this Order.

Robert D. Mariani
United States District Judge