# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 3:CR-18-0097 |
| | : (JUDGE MARIANI) |
| ROSS ROGGIO, | : |
| Defendant | : |

## ORDER

**AND NOW, THIS 2ND DAY OF NOVEMBER 2021,** upon consideration of Defendant Ross Roggio's Motion to Suppress Evidence Seized in Violation of the United States Constitution (Doc. 46) and Motion to Suppress Roggio's Statement and Related Evidence (Doc. 64) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. The Motion to Suppress Evidence Seized in Violation of the United States Constitution (Doc. 46) is **DENIED**;

2. The Motion to Suppress Roggio's Statement and Related Evidence (Doc. 64) is **DENIED**.

Robert D. Mariani
United States District Judge