# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 3:CR-18-0097 |
| ROSS ROGGIO, | : (JUDGE MARIANI) |
| Defendant | : |

## ORDER

**AND NOW, THIS 2nd DAY OF NOVEMBER 2021**, upon consideration of Defendant Ross Roggio's Motion for Early Disclosure of Jencks Act Material (Doc. 48) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** the Motion for Early Disclosure of Jencks Act Material (Doc. 48) is **DENIED**.

Robert D. Mariani
United States District Judge