# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 3:CR-18-0097 |
| | : | |
| v. | : | **(Judge Mariani)** |
| | : | |
| **ROSS ROGGIO** | : | **(Electronically filed)** |

## ORDER

NOW, this _____ day of February 2022, upon consideration of Roggio's Unopposed Motion to Continue Trial, IT IS HEREBY ORDERED AND DECREED that the motion is GRANTED.

Roggio's Trial will take place on the _____, day of _____, 2022, at _____A.M.

The Court further finds that this continuance outweighs the best interests of the public and the Defendant in a speedy trial, and that the appropriate time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

 

                                                     **Robert D. Mariani**
                                                     **United States District Judge**