AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

United States of America
v.
Ross Roggio

Defendant

Case No. 3:18-cr-097

FILED
WILKES BARRE
FEB 17 2022
PER _____ mS
DEPUTY CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ross Roggio,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Torture, Torture, Conspiracy to Commit an Offense Against the United States, Arms Export Control Act, International Emergency Economic Powers Act, Smuggling Goods from the United States, Wire Fraud, Money Laundering,

Date: 02/15/2022

*Issuing officer's signature*

City and state: Scranton, PA

Gina Angeli-Riese, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 2/16/2022, and the person was arrested on *(date)* 02/17/2022
at *(city and state)* Scranton, PA.

Date: 02/17/22

*Arresting officer's signature*

Thomas J. O'Donnell Special Agent
*Printed name and title*