UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : 3:18-CR-97-1 |
| ROSS ROGGIO, | : |
| Defendant | : |

**PLEA**

FILED WILKES BARRE FEB 17 2022 PER M̲ DEPUTY CLERK

AND NOW, this 17th day of **February, 2022**, the within named Defendant, ROSS ROGGIO, having been arraigned in open Court, hereby pleads **NOT GUILTY** to the within Superseding Indictment.

_____
Defendant