IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 3:18-CR-97** |
| | : | |
| v. | : | **(Judge Mariani)** |
| | : | |
| **ROSS ROGGIO** | : | |
| **Defendant** | : | (electronically filed) |

## ORDER

NOW, this _____ day of _____, 2022, upon consideration of Roggio's Motion for Revocation of the Detention Order, IT IS HEREBY ORDERED AND DECREED that a detention hearing is scheduled for the _____ day of _____, 2022, at _____ clock _____.M.

_____
**ROBERT D. MARIANI**
**UNITED STATES DISTRICT COURT JUDGE**