February 25, 2022

Gino Bartolai, Esq.
238 Williams Street
Pittston, PA 18640

Dear Attorney Bartolai,

I am writing this letter on behalf of Ross Roggio. His parents have been neighbors almost 26 years. I met Ross when he would visit his parents with his wife and his daughters. When he was visiting, he was always friendly and courteous when we were together and always willing to lend a neighborly hand to help myself and other neighbors from simple things to a complex building project. He is a loving father who has always taken care of his girls even after he divorced, he would bring them to visit their grandparents and positively interact with myself and others in the neighborhood. When he moved back to the area full time, he would continue to bring his girls to visit their grandparents.

Ross has always been there to help his elderly parents especially now as his father needs constant care. Since he has been staying with his parents, he has done a lot of work for me and done an excellent job. He is very knowledgeable about construction. He is well educated. We had some deep discussions on many topics during the times we spent together. I learned more about Ross and have come to realize he is a decent giving person and consider him a friend. Recently during my foot surgery he continued to extend his neighborly help with tasks that I could not do without asking, just doing.

I would find it very difficult to believe the Ross Roggio I know could commit what he is accused of doing.

Sincerely,

William Skinner
William Skinner

DEFENDANT'S EXHIBIT
2