

# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Secondary Inspection Report

02/27/2017 10:39 EST   Generated By: BURKE, JEFFREY   Page 1 of 3

### Referral Source

| Referred By | Referred Date | Referred Time | Referred From |
|---|---|---|---|
| AUGUSTINE, FELNEY | 02/26/2017 | 19:28 EST | Primary Airport |

**Referral Reason**
PAX CTR ONE DAY LOOKOUT HIT.

### Encounter - 63300447

| Last Name | First Name | DOB |
|---|---|---|
| ROGGIO | ROSS | [redacted] |

| Carrier Code | Flight / Vessel Number |
|---|---|
| TK - TURKISH AIRLINES | 1 |

| Hispanic | Gender | Race | Travel Document Presented | Lost / Stolen Document |
|---|---|---|---|---|
| No | M - Male | U - UNKNOWN | Yes | No |

| Doc Number | Doc Type | Issuing Country |
|---|---|---|
| [redacted] | P - PASSPORT | USA - UNITED STATES |

| State/Province | Nationality | City of Birth | Country of Birth |
|---|---|---|---|
|  | USA - UNITED STATES | WASHINGTON | USA - UNITED STATES |

| Father's Last Name | Father's First Name | Father's Middle Name |
|---|---|---|
|  |  |  |

| Mother's Last Name | Mother's First Name | Mother's Middle Name |
|---|---|---|
|  |  |  |

### Baggage

| Secondary Officer Name | Site Id |
|---|---|
| MORALES, AURELIA | A477 |

| Inspection Start Date and Time | Inspection End Date and Time |
|---|---|
| 02/26/2017 21:49 EST | 02/26/2017 21:52 EST |

| Flight / Vessel Crew | Inbound / Outbound |
|---|---|
| No | I - INBOUND |

**Departure / Destination**
IST - ATATURK

**Embarkation**
EBL - ERBIL INTERNATIONAL AIRPORT, KURDISTAN, IRAQ

| No. of Passengers on Declaration | Bag Exam | Number of Bags X-Rayed |
|---|---|---|
| 2 | Yes |  |

| Personal Search | Positive / Negative Inspection | CCD Used | X-Ray/NII Utilized for this Inspection |
|---|---|---|---|
| No | N - Negative | No | No |

**Category**

**Violation Codes**

| Related Document Number | Create Incident Log | Incident Log Report Number |
|---|---|---|
|  | No |  |

| SAS Number | IOEM Required | IOEM Number |
|---|---|---|
|  | No |  |

| Referring Officer Code | Reason for Referral Code |
|---|---|
| TTR - TACTICAL TERRORISM RESPONSE TEAM | AUG - AUGMENTED PRIMARY REFERRAL |

| Baggage Inspection Complete | Create PLOR |
|---|---|
| Yes | No |



DEFENDANT'S EXHIBIT 5

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
TECS - Secondary Inspection Report

02/27/2017 10:39 EST        Generated By: BURKE, JEFFREY        Page 2 of 3

**Comments History**

Entered By: MORALES, AURELIA | Created Date/Time: 02/26/2017 21:52 EST
TTRT JFK
On February 26, 2017, subject ROGGIO, Ross William, with date of birth ▮▮▮▮▮▮▮▮, arrived at Terminal 1, John F. Kennedy International Airport onboard Turkish Airlines, flight TK 1, from Erbil, Iraq, via Istanbul, Turkey. Subject was referred to secondary as CTR lookout. Subject was in possession of temporary United States passport # ▮▮▮▮▮▮▮ and Pennsylvania driver license # ▮▮▮▮▮▮▮ and copy of stolen United States passport # ▮▮▮▮▮▮▮. Subject stated he traveled with his girlfriend, Christina Sidiropoulou, with phone # 5709778104. Subject stated they have been together for nine months and she works for the subject, as personal assistant. Subject stated he was traveling from Iraq, where he worked for the past three years. Subject stated he resided at address: Parkidaike Apt. 701, Sulaymaniyah, Iraq. Subject stated he traveled back and forth and his last outbound trip to Iraq was at the end of November 2016.
Subject stated he owns "ROGGIO Consulting Company", Construction Company. Subject stated his company was overseeing the construction of three high rise residential buildings in Sulaymaniyah, Iraq, in collaboration with "Zarya Construction Company". Subject stated he was working as consultant for the project and advised on building construction from the foundation to the metal structure development and everything in between. Subject stated he had around 40 employees, from all over the world, working for him. Subject stated Zarya paid him nine million dollars for the project. Subject stated after Thanksgiving 2016, he returned to Iraq to continue his project there. Subject stated he was planning on traveling back to the United States right before Christmas 2016. Subject stated he purchased his ticket and proceeded to Sulaymaniyah Airport in December 2016. Subject stated while at the airport he was approached by a security guard who ordered him to go with him. Subject stated while walking with the security guard he was approached by another man who threw a scarf over his head and told him he was going to be kidnapped. Subject stated he was taken to an unknown location and was held until February 24, 2017. Subject stated the kidnappers took his passport. Subject stated he was scared and he thought he was going to die. Subject stated he requested the reason why he was treated like that. Subject stated he was informed that Kadir Haman, representing Zarya Company was holding him against his will because Kadir considered that Zarya overpaid for the construction project and they wanted their money back. Subject stated Zarya claimed they paid him twelve million dollars instead of nine so they requested back the money. Subject stated he was forced to transfer money from his account into the kidnappers account little by little. Subject stated he transferred back up to two hundred thousand dollars into the kidnapper's account. Subject stated he was able to escape by jumping through a window at two o'clock in the morning. Subject stated he was helped by his friend, Hiwy (no contact information was provided for him), who he paid $ 250 to drive him to the American embassy. Subject stated no one knew of his kidnapping. Subject stated he had a protocol with his ex-wife, Christi Roggio, who resides in the United States, that he was supposed to call her every day. Subject stated he instructed Christi if she doesn't hear from him in more than three days, she was to alert the authorities about him possibly being kidnapped or missing. Subject stated his ex-wife alerted the authorities about his absence. Subject stated he will never travel to Iraq again.
Subject stated he resides at address: 143 Indian Spring Dr., Stroudsburg, PA 18360. Subject stated his phone # 5709778102 (US) and # 9647726159495 (Iraq) and email: ross@roggiocc.com and Skype: rossroggio. Subject stated his business address in the United States is: 116 Turkey Hill Court, Stroudsburg, PA, and in Iraq: Roggio Consulting Company, Baharan Residential Complex, Building 13, Floor 2, Office 10, Sulaimaniyah, Kurdistan region of Iraq. Subject stated he will go visit his father, who is currently admitted into Pocono Hospital with gallbladder issues, before he goes back home. Subject's bags were searched with negative results. Subject was in possession of two Iphones-6, a laptop, a tablet, a memory card and a memory stick, all detained by Special Agent HSI Mundy, for further examination. Subject was given receipt for all detained items. FBI Special Agent Vetrano was also present during media detention process and informed subject on future imminent interview. Subject was instructed on border search authority and how to retrieve his electronic devices. Subject was cooperative and released at 2040 hours without incident.

**Referral Reason History**

Referred By: AUGUSTINE, FELNEY | Referred Date/Time: 02/26/2017 19:28 EST | Referred From: Primary Airport
PAX CTR ONE DAY LOOKOUT HIT.



**U.S. Customs and Border Protection**
U.S. Department of Homeland Security
TECS - Secondary Inspection Report

02/27/2017 10:39 EST        Generated By: BURKE, JEFFREY        Page 3 of 3

For Official Use Only / Law Enforcement Sensitive