

# Lahur Talabani's brothers, Polad and Ako accused of extortion: PUK media

Home / Kurdistan / Politics / Lahur Talabani's brothers, Polad and Ako accused of extortion: PUK media

Posted on August 3, 2021 by Editorial Staff in Politics



*The cousins, Polad Sheikh Jangi Talabani (R) with Bafel Talabani (C) and Lahur Sheikh Jangi Talabani (L), Sulaimani, Iraqi Kurdistan, May 2021. Photo: Polad's FB*

**SULAIMANI**, Iraqi Kurdistan region,— A media outlet affiliated with the Patriotic Union of Kurdistan (PUK) on Monday shared a video accusing the brothers of party co-president Lahur Sheikh Jangi Talabani of extortion, corruption, and theft. The video was published the same day Talabani announced he would go to court to resolve an internal PUK power struggle that saw him ousted from his post.

In the video, a man identified as Bilind Ali Abdulrahman who works in the oil industry, accused Polad Sheikh Jangi of "kidnapping" him in 2015



*Book: An Untold Journey of America. 2021. By ARK*

### Archives



Select Month

### Recent News

Iraqi Kurdistan registers 239 new coronavirus cases, 17 deaths: ministry
November 21, 2021

Only 8% of population in Iraqi Kurdistan has received full covid-19

in an attempt to force him and his family to hand over money and property to Lahur Talabani's other brother, Ako Sheikh Jangi.

The video was released a few hours after Lahur Talabani said that he has decided to take accusations against him **to court** after party was unable to form an investigative committee.

In July, rumours of a power struggle within the Sulaimani's ruling PUK were confirmed when Lahur's cousin and co-president Bafel Talabani changed his title **"president"**, apparently ousting his cousin and co-leader Lahur Talabani. Bafel and his brother, Qubad Talabani, also changed the heads of the PUK's intelligence agency and counter-terrorism units, replacing officials who were close to Lahur Talabani with others loyal to Bafel.

Security forces loyal to Bafel in July also **raided the offices of a TV channel** affiliated with Lahur, iPLUS TV. The channel had not gone on air yet, but was scheduled to start broadcasting soon. Its studio has been **handed over to Gali Kurdistan TV**, an official PUK channel, and iPLUS offices was given to PUK media.

Bafel Talabani said a **shakeup in the PUK** was to end the abuse of party positions for personal gain, including "smuggling, extortion, threats, and spying."

On July 20, Lahur Talabani said that he had **"temporarily"** handed **over power** to his cousin on the condition a committee be formed "to investigate and follow up on all the baseless allegations and propaganda."

In his statement on Monday, Talabani said he will **remain in Iraqi Kurdistan** "until my last breath," despite apparent moves to force him abroad.

Polad Sheikh Jangi, one of the men accused in the video published by PUK media, was the head of the counter-terror unit who was replaced last month.

"I received a message on my phone. It was Polad Sheikh Jangi. He was my friend and I knew him … He asked me where I was and I called him," Abdulrahman said in the video. He said he went to Polad's office where he claims he was locked inside, his phone was taken, and Polad said he owed them $50 million.

Abdulrahman claimed he was held for 27 days and then taken to a deserted place with his hands tied, face covered, and Polad forced him to call his family and hand over assets to Ako Sheikh Jangi.

vaccination: official November 21, 2021

Sudan's military reinstate PM Abdalla Hamdok after deal November 21, 2021

Churches rebuilt in Iraq's Mosul after ISIS jihadist destruction November 20, 2021

Syrian Kurds revive ancient 'Bride of the Rain' ritual in Rojava as drought bites November 20, 2021

Iraqi Kurdistan records 355 new coronavirus cases, 11 deaths: ministry November 20, 2021

Two killed over car parking spot in Erbil, Iraqi Kurdistan: police November 19, 2021

Iraqi Kurdistan reports 362 new coronavirus cases, 17 deaths: ministry November 19, 2021

Britain set to ban Palestinian militants Hamas as terrorist organization November 19, 2021

Hundreds of Iraqi Kurds fly home after failing to enter EU from Belarus November 18, 2021

A conversation with the US-based political writer and analyst Omar Sindi November 18, 2021

Iraqi Kurdistan confirms 464 new coronavirus cases, 16 deaths: ministry November 18, 2021

Taliban arrest Iranian Kurdish photojournalist Ebrahim Alipour in Afghanistan: watchdog November 17, 2021

Cafe owner arrested in Iraqi Kurdistan for playing pro-Saddam Kurdish song 'Zêra' November 17, 2021

465 new coronavirus cases, 11 deaths reported in Iraqi Kurdistan: ministry

November 17, 2021

Follow



A man identified as Bilind Ali Abdulrahman accused Polad Sheikh Jangi Talabani of "kidnapping" him in 2015 in an attempt to force him and his family to hand over money and property to Lahur Talabani's other brother, Ako Sheikh Jangi Talabani. August, 2021. Photo: Screengrab/PUK media video/FB

They took a concrete factory, a house, money and other properties, Abdulrahman claimed.

The cousins were elected as co-chairs of the PUK in February 2020, following years of wrangling within the party over who would succeed the late Jalal Talabani, who died in 2017.

Copyright © 2021, respective author or news agency, Ekurd.net | rudaw.net

## Comments

0 Comments

## YOU MAY LIKE

mgid



**These 2 Vegetables Will Kill Your Belly And Arm Fat Overnight**

Keto



**Over-The-Counter Adderall Alternative, And It's Stronger!**

Brain Booster



**It's Stronger Than Adderall And Taking Pennsylvania By Storm**

Neuro Smart IQ