# Court Reference Letter

Deborah Raymond, BA/BEd., OCT., ARCT
778 8th Line Road, S. Dummer
Norwood, Ontario K0L 2V0
(705) 768-7757
deb.raymond@gmail.com

March 5, 2022

RE: Ross Roggio

To Whom This May Concern,

My name is Deb Raymond and I have known Ross Roggio all his life and he is a caring and loving family member. As a teacher in a high school and public school setting for 28 years, I am a considerable good judge of character. I watched Ross grow up into the friendly, respectable man he is today.

Our families have visited each other since we were both young. I continue to visit with Ross and his parents, staying weeks at a time during my winter and summer breaks. During that time, I personally watched Ross attend to the needs of both his parents, who are in their 80s and 90s. He prepares and cooks nutritious meals for them, and he ensures they have a healthy lifestyle. I have seen him in situations where he exhibits trustworthiness and responsibility.

In all the years I have known Ross, he is always happy to lend a helping hand to others without expecting anything in return. I am proud that Ross is a member of my family and I plan to visit with him and his parents for many more years to come.

Sincerely,

*C. Deborah Raymond*

C. Deborah Raymond

DEFENDANT'S EXHIBIT 8