To whom it may concern

My name is Vasilis Sidiropoulos. I know Mr. Ross Roggio since 2016. I was his employee but this relationship has transformed to a great relationship. The first signs of this transformation started when i saw how respectfully Mr. Roggio was treating not only me, but all of his employees, regardless tier, ethnicity or any other background. He is not a boss but a great leader. I consider him a great role model, a loyal friend and someone i can trust with my life. He is always there for anyone in need and people know they can count on him for any matter. One day, one of his employees (a cleaning lady from Philippines) had an accident 15 miles from his office. The moment he was notified about the accident, he jumped to his car, found her and literally carried her to the nearest hospital. He is a friend, a veteran, a hero and a great father. Someone i will always look up to.

Sidiropoulos Vasilis

03/04/2022

Elefsina, West Attica
Peisistratou 103, 19200
GREECE

DEFENDANT'S EXHIBIT 9