# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 3:18-CR-97** |
| v. | : | (Judge Mariani) |
| **ROSS ROGGIO** | : | |
| **Defendant** | : | (electronically filed) |

## ORDER

NOW, this **22ND** day of **MARCH**, 2022, upon consideration of Roggio's Motion to Supplement Exhibits in Support of his Motion for Revocation of the Detention Order, IT IS HEREBY ORDERED AND DECREED that the motion is GRANTED.

Defendant's Exhibits 7, 8, and 9, are accepted in support of Roggio's Motion for Revocation of the Detention Order.

*/s/ Robert D. Mariani*
**ROBERT D. MARIANI**
**UNITED STATES DISTRICT COURT JUDGE**