## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### FILE NO. 3:CR-18-97

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **NOTICE OF APPEAL** |
| | ) | |
| | ) | |
| **ROSS ROGGIO** | ) | |
| **Defendant** | ) | |

Notice is hereby given that Ross Roggio, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from an Order in a criminal case denying Defendant's Motion for Revocation of the Detention Order issued on April 8, 2022, and entered on the criminal docket on April 8, 2022.

Date: April 15, 2022

s/Gino Bartolai
**Gino Bartolai, Esquire**
**Attorney ID# PA 56642**

238 William Street
Pittston, Pennsylvania 18640
(570) 654-3572
E-mail: Bartolai@ptd.net
Attorney for Ross Roggio

## CERTIFICATE OF SERVICE

I, Gino Bartolai, Esquire, do hereby certify that I electronically served, via

e-mail, a copy of the foregoing **Notice of Appeal,** to the following

        Todd K. Hinkley, Esquire
        Assistant United States Attorney

and by placing the same in the United States mail, first class, postage prepaid, at

Scranton, Pennsylvania, addressed to the following:

        Ross Roggio

Date: April 15, 2022         s/Gino Bartolai_____
                            **Gino Bartolai, Esquire**