UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-073-E

No. 22-1704

UNITED STATES OF AMERICA

v.

ROSS ROGGIO,
       Appellant

(M.D. Pa. No. 3-18-cr-0097-001)

Present: JORDAN PORTER and MATEY, <u>Circuit Judges</u>

1. Motion by Appellant for Release From Custody;

2. Addendum by Appellant to Motion for Release From Custody;

3. Response by Appellee to Motion for Release From Custody;

4. Reply by Appellant to Response to Motion for Release From Custody.

       Respectfully,
       Clerk/tmm

_____ORDER_____

The foregoing Motion is **DENIED**.

       By the Court,

       s/David J. Porter
       Circuit Judge

Dated: May 9, 2022
Tmm/cc: Gino A. Bartolai, Jr., Esq.
Patrick Jasperse, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate