UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | NO:  3:18-CR-0097 |
| | : | |
| ROSS ROGGIO and ROGGIO CONSULTING CO., INC. | : | |
| | : | |
| Defendants | : | |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Matthew T. Comerford, Esquire on behalf of the Defendants, Ross Roggio and Roggio Consulting Co., Inc. in the above-captioned matter.

                  COMERFORD LAW

BY:   */s/ Matthew T. Comerford, Esquire*
        Matthew T. Comerford, Esquire
        538 Biden Street, Suite 430
        Scranton, PA 18503
        570-880-0777
        Fax 570-880-0476
        matt@comerfordparkins.com