UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | NO: 3:18-CR-0097 |
| | : | |
| ROSS ROGGIO and ROGGIO CONSULTING CO., INC. | : | |
| | : | |
| Defendants | : | |

### ENTRY OF APPEARANCE

Kindly enter the appearance of Curt M. Parkins, Esquire on behalf of the Defendants, Ross Roggio and Roggio Consulting Co., Inc. in the above-captioned matter.

                          COMERFORD LAW

BY:    */s/ Curt M. Parkins, Esquire*
          Curt M. Parkins, Esquire
          538 Biden Street, Suite 430
          Scranton, PA 18503
          570-880-0777
          Fax 570-880-0476
          curt@comerfordparkins.com