UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | NO: 3:18-CR-0097 |
| | : | |
| ROSS ROGGIO and ROGGIO CONSULTING CO., LLC, | : | |
| | : | |
| Defendants | : | |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Jason A. Shrive, Esquire, of SHRIVE LAW, LLC, on behalf of the Defendants, Ross Roggio and Roggio Consulting Co., LLC, in the above-captioned matter.

Respectfully submitted,

**SHRIVE LAW, LLC**

*/s/ Jason A. Shrive*
_____
Jason A. Shrive, Esquire
Attorney ID #: 306574
The Scranton Life Building
538 Biden Street – Suite 418
Scranton, PA 18503
Phone: (570) 558-7520
Fax:    (570) 609-1227

Co-Counsel for the Defendants