**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 18-CR-97 |
| | : | |
| ROSS ROGGIO | : | |
| ROGGIO CONSULTING, LLC | : | |

## CERTIFICATE OF CONCURRENCE

This 15th day of August, 2022, I, Curt M. Parkins, Esquire, hereby certify that, I received concurrence in the instant motion from AUSA Todd Hinkley.

    Respectfully Submitted:

    */s/Curt M. Parkins, Esquire*
    Curt M. Parkins, Esquire

## CERTIFICATE OF SERVICE

This 15th day of August, 2022, I, Curt M. Parkins, Esquire, hereby certify that I served AUSA Todd Hinkley with the foregoing via ECF.

    Respectfully Submitted:

    */s/Curt M. Parkins, Esquire*
    Curt M. Parkins, Esquire