**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 18-CR-97 |
| | : | |
| ROSS ROGGIO | : | |
| ROGGIO CONSULTING, LLC | : | |

## **ORDER**

AND NOW this _____ day of August, 2022, upon consideration of Defendant's Motion for Leave to File Pretrial Motions, it is hereby ORDERED that Defendant's Motion is GRANTED and Pretrial Motions shall be filed by _____.

BY THE COURT:

BY: _____
Judge Robert Mariani