IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:CR-18-0097 |
| | : | |
| v. | : | (Judge Mariani) |
| | : | |
| ROSS ROGGIO | : | (Electronically filed) |

## ORDER

NOW, this __16th__ day of __Aug.__, 2022, upon consideration of Court Appointed Counsel's Motion to Withdraw as Counsel, IT IS HEREBY ORDERED AND DECREED that the motion is GRANTED.

Attorney Gino Bartolai is hereby withdrawn as counsel for Defendant Ross Roggio.

Robert D. Mariani
United States District Judge