## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : 3:CR-18-0097) |
| | : (JUDGE MARIANI) |
| **ROSS ROGGIO,** | : |
| **ROGGIO CONSULTING, LLC** | : |

### ORDER

AND NOW, THIS **9th** DAY OF SEPTEMBER 2022, upon consideration of the Motion for Leave to File Pretrial Motions (Doc. 158), because the Motion contends that "[s]ome discovery remains outstanding due to the necessity of Defense Counsel having to provide the Government with an additional storage device" (*id.* ¶ 8), and because the Court finds that this circumstance warrants a limited extension of the September 19, 2022, deadline set for pretrial motions established in the Court's August 17, 2022, Order (Doc. 157 at 3), **IT IS HEREBY ORDERED THAT**:

1. The Motion for Leave to File Pretrial Motions (Doc. 158) is **GRANTED AS MODIFIED**;

2. All pretrial motions, limited to the new claims and allegations set forth in the Superseding Indictment, shall be filed no later than September 27, 2022.

3. Because the Court finds that the ends of justice will be served by granting a continuance of the pretrial motion deadline and that such a continuation outweighs the best interests of the public and the Defendants in a speedy trial, any delay

occasioned by the granting of this motion and the extension of time to file a response to Defendant's pretrial motions shall be excluded from the speedy trial calculation pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

Robert D. Mariani
United States District Judge