**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| V. | : | 18-CR-97 |
| | : | |
| ROSS ROGGIO | : | |
| ROGGIO CONSULTING, LLC | : | |

**MOTION FOR RECONSIDERATION OF COURT'S ORDER OF SEPTEMBER 9, 2022**
**(Doc. 159)**

AND NOW, comes Defendants, by and through Counsel, who file this Motion, averring as follows:

1. This Honorable Court granted Defendants' Motion For Leave to file Pretrial Motions (Doc. 158), via Court Order of September 9, 2022 (Doc. 159), extending the deadline to file pretrial motions, limited to the new claims and allegations set forth in the Superseding Indictment, to September 27, 2022.

2. Although the Defense had requested an extension of time to file Pretrial Motions of thirty (30) days, this Honorable Court only extended the deadline by eight (8) days, from September 19, 2022 to September 27, 2022.

3. Case discovery was only recently obtained on September 8, 2022, and is voluminous in nature, encompassing over two (2) terabytes of data.

4. Some discovery remains outstanding, due to the necessity of Defense Counsel having to provide the Government with an additional storage device, as the two (2) terabyte external drive originally provided did not have enough storage space to contain all of the discovery.

5. An additional storage device was provided to the Government on September 12, 2022, and the Government is in the process of preparing the same for production, so it still remains outstanding.

6. Based upon the review to date of Defense Counsel, of the discovery produced, it is humanly impossible to review and analyze said discovery, within the time allotted. This also does not account for that, which is yet to be produced.

7. Based upon the review of Defense Counsel, the thirty (30) days initially requested by the Defense, would be optimistic at best and unrealistic at worst, but certainly more likely to be accomplished in thirty (30) days than by September 27, 2022.

8. Defense Counsel needs to not only review and analyze all of the discovery, but to consult with the Defendant regarding the same, conduct any necessary legal research, and draft the pretrial motions and briefs in support between now and the current pretrial motion deadline of September 27, 2022.

9. These motions are necessary to the preparation of an effective defense in this matter, and the interests of justice lie in favor of permitting leave to file such motions.

10. AUSA Todd Hinkley concurs in the request to file pretrial motions in regard to the torture charges which were added in the Superseding Indictment.

11. The Defense is aware that the Court has set this case for Trial on February 6, 2023.

12. Due to the voluminous nature of the file in this case and the unique subject matter involved, counsel is respectfully requesting this Honorable Court to reconsider its Order of September 9, 2022 (Doc. 159) and to grant an extension of at least thirty (30) days from the current pretrial motion deadline of September 27, 2022, to review discovery and file pretrial motions.

**SIGNATURE PAGE TO FOLLOW**

WHEREFORE, Defendant respectfully requests this Honorable Court grant the instant motion and provide leave to file pretrial motions within thirty (30) days from the current pretrial motion deadline of September 27, 2022.

Respectfully Submitted

***Comerford Law***

<u>Matthew T. Comerford</u>
Matthew T. Comerford, Esq.
matt@comerfordparkins.com

<u>Curt M. Parkins</u>
Curt M. Parkins, Esq.
Curt@comerfordparkins.com
538 Spruce St., Ste. 430
Scranton, PA 18503
570-880-0777
570-880-0476 (fax)

***Shrive Law, LLC***

<u>Jason A. Shrive</u>
Jason A. Shrive, Esq.
jshrive@shrivelaw.com
538 Spruce St., Ste 418
Scranton, PA 18503
570-558-7520
570-609-1227 (fax)

**Attorneys for Defendant**