**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| V. | : | 18-CR-97 |
| | : | |
| ROSS ROGGIO | : | |
| ROGGIO CONSULTING, LLC | : | |

**CERTIFICATE OF CONCURRENCE**

This 14th day of September, 2022, I, Jason A. Shrive, Esquire, hereby certify that, I received concurrence in the instant motion from AUSA Todd Hinkley.

Respectfully Submitted:

*/s/Jason A. Shrive, Esquire*
Jason A. Shrive, Esquire

**CERTIFICATE OF SERVICE**

This 14th day of September, 2022, I, Jason A. Shrive, Esquire, hereby certify that I served AUSA Todd Hinkley with the foregoing via ECF.

Respectfully Submitted:

*/s/Jason A. Shrive, Esquire*
Jason A. Shrive, Esquire