**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 18-CR-97 |
| | : | |
| ROSS ROGGIO | : | |
| ROGGIO CONSULTING, LLC | : | |

## ORDER

AND NOW this _____ day of September, 2022, upon consideration of Defendant's

Motion for Reconsideration of Court's Order of September 9, 2022 (Doc. 159), it is hereby

ORDERED that Defendant's Motion is GRANTED and Pretrial Motions shall be filed by

_____.


BY THE COURT:


BY: _____
Judge Robert Mariani