THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : 3:18-cr-0097 |
| v. | : (Judge Mariani) |
| | : |
| ROSS ROGGIO, | : |
| ROGGIO CONSULTING, LLC | : |

## ORDER

On review of Defendants' "Motion for Reconsideration of Court's Order of September 9, 2022 (Doc. 159)" (Doc. 160) filed by Defendants' counsel wherein they seek additional time beyond that which was allowed by the Court's September 9, 2022, Order (Doc. 159), it appears to the Court that the government's concurrence in the motion is insufficient to permit the Court to evaluate the assertions made by Defendants' counsel as to the need for additional time for discovery regarding the allegations that were added by the Superseding Indictment (Doc. 122) filed on February 15, 2022.

**ACCORDINGLY, THE COURT HEREBY ORDERS THAT** on or before **Tuesday, September 20, 2022,** the government shall provide specific, fact-based reasons why it has granted concurrence to the Defendants' motions for extension of time and reconsideration. The response should be sufficiently detailed with respect to whether the government has thus far fulfilled its discovery obligations to provide the information which Defendants' counsel has requested, and, if it has not done so, shall state what information remains to be supplied and when it will be so supplied.

Robert D. Mariani
United States District Judge

9/16/22