**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 18-CR-97 |
| | : | |
| ROSS ROGGIO | : | |
| ROGGIO CONSULTING, LLC | : | |

## **CERTIFICATE OF SERVICE**

    This 22nd day of September, 2022, I, Jason A. Shrive, Esquire, hereby certify that I served AUSA Todd Hinkley with the foregoing Status Report via ECF.

                                Respectfully Submitted:

                                */s/Jason A. Shrive, Esquire*
                                Jason A. Shrive, Esquire