# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 18-CR-97 |
| | : | |
| ROSS ROGGIO | : | |
| ROGGIO CONSULTING, LLC | : | |

## DEFENDANT'S MOTION EARLY DISCLOSURE OF JENCKS MATERIAL

AND NOW, this 14th day of October, 2022, Defendant hereby moves this Court to compel the Government to provide early disclosure of *Jencks* material. Synonymously with this Motion, Defendant is filing a Brief in Support thereof containing the reasons for this request. That Brief is incorporated by reference as if set forth in full herein.

Respectfully Submitted

*Comerford Law*

*Matthew Comerford*

_____
Matthew T. Comerford, Esq.

*Curt Parkins*

_____
Curt M. Parkins, Esq.

*Shrive Law*

*Jason Shrive*

_____
Jason A. Shrive, Esq.

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| V. | :   18-CR-97 |
| | : |
| ROSS ROGGIO | : |
| ROGGIO CONSULTING, LLC | : |

## CERTIFICATE OF SERVICE

AND NOW, this 14th day of October, 2022, I, Curt M. Parkins, Esq., hereby certify that I served a copy of the foregoing Motion and its supporting Brief upon AUSA Hinkly via ECF.

*Curt Parkins*

_____
Curt M. Parkins, Esq.

## CERTIFICATE OF NON-CONCURRENCE

AND NOW, this 14th day of October, 2022, I, Curt M. Parkins, Esq., hereby certify that I reached out to AUSA Hinkley for concurrence but have not yet received a response.

*Curt Parkins*

_____
Curt M. Parkins, Esq.

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 18-CR-97 |
| | : | |
| ROSS ROGGIO | : | |
| ROGGIO CONSULTING, LLC | : | |

## ORDER

AND NOW, this _____ day of _____ 2022, it is hereby ordered that Defendant's Motion for Early Disclosure of Jencks Material is granted. All Jencks material shall be turned over to defense counsel on or before December 1, 2022.

_____
Mariani, J.