# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| V. | :     18-CR-97 |
| | : |
| ROSS ROGGIO | : |
| ROGGIO CONSULTING, LLC | : |

## DEFENDANT'S MOTION TO DISMISS COUNTS I AND II OF THE SUPERSEDING INDICTMENT

AND NOW, this 14th day of October, 2022, Defendant hereby moves this Court to dismiss Counts I and II of the Superseding Indictment. Synonymously with this Motion, Defendant is filing a Brief in Support thereof containing the reasons for this request. That Brief is incorporated by reference as if set forth in full herein.

Respectfully Submitted

*Comerford Law*

*Matthew Comerford*

_____
Matthew T. Comerford, Esq.

*Curt Parkins*

_____
Curt M. Parkins, Esq.

*Shrive Law*

*Jason Shrive*

_____
Jason A. Shrive, Esq.

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 18-CR-97 |
| | : | |
| ROSS ROGGIO | : | |
| ROGGIO CONSULTING, LLC | : | |

## CERTIFICATE OF SERVICE

AND NOW, this 14th day of October, 2022, I, Curt M. Parkins, Esq., hereby certify that I served a copy of the foregoing Motion and its supporting Brief upon AUSA Hinkly via ECF.

*Curt Parkins*

_____
Curt M. Parkins, Esq.

## CERTIFICATE OF NON-CONCURRENCE

AND NOW, this 14th day of October, 2022, I, Curt M. Parkins, Esq., hereby certify that I reached out to AUSA Hinkley for concurrence but have not yet received a response.

*Curt Parkins*

_____
Curt M. Parkins, Esq.

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| V. | :   18-CR-97 |
| | : |
| ROSS ROGGIO | : |
| ROGGIO CONSULTING, LLC | : |

**ORDER**

AND NOW, this _____ day of _____ 2022, it is hereby ordered that Defendant's Motion to Dismiss is granted. Counts I and II of the Superseding Indictment are hereby dismissed.

_____
Mariani, J.