UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    No.  3:18-CR-0097 |
| v. | : |
| | :    (Judge Mariani) |
| ROSS ROGGIO,  and | : |
| ROGGIO CONSULTING Co, LLC | : |
|     Defendants. | :    (electronically filed) |

## BILL OF PARTICULARS

The United States of America, by its undersigned counsel and, pursuant to Federal Rule of Criminal Procedure 7(f), voluntarily files this Bill of Particulars in response to defendant's Motion for a Bill of Particulars and Brief in Support.   Docs. 166-167.

1. The Kurdish military compound referenced in paragraphs 5, 10, 12, 13, 14, 15, 16, 17, and 19 of the Superseding Indictment was located on the outskirts of Sulaymaniyah, in the Kurdistan region of Iraq.

2. Defendant conspired with Kurdish soldiers acting under color of law to torture the victim, as charged in Count One of the Superseding Indictment, and acted jointly with and aided and abetted Kurdish soldiers acting under color of law to torture the victim, as alleged in Count Two of the Superseding Indictment.

Dated: October 24, 2022						Respectfully submitted,

									GERARD M. KARAM
									United States Attorney

							By:	*Todd K. Hinkley*
									Todd K. Hinkley
									Assistant United States Attorney
									235 North Washington Ave.
									Scranton, PA 18503
									Phone: 570-348-2800

									KENNETH A. POLITE, JR.
									Assistant Attorney General

							By:	*Patrick Jasperse*
									Patrick Jasperse
									Trial Attorney
									Criminal Division
									U.S. Department of Justice
									Human Rights and Special
									Prosecutions Section
									1301 New York Avenue, NW
									Washington, DC 20530
									Phone: 202-616-8917

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No.   3:18-CR-0097 |
| v. | : | |
| | : | (Judge Mariani) |
| ROSS ROGGIO, and | : | |
| ROGGIO CONSULTING Co, LLC | : | |
| Defendants. | : | (electronically filed) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on October 24, 2022, he served a copy of the attached **GOVERNMENT'S BILL OF PARTICULARS**

by electronic means to:

Matthew T. Comerford
matt@comerfordparkins.com

Curt M. Parkins
curt@comerfordparkins.com

Jason A. Shrive
jshrive@shrivelaw.com

/s/ Todd K. Hinkley
Todd K. Hinkley
Assistant United States Attorney

3