# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 18-CR-97 |
| | : | |
| ROSS ROGGIO | : | |
| ROGGIO CONSULTING, LLC | : | |

### DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR BILL OF PARTICULARS *NUNC PRO TUNC*

The Defendants hereby move this Honorable Court for leave of Court to file a Reply Brief in Support of Defendants' Motion for a Bill of Particulars *Nunc Pro Tunc*, as Defense Counsel was ill on the date of the deadline for filing of November 10, 2022.

The concurrence of AUSA Todd Hinkley, Esquire, was sought for the request to file a Reply Brief in Support of Defendants' Motion for a Bill of Particulars *Nunc Pro Tunc*, but no response was received prior to the filing of the same.

WHEREFORE, Defendants respectfully request this Honorable Court to grant the instant motion and provide leave for Defense Counsel to file a Reply Brief in Support of Motion for a Bill of Particulars *Nunc Pro Tunc*.

Respectfully Submitted

***Shrive Law, LLC***

*Jason A. Shrive*
Jason A. Shrive, Esq.
jshrive@shrivelaw.com
538 Spruce St., Ste 418
Scranton, PA 18503
570-558-7520
570-609-1227 (fax)

*Comerford Law*

<u>*Matthew T. Comerford*</u>
Matthew T. Comerford, Esq.
matt@comerfordparkins.com

<u>*Curt M. Parkins*</u>
Curt M. Parkins, Esq.
Curt@comerfordparkins.com
538 Spruce St., Ste. 430
Scranton, PA 18503
570-880-0777
570-880-0476 (fax)

**Attorneys for Defendants**