# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 18-CR-97 |
| | : | |
| ROSS ROGGIO | : | |
| ROGGIO CONSULTING, LLC | : | |

## ORDER

AND NOW this _____ day of November, 2022, upon consideration of Defendants' Motion for Leave to File Reply Brief in Support of Defendants' Motion for Bill of Particulars *Nunc Pro Tunc*, it is hereby ORDERED that Defendant's Motion is GRANTED and Reply Brief in Support of Defendants' Motion for Bill of Particulars *Nunc Pro Tunc* shall be filed by _____.

BY THE COURT:

BY: _____
Judge Robert Mariani