**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| V. | : | 18-CR-97 |
| | : | |
| ROSS ROGGIO | : | |
| ROGGIO CONSULTING, LLC | : | |

**CERTIFICATE OF CONCURRENCE**

    This 21st day of November, 2022, I, Jason A. Shrive, Esquire, hereby certify that, I received concurrence in the Defendants' Motion for Leave of Court to File Reply Brief *Nunc Pro Tunc*, from AUSA Todd Hinkley. The Government specifically concurs in the Motion for Leave to File Reply Brief *Nunc Pro Tunc*, but not in the relief sought by the underlying Reply Brief in Support of Motion for a Bill of Particulars.

                                                    Respectfully Submitted:

                                                    */s/Jason A. Shrive, Esquire*
                                                    Jason A. Shrive, Esquire