IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 18-CR-97 |
| | : | |
| ROSS ROGGIO | : | |
| ROGGIO CONSULTING, LLC | : | |

**ORDER**

AND NOW this 22nd day of November, 2022, upon consideration of Defendants' Motion for Leave to File Reply Brief in Support of Defendants' Motion for Bill of Particulars *Nunc Pro Tunc*, and noting the Government concurs in the Motion, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED. Defendants' Reply Brief in Support of Defendants' Motion for a Bill of Particulars filed on November 17, 2022 (Doc. 184) is deemed timely filed.

BY THE COURT:

BY: _____
Judge Robert Mariani