THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : 3:18-cr-0097 |
| v. | : (Judge Mariani) |
| | : |
| ROSS ROGGIO, | : |
| ROGGIO CONSULTING, LLC, | : |
| | : |
| Defendants. | : |

## ORDER

AND NOW, THIS ___2x1___ DAY OF DECEMBER 2022, upon consideration of Defendant's Motion for Bill of Particulars (Doc. 166) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendant's Motion for Bill of Particulars (Doc. 166) is **DENIED**.

Robert D. Mariani
United States District Judge