THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : 3:18-cr-0097 |
| v. | : (Judge Mariani) |
| | : |
| ROSS ROGGIO, | : |
| ROGGIO CONSULTING, LLC, | : |
| | : |
| Defendants. | : |

## ORDER

AND NOW, THIS _2nd_ DAY OF DECEMBER 2022, upon consideration of Defendant's Motion for Early Disclosure of Jencks Material (Doc. 168) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendant's Motion for Early Disclosure of Jencks Material (Doc. 168) is **DENIED**.

Robert D. Mariani
United States District Judge