# THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : 3:18-cr-0097 |
| v. | : (Judge Mariani) |
| | : |
| ROSS ROGGIO, | : |
| ROGGIO CONSULTING, LLC, | : |
| | : |
| Defendants. | : |

## ORDER

AND NOW, THIS ____2nd____ DAY OF DECEMBER 2022, upon consideration of Defendant's Motion to Suppress (Doc. 172) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant's request for an evidentiary hearing on his Motion to Suppress is **GRANTED**;

2. The evidentiary hearing will be scheduled by separate order.

Robert D. Mariani
United States District Judge