**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : **3:18-cr-0097** |
| **v.** | : **(Judge Mariani)** |
| | : |
| **ROSS ROGGIO,** | : |
| **ROGGIO CONSULTING, LLC,** | : |
| | : |
| **Defendants.** | : |

## ORDER

The background of this Order is as follows:

Defendant Ross Roggio's November 28, 2022, correspondence (Doc. 187),

docketed as a motion for reconsideration, is pending before the Court. With this filing,

Defendant asks for an extension of time to prepare for trial and for the Court to reconsider

the previous denial of his request to be allowed to file further pretrial motions. (Doc. 187 at

1-2.)

The Court finds no basis to grant either request. This case has been pending for

over four years and Defendant has been given multiple opportunities to file pretrial motions.

(*See* Docs. 46, 48, 64, 166, 168, 170, 172.) The trial in this matter was continued to

February 6, 2023, with the Court's June 3, 2022, Order (Doc. 150), and both the Court and

Defendant Roggio recognize the commencement date as a date certain (*see, e.g.*, Docs.

163 at 4, 181 at 1).

As the Court has explained, because Defendant Roggio has retained private counsel, he is free to terminate current counsels' representation and hire new counsel. (*See* Doc. 182 at 1.) However, the Court will not alter its determination that the time for filing pretrial motions has passed. (*Id.* at 3.) As noted previously, should Defendant Roggio secure new counsel, said counsel will have the opportunity to file motions in limine with which counsel can present pertinent matters to the Court before trial. (*Id.*) Nor will the Court continue the trial based on the assertion that as-yet unretained counsel requires an extension of time as a condition precedent to entering an appearance.[1]

**ACCORDINGLY, THIS** \_\_6th\_\_ **DAY OF DECEMBER 2022, IT IS HEREBY ORDERED THAT** Defendant's motion for reconsideration (Doc. 187) is **DENIED**.

Robert D. Mariani
United States District Judge

---

[1] The international travel and unique translator needs presented in this case have been arranged for February 2023 and cannot be changed without significant difficulty and delay.