**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 18-CR-97 |
| | : | |
| ROSS ROGGIO | : | |
| ROGGIO CONSULTING, LLC | : | |

**CERTIFICATE OF SERVICE**

This 13th day of December, 2022, I, Jason A. Shrive, Esquire, hereby certify that I served AUSA Todd Hinkley with the foregoing Motion to Withdraw as Counsel via ECF.

Respectfully Submitted:

*/s/ Jason A. Shrive, Esquire*
Jason A. Shrive, Esquire