**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 18-CR-97 |
| | : | |
| ROSS ROGGIO | : | |
| ROGGIO CONSULTING, LLC | : | |

## **ORDER**

AND NOW this _____ day of _____, 20__, upon consideration of Defense Counsels' Motion to Withdraw as Counsel, it is hereby ORDERED that Defense Counsels' Motion is GRANTED. Attorneys Curt M. Parkins and Matthew T. Comerford of Comerford Law, and Jason A. Shrive of Shrive Law, LLC, are hereby permitted to immediately withdraw as counsel for the Defendants, Ross Roggio and Roggio Consulting, LLC, in the above-captioned matter.

BY THE COURT:

BY: _____
Judge Robert D. Mariani