# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| V. | : | 18-CR-97 |
| | : | |
| ROSS ROGGIO | : | |
| ROGGIO CONSULTING, LLC | : | |

## STATEMENT OF GOVERNMENT'S POSITION

This 15th day of December, 2022, I, Jason A. Shrive, Esquire, hereby certify that, I e south the concurrence of the Government with regard to Defense Counsels' Motion to Withdraw as Counsel, and the Government has indicated that it will take no position regarding said Motion.

Respectfully Submitted:

*/s/Jason A. Shrive, Esquire*
Jason A. Shrive, Esquire