THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : 3:18-cr-0097 |
| v. | : (Judge Mariani) |
| | : |
| **ROSS ROGGIO,** | : |
| **ROGGIO CONSULTING, LLC,** | : |
| | : |
| **Defendants.** | : |

## ORDER

**AND NOW, THIS SIXTEENTH DAY OF DECEMBER 2022,** it appearing to the Court that Defendant Roggio has terminated his counsel and current counsel seeks to withdraw (*see* Docs. 181, 187, 196, 198), **IT IS HEREBY ORDERED THAT:**

1. The Motion to Withdraw as Counsel (Doc. 198) is **GRANTED**;

2. On or before December 21, 2022, Defendant Roggio is to advise the Court whether he has retained new counsel, intends to proceed *pro se*, or wishes to seek court-appointed counsel;

3. If Defendant wishes to seek court-appointed counsel, he shall complete and submit the necessary financial affidavit on or before December 21, 2022.


                                                         s/ Robert D. Mariani
                                                         Robert D. Mariani
                                                         United States District Judge