# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Plaintiff,** | : |
| vs. | : **3:18-CR-00097-1-RDM** |
| **ROSS ROGGIO,** | : **ORDER APPOINTING COUNSEL** |
| **Defendant.** | : |

    The individual named below, having testified under oath or having otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the Court finds that the Defendant financially qualifies for court-appointed counsel, therefore,

    IT IS ORDERED that Gino A. Bartolai is hereby appointed to represent Defendant, Ross Roggio.

    DATED this 22nd day of December, 2022.

                                            s/ Robert D. Mariani  s
                                            Robert D. Mariani
                                            United States District Judge