**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 18-CR-97 |
| | : | |
| ROSS ROGGIO | : | |
| ROGGIO CONSULTING, LLC | : | |

**CERTIFICATE OF SERVICE**

This 23rd day of December, 2022, I, Jason A. Shrive, Esquire, hereby certify that I served AUSA Todd Hinkley with the foregoing Withdrawal of Appearance, via ECF.

Respectfully Submitted:

*/s/ Jason A. Shrive, Esquire*
Jason A. Shrive, Esquire