UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | NO: 3:18-CR-0097 |
| | : | |
| ROSS ROGGIO and ROGGIO CONSULTING CO., LLC, | : | |
| | : | |
| Defendants | : | |

# **WITHDRAWAL OF APPEARANCE**

Pursuant to the Court's Order (Doc. 201) kindly withdraw the appearance of Matthew T. Comerford, Esquire and Curt M. Parkins, Esquire, of COMERFORD LAW, LLC, on behalf of the Defendants, Ross Roggio and Roggio Consulting Co., LLC, in the above-captioned matter.

                   Respectfully submitted,

                   **COMERFORD LAW**

              BY: */s/ Matthew T. Comerford, Esq.*
                   Matthew T. Comerford, Esq.

              BY: */s/ Curt M. Parkins, Esq.*
                   Curt M. Parkins, Esq.
                   Co-Counsel for the Defendants