**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | 3:18-CR-0097 |
| | : | |
| ROSS ROGGIO | : | |
| ROGGIO CONSULTING, LLC | : | |

## CERTIFICATE OF SERVICE

This 23rd day of December, 2022, I, Matthew T. Comerford, Esquire and Curt M. Parkins, Esquire, hereby certify that I served AUSA Todd Hinkley with the foregoing Withdrawal of Appearance, via ECF.

Respectfully Submitted:

*/s/Matthew T. Comerford, Esq.*
Matthew T. Comerford, Esquire

*/s/Curt M. Parkins, Esq.*
Matthew T. Comerford, Esquire