12 Dec 2022

Ross W Roggio

Case No. 3:CR-18-0097

FILED
SCRANTON
DEC 27 2022
Per_____
DEPUTY CLERK

Honorable Judge Robert D. Mariani,

I have your Order dated 6 December 2022, in which you denied my motion for reconsideration.

My Attorney of choice has made it clear that he will not enter this case without pretrial motions and a continuance being made. The Court has made it obvious that the Government's need to change witness travel, and getting a translator, is too significantly difficult to afford me my attorney of choice.

The only attorneys I have been in contact with who are willing to take the case, will be asking for more money than I can manage. I personally have not had any meaning full work for some time and all assests has been seized. I cannot borrow the amounts these attorneys are asking. I am sure if given a couple of months, I can find good counsel that would fit my budget. However I am sure the court will not give me that time.

The current attorneys I have, I will not allow to continue. We had a meeting in which we tried to overcome our many problems. This was a bridge too far.  There is a break down in trust, and without trust there can be no meaningful communication, let alone any effective assistance.

In my letter Dated 21 Nov 2022, I stated that without the attorney of choice, I would need an attorney to be appointed. I cannot afford counsel that will take the case with the current restrictions of motions and time to trial. So I am requesting for the second time to have an attorney appointed.

Thank You

Ross W. Roggio

1

Name: Ross W. Roggio
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840

LEHIGH VALLEY PA 180
15 DEC 2022 PM 2 L

THE HONORABLE ROBERT D. MARIANI
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BUILDING
PO BOX 848 1148
SCRANTON PA 18503

18503389999

RECEIVED
SCRANTON

DEC 27 2022

PER _____ DEPUTY CLERK