AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:18-CR-97 (RDM) |
| ROSS ROGGIO, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE UNITED STATES OF AMERICA.

Date: 01/19/2023

*Scott A. Claffee*
*Attorney's signature*

SCOTT A. CLAFFEE
*Printed name and bar number*
U.S. Department of Justice
National Security Division
950 Pennsylvania Avenue NW
Washington, D.C. 20530
*Address*

scott.claffee@usdoj.gov
*E-mail address*

(202) 233-0986
*Telephone number*

(202) 532-4251
*FAX number*