# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 3:CR-18-0097 |
| | : | |
| v. | : | **(Judge Mariani)** |
| | : | |
| **ROSS ROGGIO** | : | **(Electronically filed)** |

## ORDER

NOW, this _____ day of _____, 2023, upon consideration of Court Appointed Counsel's Motion to Withdraw as Counsel, IT IS HEREBY ORDERED AND DECREED that the motion is GRANTED.

Attorney Gino Bartolai is hereby withdrawn as counsel for Defendant Ross Roggio.

 

**Robert D. Mariani**
**United States District Judge**