# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : 3:18-cr-0097 |
| v. | : (JUDGE MARIANI) |
| | : |
| ROSS ROGGIO, | : |
| ROGGIO CONSULTING, LLC, | : |
| | : |
| Defendants. | : |

## ORDER

The background of this Order is as follows:

On March 23, 2023, Attorney for Defendant Ross Roggio, Gino Bartolai, Esq., filed a Motion to Withdraw as Court Appointed Counsel (Doc. 210). The Motion indicates that Defendant Roggio requested Attorney Bartolai withdraw on the basis that Defendant "intend[s] to call [Attorney Bartolai] as a witness in the trial presently scheduled for May 8, 2023." (*Id.* at ¶ 10). Nothing in the Motion indicates the nature of Attorney Bartolai's anticipated testimony, were he to testify, or how the testimony is in any way relevant to the charges against Defendant Roggio or any of the defenses Defendant wishes to assert. The Government does not concur in this motion. (*Id.* at 4).

**ACCORDINGLY, THIS 24TH DAY OF MARCH 2023,** upon consideration of Motion to Withdraw as Court Appointed Counsel (Doc. 210), **IT IS HEREBY ORDERED THAT:**

1. No later than **Wednesday, March 29, 2023, by 12:00 p.m.**, Attorney Bartolai shall file, under seal, a sworn affidavit stating with precise specificity the subject and content of any testimony he would, or could, properly offer in this case.

2. Defendant Roggio shall likewise personally prepare an affidavit, to be filed under seal no later than **Wednesday, March 29, 2023, by 12:00 p.m.**, setting forth what he has requested of Attorney Bartolai with respect to the statement in the pending motion that he intends to call Attorney Bartolai as a witness. Defendant Roggio's affidavit is subject to the same requirements as those made applicable to Attorney Bartolai in ¶ 1.

_____
Robert D. Mariani
United States District Judge