THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : 3:18-cr-0097 |
| v. | : (Judge Mariani) |
| | : |
| ROSS ROGGIO, | : |
| ROGGIO CONSULTING, LLC, | : |
| | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 31st DAY OF MARCH 2023, upon consideration of the Motion to Withdraw as Court-Appointed Counsel (Doc. 210) and all relevant documents, for the reasons set forth in the Memorandum Opinion (Doc. 214) filed under seal and available only to Defendant's counsel, **IT IS HEREBY ORDERED THAT** the Motion to Withdraw as Court-Appointed Counsel (Doc. 210) is **DENIED**.

_____
Robert D. Mariani
United States District Judge