# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **3:CR-18-0097** |
| | : | |
| v. | : | **(Judge Mariani)** |
| | : | |
| **ROSS ROGGIO** | : | **(Electronically filed)** |

## ORDER

NOW, this _____ day of _____, 2023, upon consideration of Roggio's Motion in Limine - Bad Acts, IT IS HEREBY ORDERED AND DECREED that the motion is GRANTED.

The Government is hereby precluded from offering any evidence of uncharged physical assaults, sexual harassment, and fraud during its case in chief.

                                                                                        _____
                                                                                        **ROBERT D. MARIANI**
                                                                                        **UNITED STATES DISTRICT JUDGE**