# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **3:CR-18-0097** |
| | : | |
| v. | : | **(Judge Mariani)** |
| | : | |
| **ROSS ROGGIO** | : | **(Electronically filed)** |

## ORDER

NOW, this _____ day of _____, 2023, upon consideration of Roggio's Motion in Limine - Sidiropoulou Statement Customs Border Protection, IT IS HEREBY ORDERED AND DECREED that the motion is GRANTED.

The Government is hereby precluded from offering as evidence the statement of Christina Sidiropoulou made to U.S. Customs and Border Protection on February 26, 2017.

 

**ROBERT D. MARIANI**
**UNITED STATES DISTRICT JUDGE**