# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 3:CR-18-0097 |
| | : | |
| v. | : | (Judge Mariani) |
| | : | |
| **ROSS ROGGIO** | : | (Electronically filed) |

## ORDER

NOW, this _____ day of _____, 2023, upon consideration of Roggio's Motion in Limine - Privileged Marital Communications, IT IS HEREBY ORDERED AND DECREED that the motion is GRANTED.

The Government is hereby precluded from offering as evidence the testimony of Kristy Lynn Roggio-Merring at Roggio's trial.

_____
**ROBERT D. MARIANI**
**UNITED STATES DISTRICT JUDGE**