IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **3:CR-18-0097** |
| | : | |
| v. | : | **(Judge Mariani)** |
| | : | |
| **ROSS ROGGIO** | : | **(Electronically filed)** |

# ORDER

NOW, this _____ day of _____, 2023, upon consideration of Roggio's Motion in Limine - Expert Opinion Torture, IT IS HEREBY ORDERED AND DECREED that the motion is GRANTED.

The Government is hereby precluded from offering as evidence expert opinion as to whether certain acts would constitute torture.

_____
**ROBERT D. MARIANI**
**UNITED STATES DISTRICT JUDGE**