UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | NO. 3:18-CR-0097 |
| v. : | |
| : | (MARIANI, J.) |
| ROSS ROGGIO, and : | |
| ROGGIO CONSULTING, LLC, : | |
| Defendants. : | |

**GOVERNMENT'S *IN LIMINE* MOTION TO INTRODUCE
THE TESTIMONY OF ROGGIO'S EX-SPOUSE**

The Government, by and through undersigned counsel, respectfully moves *in limine* for the Court to issue an Order that allows the Government to present the testimony of the defendant's ex-wife Krisi Merring-Roggio, and in support thereof states:

1. The Government intends to introduce the testimony of Kristy Merring-Roggio, who was Roggio's spouse at the time of the offenses alleged in the Superseding Indictment. Roggio and Kristi Merring-Roggio are now divorced.

2. Kristi Merring-Roggio lived at the marital home located at 143 Indian Spring Drive, Stroudsburg, Pennsylvania, in February 2016. She will testify that in February 2016, when Roggio was living and working in Iraq, he ordered items to be delivered to 116 Turkey Hill

Road, Stroudsburg, Pennsylvania – which was both the home of Roggio's parents and the business location of Roggio Consulting LLC. Kristi Merring-Roggio will testify that Roggio requested her to take items he purchased and combine them to be shipped to Iraq. Kristi Merring-Roggio will explain that, at Roggio's request, she took the items – including rifling buttons – to a local shipper named "The Packaging Place," located in East Stroudsburg, Pennsylvania, and mailed these items to "Ross Roggio, Baharan Residential Complex, Building Floor 2, Office 10, Sulaymaniyah, Kurdistan Region of Iraq."

3. Kristi Merring-Roggio will also testify that Roggio had no other sources of income during the relevant time frame of the Superseding Indictment and that he purchased several expensive items including Rolex watches, exotic sports cars, and high-end firearms.

Dated: April 10, 2023

Respectfully submitted,

GERARD M. KARAM
UNITED STATES ATTORNEY

*/s/ Todd K. Hinkley*
Todd K. Hinkley
Assistant U.S. Attorney
Atty ID No. PA 68881
235 N. Washington Ave.
Scranton, PA 18503

KENNETH A. POLITE, JR.
Assistant Attorney General

*/s/Patrick Jasperse*
Patrick Jasperse
Trial Attorney
Criminal Division
U.S. Department of Justice
Human Rights and Special
Prosecutions Section

MATTHEW G. OLSEN.
Assistant Attorney General

*/s/Scott A. Claffee*
Scott A. Claffee
Trial Attorney
National Security Division
U.S. Department of Justice
Counterintelligence and Export
Control Section

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No.  3:18-CR-0097 |
| v. : | |
| : | (Judge Mariani) |
| ROSS ROGGIO, and : | |
| ROGGIO CONSULTING Co, LLC, : | |
| Defendants. : | (electronically filed) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on April 10, 2023, he served a copy of the attached **GOVERNMENT'S MOTIONS IN LIMINE** by electronic means to:

Gino Bartolai
bartolai@ptd.net

*/s/ Todd K. Hinkley*
Todd K. Hinkley
Assistant United States Attorney

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No.  3:18-CR-0097 |
| v. | : | |
| | : | (Judge Mariani) |
| ROSS ROGGIO, and | : | |
| ROGGIO CONSULTING Co, LLC, | : | |
| Defendants. | : | (electronically filed) |

## **CERTIFICATE OF NON-CONCURRENCE**

The undersigned hereby certifies that he attempted to speak to Gino A. Bartolai, Esquire, counsel for Ross Roggio concerning the defendant's concurrence/non-concurrence in the attached motions *in limine*. Attorney Bartolai indicated that the defense does not concur in the attached motion.


*/s/ Todd K. Hinkley*
Todd K. Hinkley
Assistant United States Attorney