UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No.  3:18-CR-0097 |
| v. | : | |
| | : | (Judge Mariani) |
| ROSS ROGGIO,  and | : | |
| ROGGIO CONSULTING Co, LLC | : | |
| Defendants. | : | (electronically filed) |

## GOVERNMENT'S PROPOSED VERDICT SLIP

We the Jury find:

**Count 1**: As to the charge of conspiracy to commit torture, we find the defendant, ROSS ROGGIO:

_____
Guilty

_____
Not Guilty

(Mark your verdict with an "X")

[1]

<u>Count 2</u>:  As to the charge of torture, we find the defendant, ROSS ROGGIO:

_____
Guilty

_____
Not Guilty

Count 3: As to the charge of conspiracy to commit an offense against the United States, we find the defendant

ROSS ROGGIO:

_____
Guilty

_____
Not Guilty

ROGGIO CONSULTING COMPANY, LLC:

_____
Guilty

_____
Not Guilty

<u>Count 4</u>: As to the charge of exporting defense articles on the United States Munitions List, to wit: M4 Bolt Gas Rings and Firing Pin Retainers without having first obtained from the United States Department of State a license or written approval, we find the defendant,

ROSS ROGGIO:

_____
Guilty

_____
Not Guilty

ROGGIO CONSULTING COMPANY, LLC:

_____
Guilty

_____
Not Guilty

Count 5: As to the charge of exporting rifling combo buttons without having first obtained from the United States Department of Commerce a license or written approval, we find the defendant,

ROSS ROGGIO:

_____
Guilty

_____
Not Guilty

ROGGIO CONSULTING COMPANY, LLC:

_____
Guilty

_____
Not Guilty

Count 6: As to the charge of exporting and furnishing defense services to Iraq without having first obtained from the United States Department of State a license or written approval, we find the defendant,

ROSS ROGGIO:

_____
Guilty

_____
Not Guilty

ROGGIO CONSULTING COMPANY, LLC:

_____
Guilty

_____
Not Guilty

<u>Count 7</u>:  As to the charge of smuggling goods from the United States, that is rifling combo buttons, we find the defendant,

ROSS ROGGIO:

_____
Guilty

_____
Not Guilty

ROGGIO CONSULTING COMPANY, LLC:

_____
Guilty

_____
Not Guilty

<u>Count 8</u>:  As to the charge of smuggling goods from the United States, that is either M4 Bolt Gas Rings or Firing Pin Retainers we find the defendant,

ROSS ROGGIO:

_____
Guilty

_____
Not Guilty

ROGGIO CONSULTING COMPANY, LLC:

_____
Guilty

_____
Not Guilty

**Counts 9 through 11**:  As to the charge of transmitting by means of wire communication in interstate and foreign commerce for the purpose of executing a scheme to defraud, we find the defendant,

ROSS ROGGIO:

| | | |
|---|---|---|
| **Count 9** (11/14/2015): | _____<br>Guilty | _____<br>Not Guilty |
| **Count 10** (12/3/2015): | _____<br>Guilty | _____<br>Not Guilty |
| **Count 11** (09/26/2016): | _____<br>Guilty | _____<br>Not Guilty |

ROGGIO CONSULTING COMPANY, LLC:

| | | |
|---|---|---|
| **Count 9** (11/14/2015): | _____<br>Guilty | _____<br>Not Guilty |
| **Count 10** (12/3/2015): | _____<br>Guilty | _____<br>Not Guilty |
| **Count 11** (09/26/2016): | _____<br>Guilty | _____<br>Not Guilty |

**Counts 12 through 30**:  As to the charge of transporting, transmitting, and transferring funds to the United States from and through a place outside the United States to promote the carrying on of a specified unlawful activity, we find the defendant,

ROSS ROGGIO:

| | | |
|---|---|---|
| **Count 12** (09/26/2014): | _____ Guilty | _____ Not Guilty |
| **Count 13** (11/04/2014): | _____ Guilty | _____ Not Guilty |
| **Count 14** (11/14/2014): | _____ Guilty | _____ Not Guilty |
| **Count 15** (11/18/2014): | _____ Guilty | _____ Not Guilty |
| **Count 16** (11/20/2014): | _____ Guilty | _____ Not Guilty |
| **Count 17** (11/28/2014): | _____ Guilty | _____ Not Guilty |
| **Count 18** (01/16/2015): | _____ Guilty | _____ Not Guilty |
| **Count 19** (01/16/2015): | _____ Guilty | _____ Not Guilty |

