# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 3:CR-18-0097 |
| | : | |
| v. | : | (Judge Mariani) |
| | : | |
| **ROSS ROGGIO** | : | (Electronically filed) |
| **Defendant** | : | |

## ROGGIO'S PROPOSED CHANGES
## TO GOVERNMENT'S PROPOSED VERDICT SLIP

AND NOW comes the Defendant, Ross Roggio, by his attorney, Gino Bartolai, Esquire, and respectfully requests the Court to submit the attached proposed changes to the Government's Proposed Verdict Slip. (Doc. 266).

                          Respectfully submitted,

Date: April 26, 2023                s/Gino Bartolai
                                         **Gino Bartolai, Esquire**
                                         **Attorney ID# PA 56642**

                                         238 William Street
                                         Pittston, Pennsylvania 18640
                                         (570) 654-3572
                                         E-mail: Bartolai@ptd.net
                                         Attorney for Ross Roggio

**Count 4**: As to the charge of exporting defense articles on the United States Munitions List, to wit: M4 Bolt Gas Rings and Firing Pin Retainers without having first obtained United States Department of State approval, we find the defendant, Ross Roggio:

_____
Guilty

_____
Not Guilty

**Count 5**: As to the charge of exporting rifling combo buttons without having first obtained from the United States Department of Commerce a license, we find the defendant Ross Roggio:

_____
Guilty

_____
Not Guilty

**Count 6**: As to the charge of exporting and furnishing defense services to Iraq without having first obtained United States Department of State approval, we find the defendant Ross Roggio:

_____
Guilty


_____
Not Guilty

**Counts 9 through 11**: As to the charge of Wire Fraud we find the defendant, Ross Roggio:

Count 9 (11/14/2015)      _____      _____
                                     Guilty               Not Guilty

Count 10 (12/3/2015)      _____      _____
                                     Guilty               Not Guilty

Count 11 (09/26/2016)      _____      _____
                                     Guilty               Not Guilty

**Counts 12 through 30**:  As to the charge of Money Laundering, PNC Bank, we find the defendant Ross Roggio:

Count 12 (9/26/2014): _____ Guilty  _____ Not Guilty

Count 13 (11/4/2014): _____ Guilty  _____ Not Guilty

Count 14 (11/14/2014): _____ Guilty  _____ Not Guilty

Count 15 (11/18/2014): _____ Guilty  _____ Not Guilty

Count 16 (11/20/2014): _____ Guilty  _____ Not Guilty

Count 17 (11/28/2015): _____ Guilty  _____ Not Guilty

Count 18 (1/16/2015): _____ Guilty  _____ Not Guilty

Count 19 (1/16/2015): _____ Guilty  _____ Not Guilty

Count 20 (1/27/2015): _____ Guilty  _____ Not Guilty

Count 21 (2/3/2015): _____ Guilty  _____ Not Guilty

Count 22 (2/25/2015): _____   _____
                                       Guilty           Not Guilty

Count 23 (3/17/2015): _____   _____
                                         Guilty           Not Guilty

Count 24 (3/25/2015): _____   _____
                                         Guilty           Not Guilty

Count 25 (3/30/2015): _____   _____
                                         Guilty           Not Guilty

Count 26 (4/14/2015): _____   _____
                                         Guilty           Not Guilty

Count 27 (4/22/2015): _____   _____
                                         Guilty           Not Guilty

Count 28 (5/7/2015): _____   _____
                                         Guilty           Not Guilty

Count 29 (5/14/2015): _____   _____
                                         Guilty           Not Guilty

Count 30 (6/4/2015): _____   _____
                                         Guilty           Not Guilty

**Counts 31 through 39**: As to the charge of Money Laundering, Wells Fargo Bank, we find the defendant Ross Roggio:

Count 31 (8/6/2015):       _____       _____
                            Guilty             Not Guilty

Count 32 (8/21/2015):      _____       _____
                            Guilty             Not Guilty

Count 33 (10/7/2015):      _____       _____
                            Guilty             Not Guilty

Count 34 (10/27/2015):     _____       _____
                            Guilty             Not Guilty

Count 35 (10/28/2015):     _____       _____
                            Guilty             Not Guilty

Count 36 (11/3/2015):      _____       _____
                            Guilty             Not Guilty

Count 37 (11/13/2015):     _____       _____
                            Guilty             Not Guilty

Count 38 (11/27/2015):     _____       _____
                            Guilty             Not Guilty

Count 39 (12/16/2015):     _____       _____
                            Guilty             Not Guilty

# CERTIFICATE OF SERVICE

I, Gino Bartolai, Esquire, do hereby certify that I electronically served, via e-mail, a copy of the foregoing **Roggio's Proposed changes to Government's Proposed Verdict Slip,** to the following

        Todd K. Hinkley, Esquire
        Assistant United States Attorney

and by placing the same in the United States mail, first class, postage prepaid, at Scranton, Pennsylvania, addressed to the following:

        Ross Roggio

Date: April 26, 2023                               s/Gino Bartolai
                                                            **Gino Bartolai, Esquire**