# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:18-CR-97 |
| | : (JUDGE MARIANI) |
| ROSS ROGGIO, | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 27TH DAY OF APRIL, 2023, IT IS HEREBY ORDERED THAT** the final Pretrial Conference, scheduled to be held on May 1, 2023, is **RESCHEDULED** and shall now be held on **May 3, 2023 at 2:00 p.m.** in the William J. Nealon Federal Building, Scranton, Pa., in a courtroom to be designated by the Clerk of Court. Counsel for both the Government and Defendant shall attend the conference in person.

Robert D. Mariani
United States District Judge