THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : 3:18-cr-0097 |
| v. | : (Judge Mariani) |
| | : |
| ROSS ROGGIO and | : |
| ROGGIO CONSULTING COMPANY, | : |
| LLC, | : |
| | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS** 3rd **DAY OF MAY 2023**, upon review of the proposed voir dire questions submitted by the Government (Doc. 264) and Defendant Roggio (Doc. 270),

**IT IS HEREBY ORDERED THAT**:

1. The Court shall conduct all voir dire which shall include all of the questions proposed by the Government and Defendant Roggio either in verbatim form or in substance, together with other questions that the Court deems necessary to present to the panel of prospective jurors.

2. Should the Court deem it appropriate, the parties may also be provided with an opportunity to ask necessary follow-up questions at the conclusion of the Court's voir dire of the panel of prospective jurors.

Robert D. Mariani
United States District Judge