THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
: 3:18-cr-0097
v. : (Judge Mariani)
:
ROSS ROGGIO and :
ROGGIO CONSULTING COMPANY, :
LLC, :
:
Defendants. :

## ORDER

**AND NOW, THIS** ___3rd___ **DAY OF MAY 2023**, upon consideration of Government's in Limine Motion to Preclude the Defendant from Asserting a Duress Defense (Doc. 228), Government's in Limine Motion to Preclude the Defendant from Introducing His Own Self-serving Hearsay Statements (Doc. 230), Government's in Limine Motion to Preclude the Defendant from Asserting a Public-Authority Defense, Pursuant to Federal Rule of Criminal Procedure 12.3 (Doc. 232), Government's in Limine Motion to Preclude Evidence or Argument About Export Control Reform, and Government's in Limine Motion to Admit Lay Witness Opinion Testimony Pursuant to Federal Rule of Evidence 701 and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** the Government's motions are **DENIED WITHOUT PREJUDICE.**

_____
Robert D. Mariani
United States District Judge