IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:CR-18-0097 |
| | : | |
| v. | : | (Judge Mariani) |
| | : | |
| ROSS ROGGIO | : | (Electronically filed) |

**ORDER**

NOW, this _____ day of May, 2023, upon consideration of Roggio's Motion in Limine - Testimony of Amanda Mecomber, IT IS HEREBY ORDERED AND DECREED that the motion is GRANTED.

Roggio may present the testimony of Amanda Mecomber relative to Roggio's captivity in Iraq.

_____
**ROBERT D. MARIANI
UNITED STATES DISTRICT JUDGE**