UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No.  3:18-CR-0097 |
| v. | : | |
| | : | (Judge Mariani) |
| ROSS ROGGIO, and | : | |
| ROGGIO CONSULTING Co, LLC | : | |
| Defendants. | : | (electronically filed) |

## GOVERNMENT'S MOTION TO SEVER

NOW comes the Government, by and through undersigned counsel, and Moves the Court to sever the defendant Roggio Consulting Company, LLC from the trial scheduled to begin May 8, 2023. In support of the motion to sever counsel state:

1. A Superseding Indictment was returned by a federal grand jury on February 15, 2022. (Doc. 122). Both Ross Roggio and Roggio Consulting Company, LLC are named defendants in counts 3 through 39 and in the forfeiture allegations of the Superseding Indictment.

2. The defendant Roggio Consulting Company, LLC is not represented by counsel and no counsel has ever entered an appearance on behalf of the Roggio Consulting Company, LLC.

3. The Government moves to sever Roggio Consulting Company, LLC from trial in accord with Federal Rule of Criminal Procedure 14.

4. Severing the corporate defendant will avoid potential prejudice to the individual defendant, Ross Roggio, and to the Government which might be occasioned by having an unrepresented defendant joined in the trial.

5. Government's counsel consulted with the defendant's counsel Gino A. Bartolai, Esquire, who takes no position on the motion to sever.

Dated: May 5, 2023

Respectfully submitted,
GERARD M. KARAM
UNITED STATES ATTORNEY

*/s/ Todd K. Hinkley*
Todd K. Hinkley
Assistant U.S. Attorney
Atty ID No. PA 68881
235 N. Washington Ave.
Scranton, PA 18503

KENNETH A. POLITE, JR.
Assistant Attorney General

*/s/Patrick Jasperse*
Patrick Jasperse
Trial Attorney
Criminal Division

U.S. Department of Justice
Human Rights and Special
Prosecutions Section

MATTHEW G. OLSEN.
Assistant Attorney General

*/s/ Scott A. Claffee*
Scott A. Claffee
Trial Attorney
National Security Division
U.S. Department of Justice
Counterintelligence and Export
Control Section

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | No.  3:18-CR-0097 |
| v. | : | |
| | : | (Judge Mariani) |
| **ROSS ROGGIO,**     and | : | |
| **ROGGIO CONSULTING Co, LLC,** | : | |
| **Defendants.** | : | (electronically filed) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on May 5, 2023, he served a copy of the attached **GOVERNMENT'S MOTION TO SEVER** by electronic means to:

Gino Bartolai

bartolai@ptd.net

                                             */s/ Todd K. Hinkley*

                                             Todd K. Hinkley

                                             Assistant United States Attorney


# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | No. 3:18-CR-0097 |
| **v.** : | |
| : | (Judge Mariani) |
| **ROSS ROGGIO,** and : | |
| **ROGGIO CONSULTING Co, LLC,** : | |
| **Defendants.** : | (electronically filed) |

# ORDER

AND NOW this _____ day of May, upon motion of the Government, Roggio Consulting Company, LLC is hereby severed from trial of Ross Roggio.

_____

ROBERT D. MARIANI

UNITED STATES DISTRICT JUDGE