# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | No.  3:18-CR-0097 |
| **v.** | : | |
| | : | (Judge Mariani) |
| **ROSS ROGGIO,      and** | : | |
| **ROGGIO CONSULTING Co, LLC,** | : | |
| **Defendants.** | : | (electronically filed) |

## GOVERNMENT'S MOTION TO DISMISS
## COUNTS OF SUPERSEDING INDICTMENT

AND NOW comes the Government, by and through undersigned counsel and Moves the Court to dismiss certain counts of the Superseding Indictment. In support of the motion to dismiss counsel state:

1. A Superseding Indictment was returned by a federal grand jury on February 15, 2022. (Doc. 122).

2. The Government hereby moves the Court to dismiss Counts 11, 16, 20, 25, 26, and 35 of the Superseding Indictment, without prejudice to refile in accord with Federal Rules of Criminal Procedure, Rule 48(a).

3. The Government attaches to this Motion a copy of the Superseding Indictment with Counts 11, 16, 20, 25, 26, and 35 redacted.

4. Government's counsel consulted with the defendant's counsel Gino A. Bartolai, Esquire, who does not object to the motion to dismiss.

Dated: May 5, 2023                 Respectfully submitted,

                                   GERARD M. KARAM
                                   UNITED STATES ATTORNEY

                                   */s/ Todd K. Hinkley*
                                   Todd K. Hinkley
                                   Assistant U.S. Attorney
                                   Atty ID No. PA 68881
                                   235 N. Washington Ave.
                                   Scranton, PA 18503

                                   KENNETH A. POLITE, JR.
                                   Assistant Attorney General

_/s/Patrick Jasperse_

Patrick Jasperse

Trial Attorney

Criminal Division

U.S. Department of Justice

Human Rights and Special
Prosecutions Section


MATTHEW G. OLSEN.

Assistant Attorney General


_/s/Scott A. Claffee_

Scott A. Claffee

Trial Attorney

National Security Division

U.S. Department of Justice

Counterintelligence and Export
Control Section

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | No.  3:18-CR-0097 |
| **v.** | : | |
| | : | (Judge Mariani) |
| **ROSS ROGGIO,      and** | : | |
| **ROGGIO CONSULTING Co, LLC,** | : | |
| **Defendants.** | : | (electronically filed) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on May 5, 2023, he served a copy of the attached **GOVERNMENT'S MOTION TO DISMISS** by electronic means to:

Gino Bartolai

bartolai@ptd.net

*/s/ Todd K. Hinkley*

Todd K. Hinkley

Assistant United States Attorney

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | No.  3:18-CR-0097 |
| **v.** | : | |
| | : | (Judge Mariani) |
| **ROSS ROGGIO,      and** | : | |
| **ROGGIO CONSULTING Co, LLC,** | : | |
| **Defendants.** | : | (electronically filed) |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### ORDER

AND NOW this _____ day of May, upon motion of the Government,

Counts 11, 16, 20, 25, 26, and 35 of the Superseding Indictment are

hereby dismissed without prejudice to refile.


_____

ROBERT D. MARIANI

UNITED STATES DISTRICT JUDGE