UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 3:18-CR-0097 |
| v. : | |
| : | (Judge Mariani) |
| ROSS ROGGIO, and : | |
| ROGGIO CONSULTING Co, LLC, : | |
| Defendants. : | (electronically filed) |

ORDER

AND NOW this 8th day of May, upon motion of the Government, Roggio Consulting Company, LLC is hereby severed from trial of Ross Roggio.

_____
ROBERT D. MARIANI
UNITED STATES DISTRICT JUDGE