# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:18-CR-97 |
| | : (JUDGE MARIANI) |
| ROSS ROGGIO, | : |
| Defendant. | : |

FILED
SCRANTON
MAY 19 2023
PER _____
DEPUTY CLERK

## VERDICT FORM

### COUNT ONE

On the charge of Conspiracy to Commit Torture, the jury unanimously finds the defendant Ross Roggio:

__X__ GUILTY

_____ NOT GUILTY

### COUNT TWO

On the charge of Torture, the jury unanimously finds the defendant Ross Roggio:

__X__ GUILTY

_____ NOT GUILTY

## COUNT THREE

On the charge of Conspiracy to Commit an Offense Against the United States, the jury unanimously finds the defendant Ross Roggio:

    __X__ GUILTY

    _____ NOT GUILTY

## COUNT FOUR

On the charge of violating the Arms Export Control Act by exporting defense articles on the United States Munitions List, to wit: M4 Bolt Gas Rings and Firing Pin Retainers without having first obtained from the United States Department of State a license or written approval, the jury unanimously finds the defendant Ross Roggio:

    __X__ GUILTY

    _____ NOT GUILTY

## COUNT FIVE

On the charge of violating the International Emergency Economic Powers Act by exporting rifling combo buttons without having first obtained from the United States Department of Commerce a license or written approval, the jury unanimously finds the defendant Ross Roggio:

    __X__ GUILTY

    _____ NOT GUILTY

## COUNT SIX

On the charge of violating the Arms Export Control Act by exporting and furnishing defense services to Iraq without having first obtained from the United States Department of State a license or written approval, the jury unanimously finds the defendant Ross Roggio:

    __X__ GUILTY

    _____ NOT GUILTY

## COUNT SEVEN

On the charge of Smuggling Goods from the United States by smuggling rifling combo buttons, the jury unanimously finds the defendant Ross Roggio:

    __X__ GUILTY

    _____ NOT GUILTY

## COUNT EIGHT

On the charge of Smuggling Goods from the United States by smuggling M4 Bolt Gas Rings or Firing Pin Retainers, the jury unanimously finds the defendant Ross Roggio:

    __X__ GUILTY

    _____ NOT GUILTY

## COUNT NINE

On the charge of Wire Fraud related to the emailing of a "Weapons and Ammunition Feasibility Report" on November 14, 2015, the jury unanimously finds the defendant Ross Roggio:

\_\_\_X\_\_\_ GUILTY

_____ NOT GUILTY

## COUNT TEN

On the charge of Wire Fraud related to the order of rifling buttons and paying for them with a credit card via wire transfer, the jury unanimously finds the defendant Ross Roggio:

\_\_\_X\_\_\_ GUILTY

_____ NOT GUILTY

## COUNTS TWELVE THROUGH FIFTEEN, SEVENTEEN THROUGH NINETEEN, TWENTY-ONE THROUGH TWENTY-FOUR, TWENTY-SEVEN THROUGH THIRTY-FOUR, AND THIRTY-SIX THROUGH THIRTY-NINE

On the charge of Money Laundering based on the transporting, transmitting, and transferring funds to the United States from and through a place outside the United States

to promote the carrying on of a specified unlawful activity, the jury unanimously finds the defendant Ross Roggio:

**Count Twelve** (9/26/2014):    __X__ GUILTY

_____ NOT GUILTY

**Count Thirteen** (11/4/2014):    __X__ GUILTY

_____ NOT GUILTY

**Count Fourteen** (11/14/2014):    __X__ GUILTY

_____ NOT GUILTY

**Count Fifteen** (11/18/2014):    __X__ GUILTY

_____ NOT GUILTY

**Count Seventeen** (11/28/2014):    __X__ GUILTY

_____ NOT GUILTY

**Count Eighteen** (1/16/2015):    __X__ GUILTY

_____ NOT GUILTY

**Count Nineteen (1/16/2105):**   __X__ GUILTY

_____ NOT GUILTY

**Count Twenty-one (2/3/2015):**   __X__ GUILTY

_____ NOT GUILTY

**Count Twenty-two (2/25/2015):**   __X__ GUILTY

_____ NOT GUILTY

**Count Twenty-three (3/17/2015):**   __X__ GUILTY

_____ NOT GUILTY

**Count Twenty-four (3/25/2015):**   __X__ GUILTY

_____ NOT GUILTY

**Count Twenty-seven (4/22/2015):**   __X__ GUILTY

_____ NOT GUILTY

**Count Twenty-eight (5/7/2015):**   __X__ GUILTY

_____ NOT GUILTY

**Count Twenty-nine (5/14/2015):**   __X__ GUILTY

_____ NOT GUILTY

**Count Thirty (6/4/2015):**          __X__ GUILTY

_____ NOT GUILTY

**Count Thirty-one (8/6/2015):**      __X__ GUILTY

_____ NOT GUILTY

**Count Thirty-two (8/21/2015):**     __X__ GUILTY

_____ NOT GUILTY

**Count Thirty-three (10/7/2015):**   __X__ GUILTY

_____ NOT GUILTY

**Count Thirty-four (10/7/2015):**    __X__ GUILTY

_____ NOT GUILTY

**Count Thirty-six (11/3/2015):**     __X__ GUILTY

_____ NOT GUILTY

**Count Thirty-seven (11/13/2015):**  __X__ GUILTY

_____ NOT GUILTY

**Count Thirty-eight (11/27/2015):**     __X__ GUILTY

_____ NOT GUILTY

**Count Thirty-nine (12/16/2016):**     __X__ GUILTY

_____ NOT GUILTY

The foregoing is the unanimous verdict of the jury in the above-captioned case of

**UNITED STATES OF AMERICA v. ROSS ROGGIO.**

*Your deliberations are at an end. The Foreperson should sign and date the Verdict Form and return it to the Courtroom Deputy.*

**THE FOREPERSON MUST SIGN AND DATE THIS VERDICT FORM.**

Date: May 19, 2023

_____
Foreperson