THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : 3:18-CR-0097 |
| v. | : (JUDGE MARIANI) |
| | : |
| ROSS ROGGIO | : |
| | : |
| Defendants. | : |

FILED
SCRANTON
MAY 22 2023
PER_____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 22ND DAY OF MAY, 2023, IT IS HEREBY ORDERED THAT** sentencing in the above captioned case will be held on **Wednesday, August 23, 2023 at 2:00 p.m.** in the William J. Nealon Federal Building and U.S. Courthouse, 235 N. Washington Avenue, Scranton, Pa. The sentencing will be held in a courtroom to be designated by the Clerk of Court.

**IT IS FURTHER ORDERED** that any motions for departure and sentencing memoranda shall be filed two (2) business days prior to the date of sentencing. Any objections that could have been and were not raised within the 14-day period after issuance of the Draft Presentence Report will not be entertained absent cause of a compelling nature, or to the extent the objection is raised solely in support of an argument as to the proper application of the factors set forth in 18 U.S.C. § 3553 and demonstrating the objections could not have been raised within the prescheduled 14-day period.

Robert D. Mariani
United States District Judge