LIST OF EXHIBITS

CASE CAPTION: USA v. Ross Rossi

MIDDLE DISTRICT OF PENNSYLVANIA

CASE NUMBER: 3:18-cr-97

JUDGE: Mariani

| PTF | DFT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| | 1 | Transcript Grand Jury 3/20/18 | | | | |
| | 2 | Transcript Supp Inc. 5/29/21 | | | | |
| | 3 | Transcript Deposition 7/22/18 | | | | |
| | 4 | Schedule Report - 3:17-cr-02119 | | | | |
| | 5 | ~~Photo~~ | | | | |
| | 6 | LTC Sim SAAC 10-16-15 | | | | |
| | 7 | LTC Sim SAAC 11-13-15 | | | | |
| | 8 | ~~LTC~~ Permit Sim SAC 12-17-21 | | | | |
| | 9 | Rossi Alert - Bossmascord. Ret. | | | | |
| | 10 | Photo Rossi D | | | | |
| | 11 | Video Rossi D-1 | 5-18 | ✓ | Adm | Rggio |
| | 12/13 | Video Rossi D-2 | 5-18 | ✓ | Adm | Rggio |
| | 14 | Miscellen's Law Bk | | | | |

CASE CAPTION: USA v. Ross Rossio

MIDDLE DISTRICT OF PENNSYLVANIA

LIST OF EXHIBITS

CASE NUMBER: 3:18-cr-97

JUDGE: Mariani

| PTF | DFT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| | 15 | Facebook Hazel Villrop | 5/10/23 | X | Adm | Heret Villrop |
| | 15.1 | Photo Rossio | 5/10/23 | X | Adm | " " |
| | 15.2 | Photo thu Villrops | 5/10/23 | X | Adm | |
| | 16a | Facebook Round Villrop | 5/10/23 | X | Adm | Bueno Villrop |
| | 16.1 | Happy Birthday Mom | 5/10/23 | X | Adm | " |
| | 16.2 | Photo thu Villrops-2 | 5/10/23 | X | Adm | " |
| | 16.3 | Photo thu Villrops-3 | 5/16/23 | X | Adm | " " |
| | 17 | Facebook Sign Sebastian Spale | 5/16/23 | | | |
| | 18 | Transcript Grand Jury 7/15/22 | | | | |
| | 18.1 | Report Sa Borce 5/25/e | | | | |
| | 18.2 | Report Sa Borce 3/21/20 | | | | |
| | 19 | exh's and mtrls | | | | |
| | 20 | exh's & A and mtrls 1/15/14 | 5/11/23 | X | Adm | mtrls |
| | 21 | exh's and mtrls | | | | |

LIST OF EXHIBITS

MIDDLE DISTRICT OF PENNSYLVANIA

CASE CAPTION: _____

CASE NUMBER: _____

JUDGE: _____

| PTF | DFT | DESCRIPTION OF OBJECT OR ITEM | IDENITFIED | EVIDENCE | RULING | WITNESS ON STAND |
|-----|-----|-------------------------------|------------|----------|--------|------------------|
|     |     |                               |            |          |        |                  |
|     |     |                               |            |          |        |                  |
|     |     |                               |            |          |        |                  |
|     |     |                               |            |          |        |                  |
|     |     |                               |            |          |        |                  |
|     |     |                               |            |          |        |                  |
|     |     |                               |            |          |        |                  |
|     |     |                               |            |          |        |                  |
|     |     |                               |            |          |        |                  |
|     |     |                               |            |          |        |                  |
|     |     |                               |            |          |        |                  |
|     |     |                               |            |          |        |                  |
|     |     |                               |            |          |        |                  |