GOVERNMENT'S LIST OF EXHIBITS

UNITED STATES v. ROSS ROGGIO

JUDGE ROBERT D. MARIANI

MIDDLE DISTRICT OF PENNSYLVANIA

No. 3:18-CR-97

DATE: May 8, 2023

| EXHIBIT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | ADMITTED | SOURCE | WITNESS |
|---|---|---|---|---|---|
| 1 series | **Department of Commerce** | | | | |
| 1.1 | Department of Commerce Hard Drive | 5/12/23 | | Rdm. | Smith |
| 2 series | **Department of Homeland Security** | | | | |
| 2.1 | Department of Homeland Security Roggio Border Search Items | 5/12/23 | | | Green |
| 2.2 | | 5/12/23 | Not | Rdm | Green |
| 2.3 | CF1 Case Files | | | Rdm | |
| 3 series | **Command Sargent Major Ronald Lee Bly** | | | | |
| 3.1 | CTG Emblem | 5/9/23 | Rdm. | | Bly |
| 3.2 | CTG Patch | 5/9/23 | Rdm. | | Bly |
| 3.3 | Test Fire Video | | | | |
| 3.4 | Photograph of Kurdistan's Elite Counterterrorism Group | 5/9/23 | Rdm. | | Bly |
| 3.5 | WhatsApp Attachment 1 | 5/9/23 | Rdm. | | Bly |
| 3.6 | WhatsApp Attachment 2 | 5/9/23 | Rdm. | | Bly |
| 3.7 | WhatsApp Attachment 3 | 5/9/23 | Rdm. | | Bly |
| 3.8 | WhatsApp Attachment 4 | 5/9/23 | Rdm. | | Bly |
| 3.9 | WhatsApp Attachment Video | 5/9/23 | Rdm. | | Bly |
| 3.10 | WhatsApp Messages from Roggio to Bly 10.19.16 | 5/9/23 | Rdm. | | Bly |
| 4 series | **Triin Kiviking** | | | | |
| 4.1 | Messages from Roggio to Kiviking 7.6.15 | 5/9/23 | Rdm | | Kiviking |
| 4.2 | Messages from Roggio to Kiviking 7.8.15 | 5/9/23 | Rdm. | | Kiviking |

* Rdm, subject to restrictions, not to jury

1

**JUDGE ROBERT D. MARIANI**

**MIDDLE DISTRICT OF PENNSYLVANIA**

**GOVERNMENT'S LIST OF EXHIBITS**

**UNITED STATES v. ROSS ROGGIO**

No. 3:18-CR-97

DATE: May 8, 2023

| EXHIBIT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | ADMITTED | SOURCE | WITNESS |
|---|---|---|---|---|---|
| 4.3 | Messages from Roggio to Kiviking 7.11.15 | 5/9/23 | Qlm. | | Kiviking |
| 4.4 | Messages from Roggio to Kiviking 11.3.15 | 5/9/23 | Qlm. | | Kiviking |
| 4.5 | Messages from Roggio to Kiviking 11.4.15 | 5/9/23 | Qlm | | Kiviking |
| 4.6 | Messages from Roggio to Kiviking 11.18.15 | 5/9/23 | Qlm | | Kiviking |
| 4.7 | Messages from Roggio to Kiviking 1.4.16 | 5/9/23 | Qlm | | Kiviking |
| 4.8 | Recording of Roggio 1 12.5.15 | | | | |
| 4.9 | Excerpt from Recording of Roggio 1 | 5/9/23 | Qlm | | Kiviking |
| 4.10 | Excerpt from Recording of Roggio 2 | 5/9/23 | Qlm | | Kiviking |
| 4.11 | Excerpt from Recording of Roggio 3 | 5/9/23 | Qlm | | Kiviking |
| 4.12 | Excerpt from Recording of Roggio 4 | 5/9/23 | Qlm | | Kiviking |
| 4.13 | Excerpt from Recording of Roggio 5 | 5/9/23 | Qlm | | Kiviking |
| 4.14 | Excerpt from Recording of Roggio 6 | 5/9/23 | Qlm | | Kiviking |
| 4.15 | Excerpt from Recording of Roggio 7 | | | | |
| 4.16 | Excerpt from Recording of Roggio 8 | 5/9/23 | Qlm | | Kiviking |
| 5 series | **ATF Industry Liaison Shawn Stevens** | | | | |
| 5.1 | Firearms Regulation Reference Guide (2005) | 5/9/23 | Qlm | | Stevens |
| 5.2 | ATF Acknowledgement of Federal Firearms Regulations Page 3 | 5/9/23 | Qlm. | | Stevens |
| 5.3 | Firearms Special Inspection Report 1.10.08 | | | | |
| 5.4 | Firearms Special Inspection Report 10.2.08 | | | | |
| 5.5 | Firearms Special Inspection Report 1.12.09 | | | | |

