UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No.   3:18-CR-0097 |
| v. | : | |
| | : | (Judge Mariani) |
| ROSS ROGGIO | : | |
| Defendant. | : | (electronically filed) |

## GOVERNMENT'S NOTICE OF FILING RECORDING TRANSCRIPTS

During trial the government introduced seven excerpts of a recording of the defendant: Government Exhibits 4.9, 4.10, 4.11, 4.12., 4.13, 4.14, and 4.16. Transcripts were displayed as an aid to the jury while those recordings were played, but the transcripts were not admitted into evidence. The content of recordings will not be reflected in the court reporters' transcription of the trial. Consequently, the government, by and through the undersigned counsel, hereby submits the transcripts so that the content of the recordings is part of the record in the event there is appellate review of the defendant's conviction.

Dated: May 31, 2023            Respectfully submitted,

GERARD M. KARAM
UNITED STATES ATTORNEY

*/s/ Todd K. Hinkley*
Todd K. Hinkley
Assistant U.S. Attorney

Atty ID No. PA 68881
235 N. Washington Ave.
Scranton, PA 18503

KENNETH A. POLITE, JR.
Assistant Attorney General

*/s/Patrick Jasperse*
Patrick Jasperse
Trial Attorney
Criminal Division
U.S. Department of Justice
Human Rights and Special
Prosecutions Section

MATTHEW G. OLSEN.
Assistant Attorney General

*/s/Scott A. Claffee*
Scott A. Claffee
Trial Attorney
National Security Division
U.S. Department of Justice
Counterintelligence and Export
Control Section

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on May 31, 2023, he served a copy of the above document via ECF on Gino Bartolai, Esq., counsel for the defendant.

                                                s/ Todd K. Hinkley
                                                TODD K. HINKLEY
                                                Assistant U.S. Attorney