# GX 4.9

(approx. 16:34-17:24)

| | |
|---|---|
| Roggio: | Sit. Relax. Take a load off. |
| Kiviking: | No, because you told that I was a shitty assistant, so – |
| Roggio: | You are because you don't listen to me. |
| Kiviking: | What? |
| Roggio: | Siim's coming over. |
| Kiviking: | When? |
| Roggio: | He said he's bored over there by himself. |
| Kiviking: | OK, why? |
| Roggio: | He said he's bored over there by himself. |
| Kiviking: | And he told that? |
| Roggio: | He asked if could come over because he's bored over there by himself. Remember, he's been under constant monitoring. |
| Kiviking: | Yeah. |
| Roggio: | Someone's been around him 24/7. |
| Kiviking: | He told me that it's – it's odd to be alone but – and he called you? |
| Roggio: | [Inaudible] Yeah, that's normal because, see, he's been under constant supervision for the last 12 weeks. |
| Kiviking: | Mm-hmm. |
| Roggio: | To come out from underneath that supervision, it's tough. |

# GX 4.10

<u>(approx. 31:36-31:58)</u>

| | |
|---|---|
| Roggio: | Here's the thing. You want my honest opinion? You're – sometimes – it wasn't as bad before until the Siim incident. Now, you just get so fucking petrified when I get upset. |
| Kiviking: | Yeah, of course. |
| Roggio: | You get fucking petrified. |
| Kiviking: | Yes, of course. |

# GX 4.11

(approx. 35:34 - 36:26)

Roggio: I don't know why I intimidate people. I don't try to. What it is is what like Siim is going through. Sometimes people realize when people have done bad things. And you can sense that – that bad things are about to happen. When I was –

Kiviking: Siim is really worried, you know.

Roggio: Of course, he should be.

Kiviking: He's like, today – I don't know if I should talk to, yeah, I have to, but – when we went to this gas station, he was like: "Oh, my God, are we going to the compound?" I was like what the fuck, like, why does he think that?

Roggio: How much did he –

Kiviking: After that, I started to worry. You know, and I was like, you [inaudible] me to Hiwa, oh my God, we are going to the compound, you know?

# GX 4.12

(approx. 47:09-51:35)

| | |
|---|---|
| Roggio: | This thing with Siim - my refusal to terminate him could have very well ended in me getting thrown off this project. But – but Elina didn't want it, Heret didn't want it, and I am not going to betray their trust. So I – I told them I have another way. Let me try this. You know, Goran, Elina, when I – when I was gone, I was on a long conference call: "What are we going to do with Martin – or with Siim?" It had been decided before I even came back that we're going to take him and put him in – in a Baghdad jail and just let him – let him sit there for 5 years. You know what I'm saying? It was already decided. So I flew back. Soon as I landed, Goran came up – or Elina came up to me and said, "No, he's changed." I said, "I don't give a fuck because very powerful people already told me what they wanted." They wanted him just gone. They – now, I did fight for him – that I refused to allow him to be killed. He was going to have an accident. I would not allow that. So I took the fucking heat just to keep the death sentence off him. Because I felt even though he betrayed me, he doesn't deserve death. You know what I'm saying? Now, Elina came on to me hard – and I trust Elina – and she goes, "He's changed. He's changed." Goran – you know, the interrogator – came to me and says, "He's changed. He's good to go." |
| Kiviking: | No. |
| Roggio: | Oh, yeah. |
| Kiviking: | No, he didn't. Last time we got to pick Siim up, then he said that he needs more time. |
| Roggio: | I'm not, I'm not – Alto, I'm sorry, Alto, the commander, said he's good to go. Goran, yes, said he needs a little – but he's trustworthy. So I had to go back to the guys and say, "No, I need to give him a second chance." The shit I caught for that was ungodly. I was called weak. I was called slipping. Da da da da da. And I was called all these things. But because he's my guy, I stood up for him, or actually I stood up for Elina more than anyone else. Now, you noticed that when I accepted him back, I never held anything against him. Just like you, you know what I'm saying? |
| Kiviking: | No. |
| Roggio: | OK, you guys are my people again, right? That means I will protect you. That is my job. I'm not going to cut you loose. Does that make sense? |
| Kiviking: | Yeah. |
| Roggio: | That breeds loyalty. You still place yourself more valuable than me. And that's why I always worry about you. |
| Kiviking: | No, it's not true. |
| Roggio: | Yes, it is true. |
| Kiviking: | No. |
| Roggio: | Oh, you're going to – you're going to deny this mind who can see into your head? |
| Kiviking: | No. How can I explain it to you? Is it – |
| Roggio: | Look, I know what you think. But I also know what you'll do. If put to torture, you will give me up in a moment. Yes? |
| Kiviking: | What? If – |

