UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| V. | : | Dkt. No.: 3:CR-18-097 |
| ROSS ROGGIO | : | |

**ORDER**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

The presentence investigation report was scheduled to be disclosed on or before July 17, 2023. The Court has received a memorandum from the probation officer indicating that he is unable to meet this deadline and requesting that the Court extend the disclosure date to August 4, 2023. As a result, the probation officer has requested the sentencing date of August 23, 2023, be rescheduled.

IT IS THEREFORE ORDERED that the presentence investigation report shall be disclosed on or before August 4, 2023. Sentencing is scheduled for  Oct. 25, 2023 at 2:00 p.m.

_____
Robert D. Mariani
United States District Judge

Date: 7/12/23