# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 3:CR-18-0097 |
| | : | |
| v. | : | (Judge Mariani) |
| | : | |
| **ROSS ROGGIO** | : | (Electronically filed) |

## ORDER

NOW, this _____ day of August, 2023, upon consideration of Roggio's unopposed Motion for Enlargement of Time to File Objections to the Presentence Report, IT IS HEREBY ORDERED AND DECREED that the motion is GRANTED.

Roggio may file his objections to the Presentence Report by September 5, 2023.

 _____
 **Robert D. Mariani**
 **United States District Judge**