# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.: 3:CR-18-0097 |
| vs. | (JUDGE MARIANI) |
| ROSS ROGGIO,<br>Defendant | |

## ORDER

AND NOW this _____ day of _____, 2023, in Consideration of the foregoing Motion to Continue Sentencing and there being no objection from the United States Attorney's Office, it is hereby ORDERED that the Defendant's motion is GRANTED and that sentencing will be continued until _____, the _____ day of _____ 2023 at _____ o'clock, ____., in the William J. Nealon Federal Building and U.S. Courthouse, 235 N. Washington Avenue, Scranton, Pennsylvania.

IT IS FURTHER ORDERED that any period of time which results from the granting of this motion shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

BY THE COURT:

**Robert D. Mariani**
**United States District Judge**