THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:18-CR-97 |
| | : (JUDGE MARIANI) |
| ROSS ROGGIO, | : |
| Defendant. | : |

**ORDER**

AND NOW, THIS 16th DAY OF APRIL 2024, IT IS HEREBY ORDERED THAT the accompanying Memorandum shall be filed of record as part of the sentencing proceedings in this case.

_____
Robert D. Mariani
United States District Judge