Count 20 (01/27/2015):     _____     _____
            Guilty   Not Guilty

Count 21 (02/03/2015):     _____     _____
            Guilty   Not Guilty

Count 22 (02/25/2015):     _____     _____
            Guilty   Not Guilty

Count 23 (03/17/2015):     _____     _____
            Guilty   Not Guilty

Count 24 (03/25/2015):     _____     _____
            Guilty   Not Guilty

Count 25 (03/30/2015):     _____     _____
            Guilty   Not Guilty

Count 26 (04/14/2015):     _____     _____
            Guilty   Not Guilty

Count 27 (04/22/2015):     _____     _____
            Guilty   Not Guilty

Count 28 (05/07/2015):     _____     _____
            Guilty   Not Guilty

Count 29 (05/14/2015):     _____     _____
            Guilty   Not Guilty

Count 30 (06/04/2015):     _____     _____
            Guilty   Not Guilty

ROGGIO CONSULTING COMPANY, LLC:

**Count 12** (09/26/2014):  _____  _____
  Guilty  Not Guilty

**Count 13** (11/04/2014):  _____  _____
  Guilty  Not Guilty

**Count 14** (11/14/2014):  _____  _____
  Guilty  Not Guilty

**Count 15** (11/18/2014):  _____  _____
  Guilty  Not Guilty

**Count 16** (11/20/2014):  _____  _____
  Guilty  Not Guilty

**Count 17** (11/28/2014):  _____  _____
  Guilty  Not Guilty

**Count 18** (01/16/2015):  _____  _____
  Guilty  Not Guilty

**Count 19** (01/16/2015):  _____  _____
  Guilty  Not Guilty

**Count 20** (01/27/2015):  _____  _____
  Guilty  Not Guilty

**Count 21** (02/03/2015):  _____  _____
  Guilty  Not Guilty

**Count 22** (02/25/2015):  _____  _____
  Guilty  Not Guilty

Count 23 (03/17/2015):     _____     _____
                           Guilty         Not Guilty

Count 24 (03/25/2015):     _____     _____
                           Guilty         Not Guilty

Count 25 (03/30/2015):     _____     _____
                           Guilty         Not Guilty

Count 26 (04/14/2015):     _____     _____
                           Guilty         Not Guilty

Count 27 (04/22/2015):     _____     _____
                           Guilty         Not Guilty

Count 28 (05/07/2015):     _____     _____
                           Guilty         Not Guilty

Count 29 (05/14/2015):     _____     _____
                           Guilty         Not Guilty

Count 30 (06/04/2015):     _____     _____
                           Guilty         Not Guilty

**Counts 31 through 39**: As to the charge of transporting, transmitting, and transferring funds to the United States from and through a place outside the United States to promote the carrying on of a specified unlawful activity, we find the defendant,

ROSS ROGGIO:

**Count 31** (08/06/2015): _____  _____
                          Guilty       Not Guilty

**Count 32** (08/21/2015): _____  _____
                          Guilty       Not Guilty

**Count 33** (10/07/2015): _____  _____
                          Guilty       Not Guilty

**Count 34** (10/27/2015): _____  _____
                          Guilty       Not Guilty

**Count 35** (10/28/2015): _____  _____
                          Guilty       Not Guilty

**Count 36** (11/03/2015): _____  _____
                          Guilty       Not Guilty

**Count 37** (11/13/2015): _____  _____
                          Guilty       Not Guilty

**Count 38** (11/27/2015): _____  _____
                          Guilty       Not Guilty

**Count 39** (12/16/2015): _____  _____
                          Guilty       Not Guilty

## ROGGIO CONSULTING COMPANY, LLC:

**Count 31** (08/06/2015):    _____    _____
                              Guilty       Not Guilty

**Count 32** (08/21/2015):    _____    _____
                              Guilty       Not Guilty

**Count 33** (10/07/2015):    _____    _____
                              Guilty       Not Guilty

**Count 34** (10/27/2015):    _____    _____
                              Guilty       Not Guilty

**Count 35** (10/28/2015):    _____    _____
                              Guilty       Not Guilty

**Count 36** (11/03/2015):    _____    _____
                              Guilty       Not Guilty

**Count 37** (11/13/2015):    _____    _____
                              Guilty       Not Guilty

**Count 38** (11/27/2015):    _____    _____
                              Guilty       Not Guilty

**Count 39** (12/16/2015):    _____    _____
                              Guilty       Not Guilty

The foregoing is the unanimous verdict of the jury in the above captioned case of **UNITED STATES OF AMERICA vs. ROSS ROGGIO and ROGGIO CONSULTING COMPANY, LLC**.

In Scranton, Pennsylvania, this \_\_\_\_\_ day of _____, 2023.


_____
FOREPERSON'S SIGNATURE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on April 26, 2023, he served a copy of the above document via ECF on Gino Bartolai, Esq., counsel for defendants.

s/ Todd K. Hinkley
TODD K. HINKLEY
Assistant U.S. Attorney