**JUDGE ROBERT D. MARIANI**

**MIDDLE DISTRICT OF PENNSYLVANIA**

**GOVERNMENT'S LIST OF EXHIBITS**

**UNITED STATES v. ROSS ROGGIO**

**No. 3:18-CR-97**

**DATE: May 8, 2023**

| EXHIBIT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | ADMITTED | SOURCE | WITNESS |
|---|---|---|---|---|---|
| 5.6 | Addendum Report 9.21.09 | | | | |
| 5.7 | Firearms Special Inspection Report 6.17.10 | | | | |
| **6-series** | **Kristy Roggio** | | | | |
| 6.1 | Business Entity Details, Roggio Consulting Company, LLC | 5/10/23 | Rom | | Kristy Mernig |
| 6.2 | Search Warrant Execution Video | | | | |
| 6.3 | Photograph of Residence, Front | 5/10/23 | Rm | | Kristy Mernig |
| 6.4 | Photograph of Residence, Back | 5/10/23 | Rm | | |
| 6.5 | Photograph of Residence, Vehicle 1 | 5/10/23 | Rm | | |
| 6.6 | Photograph of Residence, Vehicle 2 | 5/10/23 | Rm | | |
| 6.7 | Photograph of Residence, Vehicle 3 | 5/10/23 | Rm | | |
| 6.8 | Photograph of Residence, Vehicle 4 | 5/10/23 | Rm | | |
| 6.9 | Photograph of Residence, Vehicle 5 | 5/10/23 | Rm | | |
| 6.10 | Photograph of Residence, Gun Room 1 | 5/10/23 | Rm | | |
| 6.11 | Photograph of Residence, Gun Room 2 | 5/10/23 | Rm | | |
| 6.12 | Photograph of Residence, Gun Room 3 | 5/10/23 | Rm | | |
| 6.13 | Photograph of Residence, Gun Room 4 | 5/10/23 | Rm | | |
| 6.14 | Photograph of Residence, Gun Room 5 | 5/10/23 | Rm | | |
| 6.15 | Photograph of Residence, Gun Room 6 | 5/10/23 | Rm | | |
| 6.16 | Photograph of Residence, Gun Room 7 | 5/10/23 | Rm | | |
| 6.17 | Photograph of Residence, Gun Room 8 | 5/10/23 | Rm | | |

**JUDGE ROBERT D. MARIANI**

**MIDDLE DISTRICT OF PENNSYLVANIA**

**GOVERNMENT'S LIST OF EXHIBITS**

**UNITED STATES v. ROSS ROGGIO**

No. 3:18-CR-97

DATE: May 8, 2023

| EXHIBIT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | ADMITTED | SOURCE | WITNESS |
|---|---|---|---|---|---|
| 6.18 | Photograph of Residence, Gun Room 9 | 5/10/23 | RdM | | Kristy Merring |
| 6.19 | Photograph of Parents Residence | 5/10/23 | RdM | | " |
| 7 series | **Thomas Hall** | | | | |
| 7.1 | Schematic for Bore Reamer | | | | |
| 7.2 | Schematic for Rifle Button | | | | |
| 7.3 | Photograph of Rifling Combo Button | 5/10/23 | RdM | | Hall |
| 7.4 | Drill Masters-Eldorado Tool, Inc. Sale Order 12.3.15 | 5/10/23 | RdM | | Hall |
| 7.5 | Drill Masters-Eldorado Tool, Inc. Sale Order Details 1, 12.3.15 | | | | |
| 7.6 | Drill Masters-Eldorado Tool, Inc. Sale Order Details 2, 12.3.15 | | | | |
| 7.7 | Drill Masters-Eldorado Tool, Inc. Invoice 1.22.16 | | | | |
| 7.8 | Drill Masters-Eldorado Tool, Inc. Packing List 1.22.16 | | | | |
| 7.9 | Drill Masters-Eldorado Tool, Inc. Invoice 2.25.16 | 5/10/23 | RdM | | Hall |
| 7.10 | Drill Masters-Eldorado Tool, Inc. Packing List 2.25.16 | 5/10/23 | RdM | | Hall |
| 8 series | **Frank Monteforte** | | | | |
| 8.1 | DHL Commercial Invoice 1.19.16 | | | | |
| 8.2 | The Packaging Place Receipt 2.6.16 | | | | |
| 8.3 | DHL Commercial Invoice 2.8.16 | | | | |
| 8.4 | The Packaging Place Receipt 3.29.16 | 5/10/23 | RdM | | Kristy Merring |
| 8.5 | DHL Commercial Invoice 3.30.16 | 5/10/23 | RdM | | Frank Monteforte |