| | |
|---|---|
| Roggio: | Say someone – say someone snatches you and they start torturing you like they did Siim. And they said, "Who do you work for?" |
| Kiviking: | Yeah, "Ross." |
| Roggio: | "What are you building?" |
| Kiviking: | "Kurd Towers." |
| Roggio: | And they keep torturing you: "You're lying. You're lying." How long do you think you can last? |
| Kiviking: | That's a good question. I think I will – see it when it comes up, you know – but I – I know it's the wrong answer. |
| Roggio: | It's not the wrong answer. |
| Kiviking: | It is. |
| Roggio: | It's a truthful answer. |
| Kiviking: | Because I have never beaten like that way, you know? |
| Roggio: | I have. I know. And I think you should learn this from Siim. I can get into people's heads faster than anyone. |
| Kiviking: | Oh, I know that. |
| Roggio: | And I know what's in yours. |

# GX 4.13

(approx. 55:20-1:00:33)

| | |
|---|---|
| Roggio: | You forget – |
| Kiviking: | I know that overall point – |
| Roggio: | I've got to pay taxes. |
| Kiviking: | Yeah. |
| Roggio: | And I cannot hand receipts to the IRS for this shit. See, when – when I make a million dollars – say I make – like this year, $4 million came into my account, right? |
| Kiviking: | Yeah. |
| Roggio: | They know this. Then they – when I do my taxes, if I say I spent 4 million, well, then I owe no taxes right? They want to see the receipts of everything I bought. Now, the moment I turn those receipts over to them, that's evidence. Because, when you turn a receipt in to the IRS, you're turning it in to the U.S. federal government. And once they have those receipts, it's admissible for any type of crime. You understand? |
| Kiviking: | Yeah, I understand. |
| Roggio: | So, by – by paying taxes as profits on all of it, it costs – it costs them more money, but it keeps my ass out of the fire. Because the moment: "OK, you turned in $4 million – what are you doing with gun drills, gun-making parts? This – this is all used for guns, and here's all the evidence that you gave us." Remember, busting me comes from the finances. |
| Kiviking: | Yeah, I know that. |
| Roggio: | Not from what I will say. They can – they can fucking arrest me and torture me 'til the day they die, I'll never talk. It's the finances. This is why Siim went for the finances. |
| Kiviking: | Are you sure that he went for the finances? That he wanted to somehow bust you? |
| Roggio: | No, he wanted – he wanted to blackmail me – for whatever, for whatever reason. |
| Kiviking: | Are you sure? |
| Roggio: | Yes. |
| Kiviking: | Because I know that the first thing you went in the compound with to see him – he – was $1 million and blah blah blah – |
| Roggio: | 100,000. |
| Kiviking: | Yeah, but is it true? Is it true? He wanted to do that? Are you sure? |
| Roggio: | Enough to beat him. Enough to torture him. |
| Kiviking: | OK, let's not talk about that. |
| Roggio: | Look, I don't – you know how many interrogations I've done in my life? |
| Kiviking: | Yeah. |
| Roggio: | I don't make mistakes. You know, during the war – I worked transporting prisoners, yeah? |
| Kiviking: | No. |
| Roggio: | During the war, I transported prisoners. The U.S. government paid me $1,200 a day, OK? Plus food allowance, all this other shit. They offered me a job to interrogate. They offered me $50,000 per interrogation. Do you know I turned them down? Right now they're offering money for me to interrogate. Because my – my brain can't handle it. |