GOVERNMENT'S LIST OF EXHIBITS

UNITED STATES v. ROSS ROGGIO

JUDGE ROBERT D. MARIANI

MIDDLE DISTRICT OF PENNSYLVANIA

No. 3:18-CR-97

DATE: May 8, 2023

| EXHIBIT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | ADMITTED | SOURCE | WITNESS |
|---|---|---|---|---|---|
| 9 series | **William Mathes** | | | | |
| 9.1 | Email from Mathes to Roggio 11.5.14 | | | | |
| (9.2) | Email from Mathes to RGuns 3.10.16 | 5/11/23 | Qlm. | | Mathes |
| 9.3 | Email from Roggio to Viltrop 4.11.16 | | | | |
| 9.4 | Email from Mathes to Roggio 4.12.16 | 5/11/23 | Qlm. | | Mathes |
| 9.5 | OML Global Invoice 3.28.16 | 5/11/23 | Qlm. | | Mathes |
| (9.6) | FedEx Express Shipping Information 4.25.16 | 5/10/23 | Qlm. | | Kristy Merring |
| 9.7 | YouTube M4 Gun Video | | | | |
| 9.8 | YouTube M4 Gun Disassembly Video | 5/9/23 | not | | Bly |
| 9.9 | Fort Sill National Bank, Business Records Affidavits | | | | |
| 9.10 | Fort Sill National Bank, Statement, 1.22.16 | | | | |
| 9.11 | Fort Sill National Bank, Statement, 2.23.16 | | | | |
| 9.12 | Fort Sill National Bank, Statement, 3.22.16 | | | | |
| (9.13) | Fort Sill National Bank, Statement, 4.22.16 | 5/11/23 | Qlm. | | Mathes |
| 9.14 | Fort Sill National Bank, Statement, 5.23.16 | | | | |
| 9.15 | Fort Sill National Bank, Statement, 6.23.16 | | | | |
| 9.16 | Fort Sill National Bank, Statement, 7.22.16 | | | | |
| 9.17 | Fort Sill National Bank, Statement, 8.23.16 | | | | |
| 9.18 | Fort Sill National Bank, Statement, 9.22.16 | | | | |
| 9.19 | Fort Sill National Bank, Statement, 10.24.16 | | | | |
| 9.20 | Fort Sill National Bank, Statement, 11.22.16 | | | | |