|  |  |
|---|---|
|  | See, when you enter someone else's brain, you see things as fucked up as they see it. And no matter how hard you try, they're human beings. You know what I'm saying? Like even Siim, I – I still can't look Siim in the eyes – not like I can look you in the eye – because of what I did to him. You live with that kind of guilt – hundreds and hundreds of times later. You know this is why, you know, I took a break, because I literally had a breakdown. I couldn't take it anymore. You know, I couldn't take, you know, crushing people. You know what I'm saying? Siim experienced the overwhelming ability of mine to crush somebody. Now you think about this: I get the joy out of Siim, rebuilding him, you know what I'm saying? That's – if I could rebuild everybody I interrogated, I'd be OK and I'd still do it. But they don't allow me to. Once I get the information, that's the last I see of them. And I'm crushing people. Just like you, if I – if I wanted to, without even touching you, I can crush your whole soul. Who the fuck wants to do that for a living? Would you want to do that for a living? |
| Kiviking: | No. |
| Roggio: | Neither do I. Neither do I. It sucks. It's no fun. This is why Siim is like a beacon to me. Because now I get to rebuild what I broke. Were you there when I told him about his girlfriend and his mom? |
| Kiviking: | Yeah. |
| Roggio: | That is brutal crushing. And you heard what Goran said, "I've never seen anyone do – do it like that. You know, I'm learning from you." That's what I used to do to every – to all these fucking people. I used to get so deep in their heads. Now, we're talking psychopaths, sociopaths, all these fucked up people – and I would get in their heads. |

# GX 4.14

(approx. 1:21:00-1:21:56)

Roggio: The battle for your soul starts up here. You know, the best way to test this to yourself? We used to – we used to have a game we used to play. We used to put our arms together and put a lit cigarette. So you would put your arm against mine and we'd put a lit cigarette there. The first one that moved their arm loses. The cigarette starts burning down. It starts burning your skin. Now, you take me and you take Martin? I'll win. You take me and you take Goran? We're both in the doctors getting our – our burns fixed because we won't move. You see the difference? We won't quit. And we used to play this game all the time. And it teaches you: take the fucking pain because pain is temporary, you know.

# GX 4.16

(approx. 4:27:14-4:29:40)

| | |
|---|---|
| Kiviking: | Because I really am scared of you. I really am. |
| Roggio: | Well, Triin, you should be. |
| Kiviking: | Yeah, I know, I – I know I should be. |
| Roggio: | The lights just went out. |
| Kiviking: | What? It's not like normal anymore – like, I don't know, any of the day, like, I don't know. And I came here, I said I would – strong person. I'm strong person. That's what – that's why Elina gave me this job, you know? And I have to back off my words because I'm fucking weak. I am so weak. And I am so sorry about that because I have so much disappointed you. So many ways, you know? And – I'm so sorry, you know? |
| Roggio: | No, no, no, no, no. Look, I'm going to lay this out for you very easily. Stop me if you don't understand what I'm saying because you have to understand what I'm about to tell you. If you want to quit, nothing will happen to you. You can leave anytime you choose. You understand? I do – I do not view you as a security risk or a threat. |
| Kiviking: | No? |
| Roggio: | No. |
| Kiviking: | How come? Because I was like the biggest worst person in Kurdistan. |
| Roggio: | Because you know why? |
| Kiviking: | No. |
| Roggio: | Because of this: because you know if you went to Estonia and betrayed me, I'd come for you. |
| Kiviking: | I know that. That's why I'm scared. |
| Roggio: | As long as you don't betray me, I never have to come for you. Am I right? |
| Kiviking: | Yeah, I know that. |
| Roggio: | No one can touch you, Triin. I won't allow it. |
| Kiviking: | I don't know that. Because you said – you told that you have so many Kurds in Finland and Sweden that would come and kill me. |
| Roggio: | No, I'd come get you myself. |