GOVERNMENT'S LIST OF EXHIBITS

UNITED STATES v. ROSS ROGGIO

JUDGE ROBERT D. MARIANI

MIDDLE DISTRICT OF PENNSYLVANIA

No. 3:18-CR-97

DATE: May 8, 2023

| EXHIBIT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | ADMITTED | SOURCE | WITNESS |
|---|---|---|---|---|---|
| 9.21 | Fort Sill National Bank, Statement, 12.23.16 | | | | |
| 10 series | **Roger Krahl** | | | | |
| 10.1 | Sportswereus, Inc. DBA R Guns Receipt 4.20.16 | 5/11/23 | | RRM | Krahl |
| 10.2 | M16 Gas Rings | 5/11/23 | | RRM | Krahl |
| 10.3 | Firing Pins - Retaining Pins | 5/11/23 | | RRM | Krahl |
| 10.4 | UPS Shipping Receipt 4.22.16 | 5/11/23 | | RRM | Krahl |
| 10.5 | USP Tracking Information 1Z61322X294946873O, 4.22.16 | 5/12/23 | | RRM | Burke |
| 11 series | **Suzy Abayeva** | | | | |
| 11.1 | Roggio Consulting Company Employee Agreement 9.5.14 | 5/10/23 | | RRM | Abayeva |
| 11.2 | Non-Disclosure Agreement 9.3.14 | 5/10/23 | | RRM | Abayeva |
| 11.3 | Counts Kustoms Bikes Final Invoice 2.14.17 | | | | |
| 11.4 | Photograph of Construction Site 1 | 5/10/23 | | RRM | Abayeva |
| 11.5 | Photograph of Construction Site 2 | 5/10/23 | | RRM | Abayeva |
| 11.6 | Photograph of Construction Site 3 | 5/10/23 | | RRM | Abayeva |
| 11.7 | Photograph of Construction Site 4 | 5/10/23 | | RRM | Abayeva |
| 11.8 | Photograph of Construction Site 5 | 5/10/23 | | RRM | Abayeva |
| 11.9 | Photograph of Construction Site 6 | 5/10/23 | | RRM | Abayeva |
| 11.10 | Photograph of Construction Site 7 | 5/10/23 | | RRM | Abayeva |
| 11.11 | Photograph of Construction Site 8 | 5/10/23 | | RRM | Abayeva |

6

**GOVERNMENT'S LIST OF EXHIBITS**

**UNITED STATES v. ROSS ROGGIO**

No. 3:18-CR-97

JUDGE ROBERT D. MARIANI

MIDDLE DISTRICT OF PENNSYLVANIA

DATE: May 8, 2023

| EXHIBIT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | ADMITTED | SOURCE | WITNESS |
|---|---|---|---|---|---|
| 11.12 | Photograph of Construction Site 9 | 5/10/23 | Rdm | | Abayeva |
| 11.13 | Photograph of Construction Site 10 | 5/10/23 | Rdm | | Abayeva |
| 11.14 | Photograph of Construction Site 11 | 5/10/23 | Rdm | | Abayeva |
| 11.15 | Photograph of Construction Site 12 | 5/10/23 | Rdm | | Abayeva |
| 11.16 | Photograph of Construction Site 13 | 5/10/23 | Rdm | | Abayeva |
| 11.17 | Photograph of Construction Site 14 | 5/10/23 | Rdm | | Abayeva |
| 11.18 | Photograph of Construction Site 15 | | | | |
| 11.19 | Photograph of Construction Site 16 | | | | |
| 11.20 | Photograph of Construction Site 17 | | | | |
| 11.21 | Photograph of Construction Site 18 | | | | |
| 11.22 | Photograph of Construction Site 19 | | | | |
| 11.23 | Photograph of Construction Site 20 | | | | |
| 11.24 | Photograph of Construction Site 21 | | | | |
| 11.25 | Photograph of Construction Site 22 | | | | |
| 11.26 | Photograph of Construction Site 23 | | | | |
| 11.27 | Photograph of Construction Site 24 | | | | |
| 11.28 | Photograph of Construction Site 25 | 5/10/23 | Rdm | | Abayeva |
| 11.29 | Photograph of Construction Site 26 | | | | |
| 11.30 | Photograph of Construction Site 27 | | | | |
| 11.31 | Photograph of Motorcycle 1 | 5/9/23 | Rdm. | | Bly |
| 11.32 | Photograph of Motorcycle 2 | | | | |

7

**GOVERNMENT'S LIST OF EXHIBITS**

**UNITED STATES v. ROSS ROGGIO**

JUDGE ROBERT D. MARIANI

MIDDLE DISTRICT OF PENNSYLVANIA

No. 3:18-CR-97

DATE: May 8, 2023

| EXHIBIT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | ADMITTED | SOURCE | WITNESS |
|---|---|---|---|---|---|
| 11.33 | Photograph of Motorcycle 3 | 5/9/23 | adm. | | Bug |
| 11.34 | Photograph of Motorcycle 4 | | | | |
| 11.35 | Photograph of Motorcycle 5 | 5/9/23 | Adm | | |
| 11.36 | Photograph of Motorcycle 6 | | | | |
| 11.37 | Photograph of Motorcycle 7 | | | | |
| 11.38 | Photograph of Motorcycle 8 | | | | |
| 11.39 | Photograph of Motorcycle 9 | | | | |
| 11.40 | Photograph of Motorcycle 10 | | | | |
| 11.41 | Photograph of Motorcycle 11 | | | | |
| 11.42 | Photograph of Vehicle, License Plate CTGI | 5/10/23 | adm | | |
| **12 series** | **U.S. Customs and Border Protection Officer Aurelia Morales** | | | | |
| 12.1 | U.S. CBP TECS - Secondary Inspection Report, Ross Roggio 2.27.17 | | | | Mayeva |
| **13 series** | **HSI Special Agent James Mundy** | | | | |
| 13.1 | DHS Detention Notice and Custody Receipt for Detained Property, Ross Roggio 2.26.17 | 5/11/23 | adm | | Mundy |
| 13.2 | DHS Detention Notice and Custody Receipt for Detained Property, Christina Sidiropoulou 2.26.17 | 5/11/23 | adm | | Mundy |
| **14 Series** | **FBI Special Agent Thomas O'Donnell** | | | | |
| 14.1 | FBI Report, Interview of Ross Roggio 4.29.16 | | | | |

8

**JUDGE ROBERT D. MARIANI**

**MIDDLE DISTRICT OF PENNSYLVANIA**

**GOVERNMENT'S LIST OF EXHIBITS**

**UNITED STATES v. ROSS ROGGIO**

**No. 3:18-CR-97**

**DATE: May 8, 2023**

| EXHIBIT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | ADMITTED | SOURCE | WITNESS |
|---|---|---|---|---|---|
| 14.2 | Search Warrant Package, Residence, 3-17-MC-276 | | | | |
| 14.3 | Redacted Search Warrant Package, Residence, 3-17-MC-276 | | | | |
| 14.4 | Search Warrant Returns 3-17-MC-276 | 5/9/23 | | QRn | Smith |
| 14.5 | Wells Fargo Bank, N.A. Statement 11.1.15 - 11.30.15 | | | | |
| 14.6 | Wells Fargo Bank, N.A Statement 12.1.15 - 12.31.15 | | | | |
| 14.7 | Wells Fargo Bank, N.A. Statement 1.1.16 - 1.31.16 | | | | |
| 14.8 | Wells Fargo Bank, N.A. Statement 2.1.16 - 2.29.16 | | | | |
| 14.9 | Wells Fargo Bank, N.A Statement 3.1.16 - 3.31.16 | 5/9/23 | | Odn | Salazar |
| 14.10 | Discover Certificate of Authenticity of Records of Regularly Conducted Activity 12.14.17 | | | | |
| 14.11 | Discover Card Statement 11.21.15 - 12.20.15 | | | | |
| 14.12 | Discover Card Statement 12.21.15 - 1.20.16 | | | | |
| 14.13 | Discover Card Statement 1.21.16 - 2.20.16 | | | | |
| 14.14 | Discover Card Statement 2.21.16 - 3.20.16 | 5/9/23 | | Odn | Burke |
| **15 Series** | **Dr. Denise Natali** | | | | |
| 15.1 | Curriculum Vitae of Denise Natali | | | | |
| 15.2 | Expert Report 12.2.22 | | | | |
| 15.3 | Map of Iraq | 5/15/23 | | Odn | Natali |
| 15.4 | Map of Kurdistan | 5/15/23 | | Odn | Natali |
| **16 Series** | **HSI Special Agent Douglas Green** | | | | |

**JUDGE ROBERT D. MARIANI**

**MIDDLE DISTRICT OF PENNSYLVANIA**

**GOVERNMENT'S LIST OF EXHIBITS**

**UNITED STATES v. ROSS ROGGIO**

**No. 3:18-CR-97**

**DATE: May 8, 2023**

| EXHIBIT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | ADMITTED | SOURCE | WITNESS |
|---|---|---|---|---|---|
| 16.1 | Curriculum Vitae of Douglas Green | 5/12/23 | | Rdm | Green |
| 16.2 | Cellebrite Extraction Authentication Report, iPhone 6s, 3.2.17 | 5/12/23 | | Rdm | |
| 16.3 | Cellebrite Extraction Authentication Report, iPad Mini 4, 3.2.17 | 5/12/23 | | Rdm | |
| 16.4 | Cellebrite Extraction Authentication Report, iPhone 6, 3.3.17 | 5/12/23 | | Rdm | |
| 16.5 | Cellebrite Extraction Authentication Report, iPhone 6s, 3.6.17 | 5/12/23 | | Rdm | |
| 16.6 | Cellebrite Extraction Authentication Report, iPhone 6 Plus, 3.7.17 | 5/12/23 | | Rdm | |
| 17 Series | **DOC Special Agent Thomas F. Smith** | | | | |
| 17.1 | Curriculum Vitae of Thomas Smith | | | | |
| 18 Series | **Steven Clagett** | | | | |
| 18.1 | Disclosure as to Expert Witness Steven Clagett | | | | |
| 18.2 | U.S. Department of Commerce Certified License History Request OEE Memo 8.5.22 | 5/12/23 | | Rdm | Clagett |
| 18.3 | U.S. Department of Commerce License Determination Report 5.26.16 | 5/12/23 | | Rdm | Clagett |
| 18.4 | Attachments to U.S. Department of Commerce License Determination Report 5.26.16 | | | | |
| 18.5 | Commerce Country Chart 2015 | | | | |

**GOVERNMENT'S LIST OF EXHIBITS**

**UNITED STATES v. ROSS ROGGIO**

**JUDGE ROBERT D. MARIANI**
**MIDDLE DISTRICT OF PENNSYLVANIA**

No. 3:18-CR-97

DATE: May 8, 2023

| EXHIBIT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | ADMITTED | SOURCE | WITNESS |
|---|---|---|---|---|---|
| 18.6 | Bureau of Industry and Security, Commerce, CFR 2015, Title 15, Part 744 | | | | |
| **19 Series** | **Alex J. Douville** | | | | |
| 19.1 | Curriculum Vitae of Alex Douville | | | | |
| 19.2 | U.S. Dept of State Memorandum - Identification of Defense Articles, Defense Services, and Technical Data Enumerated on the United States Munitions 7.7.16 | | | | |
| (19.3) | U.S. Dept of State Memorandum - License and Registration History Check 3.16.17 | 5/11/23 | | Dum. | Douville |
| 19.4 | U.S. Dept of State Memorandum - Defense Trade Controls Policy Classification 2.12.18 | | | | |
| (19.5) | U.S. Dept of State Memorandum - Defense Trade Controls Policy Classification 3.30.22 | 5/11/23 | | Alin. | Douville |
| **20 Series** | **HSI Special Agent Jeffrey Burke** | | | | |
| 20.1 | Search Warrant Package, Yahoo Accounts, 3-16-MC-441 | | | | |
| 20.2 | Redacted Search Warrant Package, Yahoo Accounts, 3-16-MC-441 | | | | |
| 20.3 | Search Warrant Package, Yahoo Accounts, 3-16-MC-442 | | | | |
| 20.4 | Redacted Search Warrant Package, Yahoo Accounts, 3-16-MC-442 | | | | |

**GOVERNMENT'S LIST OF EXHIBITS**

**JUDGE ROBERT D. MARIANI**

**UNITED STATES v. ROSS ROGGIO**

**MIDDLE DISTRICT OF PENNSYLVANIA**

**No. 3:18-CR-97**

**DATE: May 8, 2023**

| EXHIBIT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | ADMITTED | SOURCE | WITNESS |
|---|---|---|---|---|---|
| 20.5 | Search Warrant Package, Border Search Devices, 3-17-MC-197 | | | | |
| 20.6 | Redacted Search Warrant Package, Border Search Devices, 3-17-MC-197 | | | | |
| 20.7 | Search Warrant Return 3-17-MC-197 | | | | |
| 20.8 | HSI Report, Interview of Ross Roggio 5.10.17 | | | | |
| 20.9 | Forensic Examination Report | | | | |
| 20.10 | End-Use Monitoring and Effective Export Compliance Report 2014 | 5-12-23 | | Qlm | Burke |
| 20.11 | Consultancy Service Contract, Zarya Construction Company Refugee Camp 9.1.14 | | | | |
| 20.12 | Email from Roggio to Kadaja - Feasibility Report 11.5.15 | | | | |
| 20.13 | Email from Roggio to Kadaja - Weapons Feasibility Report 11.14.15 | 5-12-23 | | Qlm | Burke |
| 20.14 | Roggio Consulting Company, LLC, Budget Increase Report 3.9.16 | 5-12-23 | | Qlm | Burke |
| 20.15 | WhatsApp Chats Between Roggio and Polad | | | | |
| 20.16 | Army Personnel Records for Ross Roggio | 5-18-23 | | | Roggio |
| 21-Series | **PNC Bank** | | | | |
| 21.1 | Business Records Declaration 4.14.17 | 5-11-23 | | Qlm | Foster |

20.17 Email from Roggio to Polad, Test Fire Video 2658416   5-12-23   Qlm   Burke

12

**GOVERNMENT'S LIST OF EXHIBITS**

**UNITED STATES v. ROSS ROGGIO**

No. 3:18-CR-97

DATE: May 8, 2023

**JUDGE ROBERT D. MARIANI**

**MIDDLE DISTRICT OF PENNSYLVANIA**

| EXHIBIT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | ADMITTED | SOURCE | WITNESS |
|---|---|---|---|---|---|
| 21.2 | Statement, 9.5.14 - 9.30.14 | | | | |
| 21.3 | Wire Transaction, 9.26.14 | 5-11-23 | | Rom | Foster |
| 21.4 | Statement, 10.1.14 - 10.31.14 | | | | |
| 21.5 | Statement, 11.1.14 - 11.28.14 | | | | |
| 21.6 | Wire Transaction, 11.4.14 | | | | |
| 21.7 | Wire Transaction, 11.14.14 | | | | |
| 21.8 | Wire Transaction, 11.18.14 | | | | |
| 21.9 | Wire Transaction, 11.20.14 | | | | |
| 21.10 | Wire Transaction, 11.28.14 | | | | |
| 21.11 | Statement, 11.29.14 - 12.31.14 | | | | |
| 21.12 | Statement, 1.1.15 - 1.30.15 | | | | |
| 21.13 | Wire Transaction, 1.16.15 (1) | | | | |
| 21.14 | Wire Transaction, 1.16.15 (2) | | | | |
| 21.15 | Wire Transaction, 1.27.15 | | | | |
| 21.16 | Statement, 1.31.15 - 2.27.15 | | | | |
| 21.17 | Wire Transaction, 2.3.15 | | | | |
| 21.18 | Wire Transaction, 2.25.15 | | | | |
| 21.19 | Statement 2.28.15 - 3.31.15 | | | | |
| 21.20 | Wire Transaction, 3.17.15 | | | | |
| 21.21 | Wire Transaction, 3.25.15 | | | | |
| 21.22 | Wire Transaction, 3.30.15 | | | | |

13

JUDGE ROBERT D. MARIANI

MIDDLE DISTRICT OF PENNSYLVANIA

GOVERNMENT'S LIST OF EXHIBITS

UNITED STATES v. ROSS ROGGIO

No. 3:18-CR-97

DATE: May 8, 2023

| EXHIBIT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | ADMITTED | SOURCE | WITNESS |
|---|---|---|---|---|---|
| 21.23 | Statement, 4.1.15 - 4.30.15 | 5-11-23 | | Clem | Foster |
| 21.24 | Wire Transaction, 4.14.15 | | | | |
| 21.25 | Wire Transaction, 4.22.15 | | | | |
| 21.26 | Statement, 5.1.15 - 5.29.15 | | | | |
| 21.27 | Wire Transaction, 5.7.15 | | | | |
| 21.28 | Wire Transaction, 5.14.15 | | | | |
| 21.29 | Statement, 5.30.15 - 6.30.15 | | | | |
| 21.30 | Wire Transaction, 6.4.15 | | | | |
| **22 Series** | **Wells Fargo Bank, N.A.** | | | | |
| 22.1 | Business Records Declaration 10.19.16 | 5/12/23 | | Clem | Salazar |
| 22.2 | Business Records Declaration 2.27.23 | 5/12/23 | | Clem | Salazar |
| 22.3 | Statement, August 2015 | 5/12/23 | | Clem | Salazar |
| 22.4 | Statement, September 2015 | 5/12/23 | | Clem | Salazar |
| 22.5 | Statement, October 2015 | 5/12/23 | | Clem | Salazar |
| 22.6 | Statement, November 2015 | 5/12/23 | | Clem | Salazar |
| 22.7 | Statement, December 2015 | 5/12/23 | | Clem | Salazar |
| 22.8 | Statement, January 2016 | 5/12/23 | | Clem | Salazar |
| 22.9 | Wire Transactions Account 1158 | 5/12/23 | | Clem | Salazar |
| 22.10 | Wire Transactions Account 1166 | 5/12/23 | | Clem | Salazar |
| **23 Series** | **Zuhair Al-Maliki** | | | | |
| 23.1 | Curriculum Vitae of Zuhair Al-Maliki | | | | |

**JUDGE ROBERT D. MARIANI**

**MIDDLE DISTRICT OF PENNSYLVANIA**

**GOVERNMENT'S LIST OF EXHIBITS**

**UNITED STATES v. ROSS ROGGIO**

No. 3:18-CR-97

DATE: May 8, 2023

| EXHIBIT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | ADMITTED | SOURCE | WITNESS |
|---|---|---|---|---|---|
| 23.2 | Iraq's Constitution of 2005 | 5-17-23 | | Al-in | Al-Maliki |
| **24 Series** | **Rauno Viltrop** | | | | |
| 24.1 | Email from H. Viltrop to R. Viltrop, Booking Confirmation Sulay, 9.14.15 | | | | |
| (24.2) ✗ | Email from Viltrop to Kadaja, Job Offer and Employment Agreement, 1.15.16 | 5-16-23 | Past Only Rom. | | Viltrop |
| 24.3 | Email from Roggio to Viltrop, Sales Invoice, 4.11.16 | | | | |
| 24.4 | Email from Viltrop to Roggio, Balance Sheet, 5.1.16 | 5-12-23 | | Adm. | Burke |
| (24.5) | Video 109-5 - Factory Floor | 5-12-23 | | Adm. | Burke |
| **25 Series** | **Martin Vilist** | | | | |
| 25.1 | Google Earth Image, Regional View | | | | |
| 25.2 | Google Earth Image, City View | | | | |
| 25.3 | Google Earth Image, Main Road Entrance View 1 | | | | |
| 25.4 | Google Earth Image, Main Road Entrance View 2 | | | | |
| 25.5 | Google Earth Image, Main Road Entrance View 3 | | | | |
| 25.6 | Google Earth Image, Main Road Entrance View 4 | | | | |
| 25.7 | Google Earth Image, Main Road Entrance View 5 | | | | |
| 25.8 | Google Earth Image, CTG Base | 5-12-23 | | Adm. | Burke |
| (25.9) | Google Earth Video | 5-15-23 | | Adm. | Burke |
| 25.10 | Video 109-2 - Factory Floor | 5-12-23 | | Adm. | Burke |
| **26 Series** | **Siim Saar** | | | | |

* pg 2 only admitted (edited in JBLs)

**JUDGE ROBERT D. MARIANI**

**MIDDLE DISTRICT OF PENNSYLVANIA**

**GOVERNMENT'S LIST OF EXHIBITS**

**UNITED STATES v. ROSS ROGGIO**

No. 3:18-CR-97

DATE: May 8, 2023

| EXHIBIT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | ADMITTED | SOURCE | WITNESS |
|---|---|---|---|---|---|
| 26.1 | Employment Offer for Roggio Consulting Company LLC 1.22.15 | 5/17/23 | Adm | | Saar |
| 26.2 | Employment Agreement 1.24.15 | 5/17/23 | Adm | | '' |
| 26.3 | Non-Disclosure Agreement 1.22.15 | 5/17/23 | Adm | | '' |
| 26.4 | Photograph of Factory | 5/17/23 | Adm | | '' |
| 26.5 | Airline Flight Itinerary for Trip to China 5.16.15 | | | | |
| 26.6 | Email Confirming Trip to Estonia 10.16.15 | | | | |
| 26.7 | Passenger Itinerary for Trip to Estonia 12.1.15 | | | | |
| 26.8 | Illustration of Compound | 5/17/23 | Adm | | Saar |
| 27 Series | **Heret Viltrop** | | | | |
| 27.1 | Messages Between Roggio and Viltrop, Trip to China, 5.17.15 | | | | |
| 27.2 | Email from Kadaja to Viltrop 6.16.15 | 5/16/23 | Adm | | Heret Viltrop |
| 27.3 | Attachment to Email Dated 6.16.15, Status of Ordering Machines 6.4.15 | 5/16/23 | Adm | | Heret Viltrop |
| 27.4 | Messages Between Roggio and Viltrop, Bag at Tallinn Airport, 7.26.15 | 5/16/23 | Adm | | Heret Viltrop |
| 27.5 | Messages Between Roggio and Viltrop, Siim Airport Ban, 12.8.15 | | | | |
| 27.6 | Messages Between Roggio and Viltrop, Heret and Siim, 12.5.15 | | | | |

F1 – Forfeiture Charge

16    5/19/23   Adm    O'Donnell